**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

|                              | § |           |
|------------------------------|---|-----------|
| _Plaintiff_                  | § |           |
|                              | § |           |
|                              | § |           |
| v.                           | § | Case No. _____ |
|                              | § |           |
|                              | § |           |
|                              | § |           |
| _Defendant_                  | § |           |

**APPLICATION FOR ADMISSION _PRO HAC VICE_**
(Complete all questions; indicate "N/A" if necessary.)

**I.**    Applicant is an attorney and a member of the law firm of (or practices under the name of)

_____, with offices at

_____

(Street Address)

_____    _____    _____

(City)                                (State)            (Zip Code)

_____    _____

(Telephone No.)                       (Fax No.)

**II.**    Applicant will sign all filings with the name _____.

**III.**    Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.**    Applicant is a member in good standing of the bar of the highest court of the state of

_____, where Applicant regularly practices law.

Bar license number:_____    Admission date:_____

<div style="border:1px solid black">For Court Use Only.<br>Bar StatusVerified:<br><br>_____</div>

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.**    Applicant has also been admitted to practice before the following courts:

Court:                          Admission Date:                     Active or Inactive:

_____        _____        _____

_____        _____        _____

_____        _____        _____

_____        _____        _____

**VI.**    Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

**VII.**    Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

**VIII.**    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

**IX.**    Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:              Case No. And Style:

_____              _____

_____              _____

_____              _____

(If necessary, attach statement of additional applications.)

**X.**    Local counsel of record associated with Applicant in this matter is

_____, who has offices at

_____

(Street Address)

_____    _____    _____

(City)                        (State)         (Zip Code)

_____    _____

(Telephone No.)                (Facsimile No.)

**XI.**    Check the appropriate box below.

For Application in a **Civil Case**

Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

Applicant has read and will comply with the local criminal rules of this court.

**XII.**    Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.  Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the _____ day of _____, _____.

_____
Printed Name of Applicant

_____
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature.  If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.