## Exhibit A

| Court | Date Admitted | Active or Inactive |
|---|---|---|
| Virginia | 10/20/2010 | Active |
| United States Court of Appeals, 6th Circuit | 7/21/2011 | Active |
| United States District Court, Eastern District of Michigan | 11/2/2015 | Active |
| United States District Court, Eastern District of Virginia | 2/28/2023 | Active |
| United States District Court, District of Columbia | 3/3/2025 | Active |
| United States District Court, Western District of Virginia | 6/24/2025 | Active |