# Exhibit A

| Court | Date Admitted | Active or Inactive |
|---|---|---|
| Massachusetts | 11/27/2018 | Active |
| United States Court of Appeals, 4th Circuit | 7/30/2020 | Active |
| United States District Court, District of Maryland | 7/31/2020 | Active |
| United States Court of Appeals, 2nd Circuit | 3/3/2021 | Active |
| United States District Court, District of Connecticut | 1/2/2024 | Active |