# Exhibit A

| Court | Date Admitted | Active or Inactive |
|---|---|---|
| United States Court of Appeals, 3rd Circuit | 6/25/2012 | Active |
| United States District Court, Eastern District of New York | 12/7/2012 | Active |
| United States District Court, Southern District of New York | 12/14/2012 | Active |
| United States Court of Appeals, 5th Circuit | 10/6/2015 | Active |
| United States Court of Appeals, Federal Circuit | 9/29/2016 | Active |
| United States Court of Appeals, 2nd Circuit | 6/16/2020 | Active |