**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
__ FORT WORTH __ DIVISION

| | | |
|---|---|---|
| __ X Corp. and X.AI LLC __ , | § | |
| **Plaintiffs** | § | |
| | § | |
| v. | § | **Case Number** __ 4:25-CV-00914-P __ |
| | § | |
| __ Apple Inc., et al. __ , | § | |
| **Defendants** | § | |
| | § | |
| | § | |

**ORDER FOR ADMISSION *PRO HAC VICE***

The court has considered the Application for Admission Pro Hac Vice of
__ Craig M. Reiser __ .

It is ORDERED that:

☐    the application is granted.    The Clerk of Court shall deposit the application fee to
the account of the Non-Appropriated Fund of this Court.    It is further
ORDERED that, if the Applicant has not already done so, the Applicant must
register as an ECF User within 14 days.    See LR 5.1(f) and LCrR 49.2(g).

☐    the application is denied.    The Clerk of Court shall return the admission fee to
the Applicant.

_____        _____
DATE                                                  PRESIDING JUDGE