## Exhibit A

| Court | Date Admitted | Active or Inactive |
|---|---|---|
| United States District Court, Southern District of New York | 10/17/2012 | Active |
| United States Court of Appeals, 2nd Circuit | 7/29/2014 | Active |
| United States District Court, Eastern District of New York | 6/25/2015 | Active |
| United States Supreme Court | 3/21/2016 | Active |
| United States Court of Appeals, 5th Circuit | 9/26/2016 | Active |
| United States District Court, District of Columbia | 4/13/2020 | Active |
| United States Court of Appeals, 3rd Circuit | 4/14/2020 | Active |
| United States Court of Appeals, DC Circuit | 3/17/2021 | Active |