IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| X CORP. and X.AI LLC, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:25-cv-00914-P |
| | § | |
| APPLE INC., OPENAI, INC., OPENAI, L.L.C., | § | |
| and OPENAI OPCO, LLC, | § | |
| | § | |
| Defendants. | § | |

**JOINT MOTION TO EXTEND DEFENDANTS' DEADLINE TO ANSWER
OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT
AND TO SET RELATED BRIEFING DEADLINES**

Plaintiffs X Corp. and X.AI LLC and Defendants Apple Inc. ("Apple"), OpenAI, Inc.,

OpenAI, L.L.C., and OpenAI OpCo, LLC (collectively, "OpenAI") file this Joint Motion to Extend

Defendants' Deadline to Answer or Otherwise Respond to Plaintiffs' Complaint and to Set Related

Briefing Deadlines.

Plaintiffs filed their Complaint on August 25, 2025. ECF No. 1. Defendants were each

served on August 26, 2025. ECF Nos. 21–24. As such, Defendants' deadline to file an answer or

otherwise respond to Plaintiffs' Complaint is September 16, 2025. *See* Fed. R. Civ. P.

12(a)(1)(A)(i).

Following Defendants' request for an extension of that September 16 deadline, the parties

conferred and now jointly move the Court for entry of an order reflecting the following deadlines:

- Defendants' deadline to answer or otherwise respond to Plaintiffs' Complaint: November 17, 2025;

- If Defendants respond by motion, Plaintiffs' deadline to file a response: February 6, 2026; and

- If Defendants respond by motion, Defendants' deadline to file a reply to Plaintiffs' response: <u>March 6, 2026</u>.

Plaintiffs have asserted claims for alleged violations of the Sherman Act, including for antitrust violations under Section 1 (Cause of Action No. 1), monopolization and attempted monopolization under Section 2 (Causes of Actions Nos. 2–5), and conspiracy to monopolize, also under Section 2 (Cause of Action No. 6). ECF No. 1 at 48–58. Additionally, Plaintiffs have asserted several state law claims against Defendants, including civil conspiracy (Cause of Action No. 7), unfair competition (Cause of Action No. 8), and violations of the Texas Free Enterprise & Antitrust Act (Causes of Action Nos. 9 & 10). *Id.* at 58–60. Due to the number of federal and state law claims, good cause exists for the entry of the proposed order. The parties' proposed schedule will not unduly delay this case, and no party will be prejudiced by the proposed schedule.

The Court should grant the parties' motion, which is supported by good cause, agreed upon by the parties, and requested before the original deadline has expired. *See* Fed. R. Civ. P. 6(b)(1)(A).

Dated: September 12, 2025                Respectfully submitted,

                                      */s/ Dee J. Kelly, Jr.*
                                      Dee J. Kelly, Jr.
                                      State Bar No. 11217250
                                      dee.kelly@kellyhart.com
                                      Julia G. Wisenberg
                                      State Bar No. 24099146
                                      julia.wisenberg@kellyhart.com
                                      KELLY HART & HALLMAN LLP
                                      201 Main Street, Suite 2500
                                      Fort Worth, Texas 76102
                                      Telephone: (817) 332-2500
                                      Facsimile:  (817) 878-9280

                                      *Attorneys for Defendant Apple Inc.*

                                      */s/ Michael Hurst*
                                      Michael K. Hurst
                                      mhurst@lynnllp.com
                                      Texas Bar No. 10316310
                                      Chris W. Patton
                                      cpatton@lynnllp.com
                                      Texas Bar No. 24083634
                                      LYNN PINKER HURST &
                                      SCHWEGMANN LLP
                                      2100 Ross Avenue, Suite 2700
                                      Dallas, Texas 75201
                                      Telephone: (214) 981-3800
                                      Facsimile: (214) 981-3839

                                      *Attorneys for Defendants OpenAI, Inc.,*
                                      *OpenAI, L.L.C., and OpenAI Opco, LLC*

*/s/ Bradley Justus*

Bradley Justus*
DC Bar No. 1007988
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
T: (202) 912-4700
F: (202) 912-4701
bjustus@axinn.com

Caroline P. Boisvert*
CT State Bar No. 441323
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
T: (860) 275-8100
F: (860) 275-8101
cboisvert@axinn.com

*admitted *pro hac vice*

*/s/ Craig M. Reiser*

Craig M. Reiser*
NY State Bar No. 4886735
Scott A. Eisman*
NY State Bar No. 4905287
Eva Yung*
NY State Bar No. 5497300
Christopher Erickson*
NY State Bar No. 5800628
AXINN, VELTROP & HARKRIDER LLP
630 Fifth Avenue, 33rd Floor
New York, NY 10111
T: (212) 728-2200
F: (212) 728-2201
creiser@axinn.com
seisman@axinn.com
eyung@axinn.com
cerickson@axinn.com

*/s/ Alex More*

Alex More
TX State Bar No. 24065789
Monica E. Gaudioso
TX State Bar No. 24084570
Robert C. Rowe
TX State Bar No. 24086253
CARRINGTON, COLEMAN, SLOMAN &
BLUMENTHAL, L.L.P.
901 Main Street, Suite 5500
Dallas, TX 75202
T: (214) 855-3000
F: (214) 580-2641
amore@ccsb.com
mgaudioso@ccsb.com
rrowe@ccsb.com

*Attorneys For Plaintiffs X Corp. and X.AI
LLC*

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on September 12, 2025, I served the foregoing document electronically in accordance with the Federal Rules of Civil Procedure.

*/s/ Julia G. Wisenberg*
Julia G. Wisenberg
