UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**X CORP., ET AL.,**

  Plaintiffs,

v.                                                         No. 4:25-cv-00914-P

**APPLE, INC., ET AL.,**

  Defendants.

## ORDER

    Before the Court is Plaintiff and Defendants' Joint Motion to Extend Defendants' Deadline to Answer or Otherwise Respond to Plaintiffs' Complaint and to Set Related Briefing Deadlines. ECF No. 25.

    The Motion is **GRANTED IN PART** and **DENIED IN PART.** The Court **ORDERS** that Defendants' deadline to answer or otherwise respond to Plaintiffs' Complaint shall be September 30, 2025.

    **SO ORDERED** on this **15th day of September 2025.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE