**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| X CORP. and X.AI LLC, § § | |
| Plaintiffs, § § | |
| v. § | Civil Action No. 4:25-cv-00914-P |
| § | |
| APPLE INC., OPENAI, INC., OPENAI, L.L.C., § and OPENAI OPCO, LLC, § § | |
| Defendants. § | |

## DEFENDANT APPLE INC.'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Apple Inc. ("Apple") hereby moves this Court to dismiss Plaintiffs' complaint. In accordance with Local Rule 7.1(d), this motion is accompanied by a brief that sets forth the arguments and authorities on which Apple relies in support of this motion. A proposed order also accompanies this motion.

Dated: September 30, 2025                    Respectfully submitted,

*/s/ Dee J. Kelly, Jr.*
Dee J. Kelly, Jr.
State Bar No. 11217250
dee.kelly@kellyhart.com
Julia G. Wisenberg
State Bar No. 24099146
julia.wisenberg@kellyhart.com
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102
Telephone: (817) 332-2500
Facsimile: (817) 878-9280

Emily Johnson Henn (admitted *pro hac vice*)
ehenn@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
Telephone: (650) 632-4700

Henry Liu (admitted *pro hac vice*)
hliu@cov.com
Lauren Willard Zehmer (admitted *pro hac vice*)
lzehmer@cov.com
Carol Szurkowski Weiland (admitted *pro hac vice*)
cweiland@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6302

**ATTORNEYS FOR DEFENDANT APPLE INC.**

## **CERTIFICATE OF SERVICE**

I certify that on September 30, 2025, I served the foregoing document electronically in accordance with the Federal Rules of Civil Procedure.

                                                                               */s/ Julia G. Wisenberg*
                                                                               Julia G. Wisenberg