UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**X CORP., ET AL.,**

  Plaintiffs,

v.                          No. 4:25-cv-00914-P

**APPLE, INC., ET AL.,**

  Defendants.

## ORDER

After a review of the record, the Court would like the parties to explain whether the Fort Worth Division of the United States District Court for the Northern District of Texas is the correct venue to hear this lawsuit.

Accordingly, the Court finds it necessary to **ORDER** expedited briefing regarding venue. Plaintiffs have until **October 8, 2025**, to explain the case's connection to the division and how the Court should weigh the *In re Volkswagen* private and public interest factors. *See* 545 F.3d 304, 315–18 (5th Cir. 2008) (en banc). Defendants will have until **October 15, 2025**, to respond. The Court will then determine whether, for the convenience of the parties and witnesses and in the interest of justice, it should transfer the case to a more convenient venue under 28 U.S.C. § 1404.

In the alternative, Defendants may file a motion to transfer the case under § 1404. If Defendants so choose, they must notify the Court of their intent to file a motion by **October 6, 2025**. They will then have until **October 9, 2025**, to file their motion and accompanying brief. Plaintiffs would have until **October 16, 2025**, to respond.

**SO ORDERED** on this **1st day of October 2025.**

*(signature)*
Mark T. Pittman
UNITED STATES DISTRICT JUDGE