**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| X Corp. and X.AI LLC　　　　　　　§ | |
| 　　　　*Plaintiff*　　　　　　　　　§ | |
| 　　　　　　　　　　　　　　　　　§ | |
| 　　　　　　　　　　　　　　　　　§ | |
| 　　　　v.　　　　　　　　　　　　§ | Case No. 4:25-cv-00914-P |
| 　　　　　　　　　　　　　　　　　§ | |
| 　　　　　　　　　　　　　　　　　§ | |
| Apple Inc., OpenAI, Inc., et al.　　　§ | |
| 　　　　*Defendant*　　　　　　　　§ | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**　　Applicant is an attorney and a member of the law firm of (or practices under the name of)

Wachtell, Lipton, Rosen & Katz                                                                  , with offices at

51 West 52 Street
(Street Address)

New York　　　　　　　　　　　　　NY　　　　　　　　10019
(City)　　　　　　　　　　　　　　　(State)　　　　　　　(Zip Code)

(212) 403-1329　　　　　　　　　　　(212) 403-2329
(Telephone No.)　　　　　　　　　　　(Fax No.)


**II.**　　Applicant will sign all filings with the name  William Savitt                                              .


**III.**　　Applicant has been retained personally or as a member of the above-named firm by:
　　　　　　　　　　　　　　　　(List All Parties Represented)

OpenAI, Inc., OpenAI, L.L.C., and OpenAI OpCo, LLC



to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV. Applicant is a member in good standing of the bar of the highest court of the state of <u>              New York              </u>, where Applicant regularly practices law.

For Court Use Only.
Bar StatusVerified:
_____

Bar license number: <u> 2900058     </u>     Admission date: <u>5/12/1998                    </u>

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V. Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| New York Southern District Court | 05/01/2001 | Active |
| New York Eastern District Court | 06/06/2001 | Active |
| Second Circuit Court of Appeals | 09/19/2007 | Active |
| Ninth Circuit Court of Appeals | 11/14/2014 | Active |

*Please see attached Rider for additional admissions

VI. Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII. Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:    Case No. And Style:

4/26/24    4:24-cv-00369-O

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Lynn Pinker Hurst & Schwegmann (Michael K. Hurst, Esq.), who has offices at

2100 Ross Avenue, Suite 2700
(Street Address)

Dallas                           Texas              75201
(City)                           (State)            (Zip Code)

214-981-3800                     214-981-3839
(Telephone No.)                  (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

☑ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the  14  day of October          , 2025    .

William Savitt
Printed Name of Applicant

*Bill*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

Rider

William Savitt

Additional Court to which Applicant is Admitted:

| Court | Date Admitted | Active or Inactive |
|---|---|---|
| Supreme Court of the United States | 11/9/2020 | Active |



## Appellate Division of the Supreme Court
## of the State of New York
## First Judicial Department

———

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## William Savitt

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **May 12, 1998**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on October 14, 2025.

*Susanna M. Rojas*
Clerk of the Court

CertID-00254921



# Supreme Court of the State of New York
## Appellate Division, First Department

**DIANNE T. RENWICK**
PRESIDING JUSTICE

**SUSANNA MOLINA ROJAS**
CLERK OF THE COURT

**MARGARET SOWAH**
DEPUTY CLERK OF THE COURT

**DOUGLAS C. SULLIVAN**
DEPUTY CLERK OF THE COURT

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Susanna Rojas
Clerk of the Court

Revised October 2020

27 MADISON AVENUE   NEW YORK, NEW YORK 10010-2201
TEL.: (212) 340 0400   INTERNET: WWW.NYCOURTS.GOV/COURTS/AD1/

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **X Corp. and X.AI LLC**, § | | |
| **Plaintiffs** § | | |
| § | | |
| v. § | Case Number 4:25-cv-00914-P | |
| § | | |
| **Apple, Inc., OpenAI, Inc., OpenAI,** § | | |
| **L.L.C., and OpenAI OpCo, LLC,** § | | |
| **Defendants** § | | |

## ORDER FOR ADMISSION *PRO HAC VICE*

The court has considered the Application for Admission Pro Hac Vice of William Savitt.

It is ORDERED that:

☒ the application is granted.  The Clerk of Court shall deposit the application fee to the account of the Non-Appropriated Fund of this Court.  It is further ORDERED that, if the Applicant has not already done so, the Applicant must register as an ECF User within 14 days.  See LR 5.1(f) and LCrR 49.2(g).

☐ the application is denied.  The Clerk of Court shall return the admission fee to the Applicant.

_____     _____
DATE                                                               PRESIDING JUDGE

1