UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**X Corp., et al.,**

  Plaintiffs,

v.                                    No. 4:25-cv-00914-P

**Apple, Inc., et al.,**

  Defendants.

## ORDER

  Before the Court are Defendant Apple Inc.'s Motion to Dismiss, ECF No. 36, and the Motion of Defendants OpenAI, Inc., OpenAI, LLC, and OpenAI OPCO, LLC to Dismiss the Complaint Pursuant to Rule 12(B)(6), ECF No. 40. After a thorough review of the relevant docket entries and applicable law, the Motions are hereby **DENIED**.

  The Court additionally finds that the issues are more well-suited for adjudication through a motion(s) for summary judgment pursuant to Fed. R. Civ. P. 56. This Order should not be construed as a judgment (or pre-judgment) on the merits of this litigation.

  **SO ORDERED** on this **13th day of November 2025.**

_____
Mark T. Pittman
United States District Judge