UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**X CORP., ET AL.,**

  Plaintiffs,

v.                                          No. 4:25-cv-00914-P

**APPLE, INC., ET AL.,**

  Defendants.

## ORDER

Before the Court is Defendants' Unopposed Motion to Extend Deadline to Answer Plaintiffs' Complaint. ECF No. 69. The Motion is hereby **GRANTED**. The deadline to answer is extended to December 11, 2025.

**SO ORDERED** on this **18th day of November 2025.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE