IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| X CORP. and X.AI LLC,<br><br>      Plaintiffs,<br><br>      v.<br><br>APPLE INC.; OPENAI, INC.; OPENAI, L.L.C.; and OPENAI OPCO, LLC,<br><br>      Defendants. | Civil Action No. 4:25-cv-00914-P |

**UNOPPOSED MOTION FOR WITHDRAWAL AND
SUBSTITUTION OF LOCAL COUNSEL**

Plaintiffs X Corp. and X.AI LLC file this Unopposed Motion for Withdrawal and Substitution of Local Counsel and respectfully request as follows:

Alex More, Monica E. Gaudioso, Robert C. Rowe, and the law firm of Carrington, Coleman, Sloman & Blumenthal, LLP (collectively, "Carrington") seek to withdraw from representation of Plaintiffs in this matter. Judd E. Stone II, Christopher D. Hilton, Noah Schottenstein, and the law firm of Stone Hilton PLLC (collectively, "Stone Hilton") have appeared as co-counsel for Plaintiffs and satisfy the requirements of Local Rule 83.10. *See* ECF No. 71.

Plaintiffs respectfully request that the Court permit Carrington to withdraw from this mater and allow Stone Hilton to assume the duties of local counsel for Plaintiffs under Local Rule 83.10, including any duties attendant to sponsoring other co-counsel for admission pro hac vice. Granting the motion will not result in any delay of these proceedings, and counsel for Defendants have indicated that they are unopposed to this motion.

Accordingly, Plaintiffs respectfully request that the Court permit Carrington with withdraw from this matter and substitute Stone Hilton as local counsel for Plaintiffs under Local Rule 83.10 for all purposes.

November 26, 2025                                  Respectfully submitted.

*/s/ Christopher D. Hilton*
Judd E. Stone II
Texas Bar No. 24076720
Christopher D. Hilton
Texas Bar No. 24087727
STONE HILTON PLLC
600 Congress Ave., Suite 2350
Austin, TX 78701
Telephone: (737) 465-3897
judd@stonehilton.com
chris@stonehilton.com

Noah Schottenstein
Texas Bar No. 24100661
STONE HILTON PLLC
301 Commerce St., Suite 2360
Fort Worth, TX 76102
Telephone: (737) 465-3897
noah@stonehilton.com

*/s/ Alex More (with permission)*
Alex More
Texas State Bar No. 24065789
Monica E. Gaudioso
Texas State Bar No. 24084570
Robert C. Rowe
Texas State Bar No. 24086253
CARRINGTON, COLEMAN, SLOMAN &
BLUMENTHAL, LLP
901 Main Street, Suite 5500
Dallas, TX 75202
T: (214) 855-3000
F: (214) 580-2641
amore@ccsb.com
mgaudioso@ccsb.com
rrowe@ccsb.com

Craig M. Reiser*
NY State Bar No. 4886735
Scott A. Eisman*
NY State Bar No. 4905287
Eva Yung*
NY State Bar No. 5497300
Christopher Erickson*
NY State Bar No. 5800628
AXINN, VELTROP & HARKRIDER LLP
630 Fifth Avenue, 33rd Floor
New York, NY 10111
T: (212) 728-2200
F: (212) 728-2201
creiser@axinn.com
seisman@axinn.com
eyung@axinn.com
cerickson@axinn.com

Bradley Justus*
DC Bar No. 1007988
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
T: (202) 912-4700
F: (202) 912-4701
bjustus@axinn.com

Caroline P. Boisvert*
CT State Bar No. 441323
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
T: (860) 275-8100
F: (860) 275-8101
cboisvert@axinn.com

*Counsel for Plaintiffs*

3

## CERTIFICATE OF CONFERENCE

I certify that counsel for the parties conferred regarding this Motion for Withdrawal and Substitution of Local Counsel and that counsel for Defendants indicated they are unopposed to the relief requested herein.

*/s/ Christopher D. Hilton*
Christopher D. Hilton

## CERTIFICATE OF SERVICE

I certify that on November 26, 2025, the foregoing document was electronically filed with the CM/ECF system, thereby effectuating service on counsel for all parties.

*/s/ Christopher D. Hilton*
Christopher D. Hilton