IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| X CORP. and X.AI LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>APPLE INC.; OPENAI, INC.; OPENAI, L.L.C.; and OPENAI OPCO, LLC,<br><br>    Defendants. | Civil Action No. 4:25-cv-00914-P |

## ORDER GRANTING MOTION FOR ISSUANCE OF LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS

Upon consideration of Plaintiffs' Motion for Issuance of Letter of Request for International Judicial Assistance Pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, the Motion is hereby **GRANTED** and the Court **APPROVES** the proposed Letter of Request included with the Motion. Accordingly, the Court will execute the Letter of Request and the certified Korean translation of the Letter of Request with original signatures, to which the Clerk of Court shall affix original seals. Thereafter, the Court will directly transmit the Letter of Request and the certified Korean translation of the Letter of Request to the National Court Administration of the Republic of Korea.

SO ORDERED and SIGNED on this 26 day of Nov. 2025.

Mark T. Pittman
UNITED STATES DISTRICT JUDGE