UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**X CORP., ET AL.,**

  Plaintiffs,

v.                                        No. 4:25-cv-00914-P

**APPLE, INC., ET AL.,**

  Defendants.

## ORDER

Before the Court is Plaintiffs' Motion to Compel or for the Entry of Protective Order and Brief in Support. ECF No. 79. The Court hereby **ORDERS** that the Motion be referred to Judge Ray for further proceedings.

The Court further notes that generalized confidentiality and protective orders are generally frowned upon in the Fort Worth Division. *See Davis v. City of Fort Worth*, No. 4:14-CV-491-A, 2014 WL 12940678, (N.D. Tex. July 3, 2014) (McBryde, J.). The United States Fifth Circuit Court of Appeals has repeatedly reminded district courts that they are "duty-bound" to protect public access to judicial proceedings. *See, e.g.*, *Binh Hoa Le v. Exeter Fin. Corp.*, 990 F.3d 410, 417 (5th Cir. 2021). The right to seal filings is vested in "'judges, not litigants'" and must be undertaken on "a case-by-case, 'document-by–document'" basis. *Id.* at 419 (citing *BP Expl. & Prod., Inc. v. Claimant ID 100246928*, 920 F.3d 209, 211 (5th Cir. 2019) and *United States v. Seal Search Warrants*, 868 F.3d 385, 390 (5th Cir. 2017)). Public access to the information supporting a court's decision is critical to "maintaining the integrity and legitimacy of an independent Judicial Branch." *Id.* at 417 (cleaned up).

**SO ORDERED** on this **3rd day of December 2025.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE