IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| X CORP. and X.AI LLC,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.; OPENAI, INC.; OPENAI, L.L.C.; and OPENAI OPCO, LLC,<br><br>Defendants. | Civil Action No. 4:25-cv-00914-P |

### [PROPOSED] ORDER GRANTING MOTION FOR ISSUANCE OF LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS

Upon consideration of Plaintiffs' Motion for Issuance of Letter of Request for International Judicial Assistance Pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, the Motion is hereby **GRANTED** and the Court **APPROVES** the proposed Letter of Request included with the Motion. Accordingly, the Court will execute the Letter of Request and the certified Chinese translation of the Letter of Request with original signatures, to which the Clerk of Court shall affix original seals. Thereafter, the Court will directly transmit the Letter of Request and the certified Chinese translation of the Letter of Request to the Ministry of Justice of China.

**SO ORDERED and SIGNED** on this 10 day of December 2025.

Mark T. Pittman
UNITED STATES DISTRICT JUDGE