## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| X CORP. and X.AI LLC,<br><br>               Plaintiffs,<br><br>v.<br><br>APPLE INC., OPENAI, INC., OPENAI, L.L.C., and OPENAI OPCO, LLC,<br><br>               Defendants. | Civil Action No. 4:25-cv-00914-P<br><br>Honorable Mark T. Pittman<br><br>**APPLE INC.'S ANSWER AND DEFENSES TO PLAINTIFFS' COMPLAINT** |

### ANSWER TO COMPLAINT

Pursuant to Rules 7 and 8 of the Federal Rules of Civil Procedure, Apple Inc., by and through its undersigned counsel, hereby answers and asserts defenses to the claims and allegations made by Plaintiffs in the Complaint.

### RESPONSES TO INDIVIDUAL PARAGRAPHS

Numbered paragraphs below correspond to the like-numbered paragraphs in the Complaint. Except as specifically admitted, Apple denies the allegations in the Complaint, including without limitation all allegations included in the headings, subheadings, and footnotes. Any allegations contained therein do not comply with Federal Rule of Civil Procedure 10(b), providing that allegations must be stated "in numbered paragraphs, each limited as far as practicable to a single set of circumstances," Fed. R. Civ. P. 10(b), and Apple therefore denies them all.

**INTRODUCTION**[1]

1.    To the extent the allegations in Paragraph 1 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 1 regarding the reasons for Plaintiffs' lawsuit and on that basis denies them. Apple denies the remaining allegations in Paragraph 1.

2.    Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2 and on that basis denies them.

3.    To the extent the allegations in Paragraph 3 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 3.

4.    To the extent the allegations in Paragraph 4 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 4 regarding the rise and development of "super apps" and on that basis denies them. Apple denies the remaining allegations in Paragraph 4.

5.    To the extent the allegations in Paragraph 5 selectively paraphrase or characterize documents or testimony, the documents and testimony speak for themselves, and no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 5.

---

[1] Apple includes the headings and subheadings from the Complaint in this Answer for organizational purposes only and denies any allegations contained therein.

6.      To the extent the allegations in Paragraph 6 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 6.

7.      To the extent the allegations in Paragraph 7 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 7 and on that basis denies them.

8.      To the extent the allegations in Paragraph 8 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 8 regarding the views and actions of OpenAI and on that basis denies them. Apple denies the remaining allegations in Paragraph 8.

9.      To the extent the allegations in Paragraph 9 are legal conclusions and characterizations, no response is required. To the extent the allegations in Paragraph 9 selectively quote from or characterize documents, the documents speak for themselves, and no response is required. Insofar as any response is required, Apple admits that, in June 2024, Apple announced that Apple would integrate ChatGPT access into experiences within iOS 18, iPadOS 18, and macOS Sequoia. Apple denies that its agreement with OpenAI to integrate ChatGPT access into certain iOS and macOS experiences is "exclusive." Apple denies the remaining allegations in Paragraph 9.

10.     Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10 and on that basis denies them.

11.     To the extent the allegations in Paragraph 11 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies that its

3

agreement with OpenAI to integrate ChatGPT access into certain iOS and macOS experiences is "exclusive." Apple lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 11 and on that basis denies them.

12.    To the extent the allegations in Paragraph 12 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 12.

13.    To the extent the allegations in Paragraph 13 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 13.

14.    To the extent the allegations in Paragraph 14 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14 regarding competition in the alleged market for generative AI chatbots, as defined by Plaintiffs, and on that basis denies them. Apple denies the remaining allegations in Paragraph 14.

15.    To the extent the allegations in Paragraph 15 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 15.

16.    To the extent the allegations in Paragraph 16 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 16.

17.    To the extent the allegations in Paragraph 17 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 17.

18.     To the extent the allegations in Paragraph 18 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 18.

19.     To the extent the allegations in Paragraph 19 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 19.

## PARTIES

20.     Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20 and on that basis denies them.

21.     Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21 and on that basis denies them.

22.     Apple admits that it is a California corporation with headquarters in Cupertino, California. Apple admits that it designs, markets, and sells smartphones, personal computers, tablets, wearables and accessories, and sells a variety of related services, as reported in its 2024 Form 10-K. Apple admits that it operates the Apple App Store.

23.     Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23 and on that basis denies them.

24.     Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24 and on that basis denies them.

25.     Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25 and on that basis denies them.

**JURISDICTION AND VENUE**

26.     To the extent the allegations in Paragraph 26 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple admits that Plaintiffs purport to plead subject matter jurisdiction pursuant to 15 U.S.C. § 4 and 28 U.S.C. §§ 1331 and 1337, and supplemental jurisdiction over Plaintiffs' state law claims pursuant to 28 U.S.C. § 1367.

27.     To the extent the allegations in Paragraph 27 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27 regarding other Defendants and on that basis denies them. Apple admits that Plaintiffs purport to plead personal jurisdiction pursuant to 15 U.S.C. § 22 and Tex. Civ. Prac. & Rem. Code § 17.042.

28.     To the extent the allegations in Paragraph 28 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple admits that there are 17 Apple Stores in Texas as of the date of this filing and that these Apple Stores sell iPhone. Apple lacks information or knowledge sufficient to form a belief as to the truth of the allegations regarding OpenAI, ChatGPT, and OpenAI's alleged data center and on that basis denies them. Apple denies the remaining allegations in Paragraph 28.

29.     To the extent the allegations in Paragraph 29 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 29.

30.     To the extent the allegations in Paragraph 30 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 30

regarding other Defendants and on that basis denies them. Apple admits that Plaintiffs purport to plead venue is proper in this District under 15 U.S.C. §§ 15, 22, and 26, and 28 U.S.C. § 1391. Apple denies the remaining allegations in Paragraph 30.

31.     To the extent the allegations in Paragraph 31 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 31.

32.     To the extent the allegations in Paragraph 32 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple admits that it sells iPhone to consumers in the United States and internationally. Apple lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 32 regarding the actions of OpenAI and on that basis denies them. Apple denies the remaining allegations in Paragraph 32.

## FACTUAL ALLEGATIONS

### A.     *The Rise of AI: From Turing to Billions*

33.     Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33 and on that basis denies them.

34.     Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 34 and on that basis denies them.

35.     Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 35 and on that basis denies them.

36.     Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36 and on that basis denies them.

37.     Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 37 and on that basis denies them.

38.     Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 38 and on that basis denies them.

**B.      *OpenAI Emerges As A Dominant Player In Generative AI Chatbots***

39.     To the extent the allegations in Paragraph 39 selectively quote from or characterize documents, the documents speak for themselves, and no response is required. Insofar as any response is required, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 39 and on that basis denies them.

40.     Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 40 and on that basis denies them.

41.     Apple admits that ChatGPT can be accessed through web browsers and the ChatGPT app. Apple admits that ChatGPT is integrated into experiences within iOS 18, iPadOS 18, and macOS Sequoia. Apple lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 41 and on that basis denies them.

**C.      *OpenAI Shifts From Benefitting Humanity To Putting Profit Over Safety***

42.     To the extent the allegations in Paragraph 42 selectively quote from or characterize documents, the documents speak for themselves, and no response is required. Insofar as any response is required, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 42 and on that basis denies them.

43.     To the extent the allegations in Paragraph 43 selectively quote from or characterize documents, the documents speak for themselves, and no response is required. Insofar as any response is required, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 43 and on that basis denies them.

44.     To the extent the allegations in Paragraph 44 selectively quote from or characterize documents, the documents speak for themselves, and no response is required. Insofar as any

8

response is required, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 44 and on that basis denies them.

45.     To the extent the allegations in Paragraph 45 selectively characterize a document, the document speaks for itself, and no response is required. Insofar as any response is required, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 45 and on that basis denies them.

46.     To the extent the allegations in Paragraph 46 selectively quote from or characterize documents, the documents speak for themselves, and no response is required. Insofar as any response is required, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 46 and on that basis denies them.

47.     Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 47 and on that basis denies them.

48.     To the extent the allegations in Paragraph 48 selectively quote from or characterize a document, the document speaks for itself, and no response is required. Insofar as any response is required, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 48 and on that basis denies them.

49.     Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 49 and on that basis denies them.

50.     To the extent the allegations in Paragraph 50 selectively quote from or characterize documents, the documents speak for themselves, and no response is required. Insofar as any response is required, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 50 and on that basis denies them.

51.    To the extent the allegations in Paragraph 51 selectively quote from or characterize a document, the document speaks for itself, and no response is required. Insofar as any response is required, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 51 and on that basis denies them.

52.    To the extent the allegations in Paragraph 52 selectively paraphrase or characterize documents, the documents speak for themselves, and no response is required. Insofar as any response is required, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 52 and on that basis denies them.

53.    To the extent the allegations in Paragraph 53 selectively quote from or characterize documents, the documents speak for themselves, and no response is required. Insofar as any response is required, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 53 and on that basis denies them.

### D.    *AI And Super Apps Threaten Apple's Monopoly Over Smartphones*

54.    Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 54 regarding OpenAI and on that basis denies them. Apple denies the remaining allegations in Paragraph 54.

55.    To the extent the allegations in Paragraph 55 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple admits that, in October 2011, Apple announced that Siri, a voice activated intelligent assistant, would be available on iPhone 4S. Apple admits that in fiscal year 2023, it spent approximately $77 billion on stock buybacks, as reported in its 2023 Form 10-K. Apple denies the remaining allegations in Paragraph 55.

56.    To the extent the allegations in Paragraph 56 are legal conclusions and characterizations, no response is required. To the extent the allegations in Paragraph 56 selectively

quote from or characterize documents, the documents speak for themselves, and no response is required. Insofar as any response is required, Apple admits that it announced Apple Intelligence in June 2024, and that it announced Siri in 2011. Apple admits that Apple Intelligence features are available through iOS version 18.1 and later versions of iOS. Apple admits that on September 9, 2024, an Apple press release stated in part, "Apple introduced the new iPhone 16 lineup, built from the ground up for Apple Intelligence and featuring the faster, more efficient A18 and A18 Pro chips — making these the most advanced and capable iPhone models ever." Apple admits that putative class actions have been filed against Apple by alleged purchasers of iPhone 16. Apple denies the remaining allegations in Paragraph 56.

57.    To the extent the allegations in Paragraph 57 selectively paraphrase, quote from, or characterize documents, the documents speak for themselves, and no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 57.

58.    To the extent the allegations in Paragraph 58 are legal conclusions and characterizations, no response is required. To the extent the allegations in Paragraph 58 selectively quote from or characterize a document or testimony, the document or testimony speaks for itself, and no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 58.

59.    To the extent the allegations in Paragraph 59 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 59.

60.    Apple admits that iPhone can provide a user with broad functionality. Apple admits that third-party developers can create apps that users can download on iPhone through the Apple App Store. Apple admits that users may utilize third-party apps to complete various tasks and

activities. Apple admits that it has App Review Guidelines, to which all apps on the App Store must adhere. Apple admits that it reviews and approves all apps and app updates for compliance with the App Review Guidelines. Apple denies the remaining allegations in Paragraph 60.

61.     Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 61 and on that basis denies them.

62.     Apple admits that some apps provide a user with broad functionality in a single app. Apple lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 62 and on that basis denies them.

63.     To the extent the allegations in Paragraph 63 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple admits that its iPhone 17 Pro Max 1TB can cost $1,599 as of the date of this filing. Apple lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 63 and on that basis denies them.

64.     To the extent the allegations in Paragraph 64 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 64 and on that basis denies them.

65.     To the extent the allegations in Paragraph 65 are legal conclusions and characterizations, no response is required. To the extent the allegations in Paragraph 65 selectively quote from or characterize documents, the documents speak for themselves, and no response is required. Insofar as any response is required, Apple admits that the U.S. Department of Justice filed an antitrust lawsuit against Apple in the District of New Jersey. Apple denies the remaining allegations in Paragraph 65.

66.    To the extent the allegations in Paragraph 66 selectively quote from or characterize documents, the documents speak for themselves, and no response is required. Insofar as any response is required, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 66 and on that basis denies them.

E.    *X And xAI Leverage AI Capabilities To Compete With OpenAI and Apple*

67.    Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 67 and on that basis denies them.

68.    To the extent the allegations in Paragraph 68 are legal conclusions and characterizations, no response is required. To the extent the allegations in Paragraph 68 selectively quote from or characterize documents or testimony, the documents and testimony speak for themselves, and no response is required. Insofar as any response is required, Apple admits that on August 25, 2025, on the Apple App Store's U.S. storefront, the Grok App had over 500,000 star ratings with an average rating of approximately 4.9 stars. Apple denies that it has taken any anticompetitive actions, and Apple lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 68 and on that basis denies them.

69.    Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 69 and on that basis denies them.

F.    *The Exclusive Apple-OpenAI Arrangement*

70.    To the extent the allegations in Paragraph 70 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 70.

71.    Apple admits that, in June 2024, Apple announced that Apple would integrate ChatGPT access into experiences within iOS 18, iPadOS 18, and macOS Sequoia and also announced that Apple intends to add support for other AI models in the future. Apple admits that

there is currently no user-facing integration of Grok into experiences within iOS. Apple denies that its agreement with OpenAI to integrate ChatGPT access into certain iOS and macOS experiences is "exclusive." Apple denies the remaining allegations in Paragraph 71.

72. To the extent the allegations in Paragraph 72 are legal conclusions and characterizations, no response is required. To the extent the allegations in Paragraph 72 selectively quote from or characterize a document or testimony, the document or testimony speaks for itself, and no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 72.

73. To the extent the allegations in Paragraph 73 selectively paraphrase or characterize a document, the document speaks for itself, and no response is required. To the extent a response is required, Apple denies the allegations in Paragraph 73.

74. To the extent the allegations in Paragraph 74 selectively quote from or characterize documents, the documents speak for themselves, and no response is required. Insofar as any response is required, Apple admits that, in June 2024, Apple announced that Apple would integrate ChatGPT access into experiences within iOS 18, iPadOS 18, and macOS Sequoia and also announced that Apple intends to add support for other AI models in the future. Apple admits that it does not currently offer any other similar native user-facing generative AI integrations with Apple Intelligence. Apple denies that iPhone users who want to use generative AI chatbots for tasks on their iPhone can use only ChatGPT. Apple denies the remaining allegations in Paragraph 74.

75. Apple admits that users can choose to use ChatGPT with Apple Intelligence to get more in-depth answers from Siri for certain requests—for example, insights about photos and documents. Apple admits that users can choose to use ChatGPT with Writing Tools to create text or images from just a description. Apple admits that users can choose to use ChatGPT with visual

intelligence with Camera Control to learn more about the places and objects around them. Apple admits that it does not currently offer any other similar native user-facing generative AI integrations with Apple Intelligence. Insofar as any further response is required, Apple denies the remaining allegations in Paragraph 75.

76.    To the extent the allegations in Paragraph 76 selectively quote from or characterize documents, the documents speak for themselves, and no response is required. Insofar as any response is required, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 76 and on that basis denies them.

77.    Apple admits that iPhone users may access ChatGPT and "generative AI chatbots," as defined by Plaintiffs, on iPhone by using a web browser or downloading a particular app from the Apple App Store. Apple admits that, in June 2024, Apple announced that Apple would integrate ChatGPT access into experiences within iOS 18, iPadOS 18, and macOS Sequoia. Apple admits that users can choose to use ChatGPT with Writing Tools to create text or images from just a description. Apple admits that users can choose to use ChatGPT with visual intelligence with Camera Control to learn more about the places and objects around them. Apple admits that it does not currently offer any other similar native user-facing generative AI integrations with Apple Intelligence. Apple denies that its agreement with OpenAI to integrate ChatGPT access into certain iOS and macOS experiences is "exclusive." Apple denies the remaining allegations in Paragraph 77.

78.    Apple denies that its agreement with OpenAI to integrate ChatGPT access into certain iOS and macOS experiences is "exclusive." Apple denies the remaining allegations in Paragraph 78.

G.    *Apple Further Protects Its Smartphone Monopoly And Its Anticompetitive Arrangement With OpenAI*

79.    To the extent the allegations in Paragraph 79 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 79.

80.    To the extent the allegations in Paragraph 80 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 80.

81.    To the extent the allegations in Paragraph 81 selectively paraphrase, quote, or characterize documents, the documents speak for themselves, and no response is required. Insofar as any response is required, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 81 and on that basis denies them.

82.    To the extent the allegations in Paragraph 82 are legal conclusions and characterizations, no response is required. To the extent the allegations in Paragraph 82 selectively quote from or characterize documents, the documents speak for themselves, and no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 82.

83.    Apple admits that at least some iPhone users visiting the Apple App Store currently can view a list of apps called "Must-Have Apps" and a list of apps called "Top Free Apps." Apple denies the remaining allegations in Paragraph 83.

84.    To the extent the allegations in Paragraph 84 selectively quote from or characterize documents, the documents speak for themselves, and no response is required. Insofar as any response is required, Apple admits that, on August 24, 2025, the X app was listed first in the "News" free App Chart and the Grok app was listed second in the "Productivity" free App Chart in the U.S. storefront of the Apple App Store. Apple denies the remaining allegations in Paragraph 84.

16

85.     To the extent the allegations in Paragraph 85 selectively quote from or characterize documents, the documents speak for themselves, and no response is required. Insofar as any response is required, Apple admits that, on August 24, 2025, the list of apps called "Must-Have Apps" in the U.S. storefront of the Apple App Store included the ChatGPT app and did not include the X app or the Grok app. Apple admits that, on August 24, 2025, ChatGPT was the only "generative AI chatbot," as defined by Plaintiffs, included on the "Must-Have Apps" list in the U.S. storefront of the Apple App Store. Apple denies the remaining allegations in Paragraph 85.

86.     To the extent the allegations in Paragraph 86 selectively quote from or characterize documents, the documents speak for themselves, and no response is required. Insofar as any response is required, Apple admits that, on August 24, 2025, Dropbox was listed twenty-fourth in the "Productivity" free App Chart and was included on the "Must-Have Apps" list in the U.S. storefront of the Apple App Store. Apple admits that, on August 24, 2025, Tinder was listed ninth in the "Lifestyle" free App Chart and was listed second on the "Must-Have Apps" list in the U.S. storefront of the Apple App Store. Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 86 and on that basis denies them.

87.     To the extent the allegations in Paragraph 87 selectively quote from or characterize documents, the documents speak for themselves, and no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 87.

88.     To the extent the allegations in Paragraph 88 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 88.

89.     To the extent the allegations in Paragraph 89 are legal conclusions and characterizations, no response is required. To the extent the allegations in Paragraph 89 selectively

quote from or characterize a document, the document speaks for itself, and no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 89.

    **H.**    ***The Apple-OpenAI Arrangement Entrenches The Two Monopolists' Positions In Their Respective Markets***

    90.    To the extent the allegations in Paragraph 90 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies that its agreement with OpenAI to integrate ChatGPT access into certain iOS and macOS experiences is "exclusive." Apple denies the remaining allegations in Paragraph 90.

    91.    To the extent the allegations in Paragraph 91 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies that its agreement with OpenAI to integrate ChatGPT access into certain iOS and macOS experiences is "exclusive." Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 91 regarding OpenAI's strategy and on that basis denies them. Apple denies the remaining allegations in Paragraph 91.

    92.    To the extent the allegations in Paragraph 92 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 92 and on that basis denies them.

    93.    To the extent the allegations in Paragraph 93 selectively quote from or characterize documents or testimony, the documents or testimony speak for themselves, and no response is required. Insofar as any response is required, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 93 and on that basis denies them.

    94.    To the extent the allegations in Paragraph 94 are legal conclusions and characterizations, no response is required. To the extent the allegations in Paragraph 94 selectively

quote from or characterize documents, the documents speak for themselves, and no response is required. Insofar as any response is required, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 94 and on that basis denies them.

95.     To the extent the allegations in Paragraph 95 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 95.

96.     To the extent the allegations in Paragraph 96 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies that its agreement with OpenAI to integrate ChatGPT access into certain iOS and macOS experiences is "exclusive." Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 96 regarding OpenAI and on that basis denies them. Apple denies the remaining allegations in Paragraph 96.

97.     To the extent the allegations in Paragraph 97 are legal conclusions and characterizations, no response is required. To the extent the allegations in Paragraph 97 selectively quote from or characterize documents, the documents speak for themselves, and no response is required. Insofar as any response is required, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 97 regarding OpenAI's strategy and documents and on that basis denies them. Apple denies the remaining allegations in Paragraph 97.

I.     *There Is No Valid Business Reason for Apple And OpenAI's Conduct*

98.     To the extent the allegations in Paragraph 98 selectively quote from or characterize a document, the document speaks for itself, and no response is required. Insofar as any response is required, Apple denies that its agreement with OpenAI to integrate ChatGPT access into certain iOS and macOS experiences is "exclusive." Apple lacks knowledge or information sufficient to form a

belief as to the truth of the allegations in Paragraph 98 regarding OpenAI's strategy and document and on that basis denies them. Apple denies the remaining allegations in Paragraph 98.

99.    To the extent the allegations in Paragraph 99 are legal conclusions and characterizations, no response is required. To the extent the allegations in Paragraph 99 selectively quote from or characterize a document, the document speaks for itself, and no response is required. Insofar as any response is required, Apple denies that its agreement with OpenAI to integrate ChatGPT access into certain iOS and macOS experiences is "exclusive." Apple denies the remaining allegations in Paragraph 99.

100.    Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 100 and on that basis denies them.

101.    To the extent the allegations in Paragraph 101 are legal conclusions and characterizations, no response is required. To the extent the allegations in Paragraph 101 selectively paraphrase or characterize a document, the document speaks for itself, and no response is required. Insofar as a response is required, Apple denies that its agreement with OpenAI to integrate ChatGPT access into certain iOS and macOS experiences is "exclusive." Apple denies the remaining allegations in Paragraph 101.

102.    To the extent the allegations in Paragraph 102 are legal conclusions and characterizations, no response is required. To the extent the allegations in Paragraph 102 selectively quote from or characterize a document, the document speaks for itself, and no response is required. Insofar as any response is required, Apple denies that its agreement with OpenAI to integrate ChatGPT access into certain iOS and macOS experiences is "exclusive." Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 102 regarding

the streaming apps Crunchyroll and Twitch and on that basis denies them. Apple denies the remaining allegations in Paragraph 102.

### J.    *The Effects Of The Apple-OpenAI Arrangement*

103.    To the extent the allegations in Paragraph 103 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 103.

104.    To the extent the allegations in Paragraph 104 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 104 regarding all of the prompts available to generative AI chatbots and on that basis denies them. Apple denies the remaining allegations in Paragraph 104.

105.    Apple denies that its agreement with OpenAI to integrate ChatGPT access into certain iOS and macOS experiences is "exclusive." Apple denies the remaining allegations in Paragraph 105.

106.    To the extent the allegations in Paragraph 106 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 106.

107.    To the extent the allegations in Paragraph 107 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 107 and on that basis denies them.

108.    To the extent the allegations in Paragraph 108 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple lacks

knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 108 and on that basis denies them.

109.    To the extent the allegations in Paragraph 109 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple admits that Motorola manufactures smartphones. Apple lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 109 regarding Motorola and on that basis denies them. Apple denies the remaining allegations in Paragraph 109.

110.    To the extent the allegations in Paragraph 110 selectively quote from or characterize a document, the document speaks for itself, and no response is required. Insofar as any response is required, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 110 and on that basis denies them.

111.    To the extent the allegations in Paragraph 111 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 111.

112.    To the extent the allegations in Paragraph 112 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 112.

113.    To the extent the allegations in Paragraph 113 are legal conclusions and characterizations, no response is required. To the extent the allegations in Paragraph 113 selectively quote from or characterize documents, the documents speak for themselves, and no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 113.

114.    To the extent the allegations in Paragraph 114 are legal conclusions and characterizations, no response is required. To the extent the allegations in Paragraph 114 selectively

quote from or characterize documents, the documents speak for themselves, and no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 114.

115.    To the extent the allegations in Paragraph 115 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 115 and on that basis denies them.

### K.    *Relevant Markets*

#### 1.    *Smartphones*

116.    To the extent the allegations in Paragraph 116 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 116.

117.    Apple admits that smartphones combine a mobile phone with advanced hardware and software, which can include a display, operating system, camera, and technology for accessing WiFi. Apple denies the remaining allegations in Paragraph 117.

118.    To the extent the allegations in Paragraph 118 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 118 and on that basis denies them.

119.    To the extent the allegations in Paragraph 119 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple admits that Apple Watch has a smaller display than iPad. Apple admits that Apple Watch is only compatible with iPhone. Apple lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 119 and on that basis denies them.

120.    To the extent the allegations in Paragraph 120 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 120.

121.    To the extent the allegations in Paragraph 121 are legal conclusions and characterizations, no response is required. To the extent the allegations in Paragraph 121 selectively quote from or characterize documents, the documents speak for themselves, and no response is required. Insofar as any response is required, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 121 regarding the views of industry sources and the public and Samsung's marketing and on that basis denies them. Apple denies the remaining allegations in Paragraph 121.

122.    To the extent the allegations in Paragraph 122 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 122.

123.    Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 123 and on that basis denies them.

124.    Apple admits that it manufactures multiple models of iPhone. Apple admits that some models of iPhone support the use of different 5G bands and LTE bands. Apple admits some models of iPhone have different physical components. Apple lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 124 and on that basis denies them.

125.    To the extent the allegations in Paragraph 125 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple lacks

knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 125 and on that basis denies them.

126.    To the extent the allegations in Paragraph 126 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 126.

### 2.    *Generative AI Chatbots*

127.    To the extent the allegations in Paragraph 127 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 127.

128.    Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 128 and on that basis denies them.

129.    To the extent the allegations in Paragraph 129 selectively quote from or characterize a document, the document speaks for itself, and no response is required. Insofar as any response is required, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 129 and on that basis denies them.

130.    To the extent the allegations in Paragraph 130 selectively quote from or characterize a document, the document speaks for itself, and no response is required. Insofar as any response is required, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 130 and on that basis denies them.

131.    Apple admits that ChatGPT and "generative AI chatbots," as defined by Plaintiffs, can be accessed through web browsers and by downloading apps. Apple admits that ChatGPT is integrated into experiences within iOS 18, iPadOS 18, and macOS Sequoia. Apple lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 131 and on that basis denies them.

132.    To the extent the allegations in Paragraph 132 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 132 and on that basis denies them.

133.    To the extent the allegations in Paragraph 133 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 133 and on that basis denies them.

134.    To the extent the allegations in Paragraph 134 selectively quote from or characterize a document, the document speaks for itself, and no response is required. Insofar as any response is required, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 134 and on that basis denies them.

135.    Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 135 and on that basis denies them.

136.    To the extent the allegations in Paragraph 136 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 136 and on that basis denies them.

137.    To the extent the allegations in Paragraph 137 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 137 and on that basis denies them.

138.    To the extent the allegations in Paragraph 138 are legal conclusions and characterizations, no response is required. To the extent the allegations in Paragraph 138 selectively quote from or characterize documents, the documents speak for themselves, and no response is required. Insofar as any response is required, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 138 and on that basis denies them.

139.    To the extent the allegations in Paragraph 139 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 139.

140.    To the extent the allegations in Paragraph 140 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 140 and on that basis denies them.

141.    To the extent the allegations in Paragraph 141 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 141.

142.    Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 142 and on that basis denies them.

143.    Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 143 and on that basis denies them.

144.    To the extent the allegations in Paragraph 144 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 144.

L.    *Monopoly Power*

1.    *Apple Has Monopoly Power In The Relevant Market For Smartphones*

145.    To the extent the allegations in Paragraph 145 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 145.

146.    To the extent the allegations in Paragraph 146 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 146.

147.    To the extent the allegations in Paragraph 147 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 147 regarding any alleged barriers to entry and on that basis denies them. Apple denies the remaining allegations in Paragraph 147.

148.    To the extent the allegations in Paragraph 148 are legal conclusions and characterizations, no response is required. To the extent the allegations in Paragraph 148 selectively quote from or characterize documents, the documents speak for themselves, and no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 148.

149.    To the extent the allegations in Paragraph 149 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 149 regarding Android operating systems and on that basis denies them. Apple denies the remaining allegations in Paragraph 149.

150.     To the extent the allegations in Paragraph 150 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 150.

151.     To the extent the allegations in Paragraph 151 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 151 regarding consumer smartphone purchasing decisions and on that basis denies them. Apple denies the remaining allegations in Paragraph 151.

152.     To the extent the allegations in Paragraph 152 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 152 regarding the reasons Amazon, Microsoft, and LG no longer manufacture smartphones, and regarding the periods of sale for Amazon, Microsoft, and LG's smartphones and on that basis denies them. Apple denies the remaining allegations in Paragraph 152.

153.     To the extent the allegations in Paragraph 153 are legal conclusions and characterizations, no response is required. To the extent the allegations in Paragraph 153 selectively quote from or characterize a document, the document speaks for itself, and no response is required. Insofar as any response is required, Apple admits that its net income has been positive since 2009 and reached over $93 billion in the fiscal year ending September 28, 2024. Apple denies the remaining allegations in Paragraph 153.

154.     To the extent the allegations in Paragraph 154 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 154.

155.    To the extent the allegations in Paragraph 155 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 155 regarding what industry sources report and on that basis denies them. Apple denies the remaining allegations in Paragraph 155.

156.    To the extent the allegations in Paragraph 156 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 156.

## 2.    *OpenAI Has Monopoly Power In The Relevant Market For Generative AI Chatbots*

157.    To the extent the allegations in Paragraph 157 are legal conclusions and characterizations, no response is required. To the extent the allegations in Paragraph 157 selectively quote from or characterize documents or testimony, the documents or testimony speak for themselves, and no response is required. Insofar as any response is required, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 157 and on that basis denies them.

158.    To the extent the allegations in Paragraph 158 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 158 and on that basis denies them.

159.    Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 159 and on that basis denies them.

160.    To the extent the allegations in Paragraph 160 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple lacks

knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 160 and on that basis denies them.

161.     To the extent the allegations in Paragraph 161 are legal conclusions and characterizations, no response is required. To the extent the allegations in Paragraph 161 selectively quote from or characterize documents, the documents speak for themselves, and no response is required. Insofar as any response is required, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 161 and on that basis denies them.

162.     To the extent the allegations in Paragraph 162 are legal conclusions and characterizations, no response is required. To the extent the allegations in Paragraph 162 selectively quote from or characterize a document, the document speaks for itself, and no response is required. Insofar as any response is required, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 162 and on that basis denies them.

163.     To the extent the allegations in Paragraph 163 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 163 and on that basis denies them.

164.     To the extent the allegations in Paragraph 164 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 164 regarding the training and development of generative AI models and on that basis denies them. Apple denies that its agreement with OpenAI to integrate ChatGPT access into certain iOS and macOS experiences is "exclusive." Apple denies the remaining allegations in Paragraph 164.

165.    To the extent the allegations in Paragraph 165 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 165 and on that basis denies them.

166.    To the extent the allegations in Paragraph 166 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 166 and on that basis denies them.

167.    To the extent the allegations in Paragraph 167 are legal conclusions and characterizations, no response is required. To the extent the allegations in Paragraph 167 selectively quote from or characterize documents, the documents speak for themselves, and no response is required. Insofar as any response is required, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 167 and on that basis denies them.

168.    To the extent the allegations in Paragraph 168 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies that its agreement with OpenAI to integrate ChatGPT access into certain iOS and macOS experiences is "exclusive." Apple denies the remaining allegations in Paragraph 168.

**M.    *Apple and OpenAI's Conduct Has Injured Competition, Plaintiffs, And The Public***

169.    To the extent the allegations in Paragraph 169 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies that its agreement with OpenAI to integrate ChatGPT access into certain iOS and macOS experiences is "exclusive." Apple denies the remaining allegations in Paragraph 169.

170.    To the extent the allegations in Paragraph 170 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 170.

171.    To the extent the allegations in Paragraph 171 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 171.

172.    To the extent the allegations in Paragraph 172 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 172 and on that basis denies them.

173.    To the extent the allegations in Paragraph 173 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 173 regarding OpenAI's funding and on that basis denies them. Apple denies that its agreement with OpenAI to integrate ChatGPT access into certain iOS and macOS experiences is "exclusive." Apple denies the remaining allegations in Paragraph 173.

174.    To the extent the allegations in Paragraph 174 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 174.

175.    To the extent the allegations in Paragraph 175 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple admits that in the United States, it currently facilitates the distribution of native apps through the Apple App Store.

Apple admits that some apps provide a user with broad functionality in a single app. Apple denies the remaining allegations in Paragraph 175.

176.    To the extent the allegations in Paragraph 176 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 176.

177.    To the extent the allegations in Paragraph 177 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 177.

178.    To the extent the allegations in Paragraph 178 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 178.

179.    To the extent the allegations in Paragraph 179 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies that its agreement with OpenAI to integrate ChatGPT access into certain iOS and macOS experiences is "exclusive." Apple denies the remaining allegations in Paragraph 179.

180.    To the extent the allegations in Paragraph 180 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 180.

## <u>CAUSES OF ACTION</u>

### *First Claim For Relief: Unlawful Agreement In Violation Of Section 1 Of The Sherman Act 15 U.S.C. § 1*
### *(Against All Defendants)*

181.    Apple reasserts and hereby incorporates by reference its responses to each paragraph of Plaintiffs' Complaint, as though fully set forth herein.

182.    To the extent the allegations in Paragraph 182 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 182.

183.    To the extent the allegations in Paragraph 183 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 183.

184.    To the extent the allegations in Paragraph 184 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 184.

185.    To the extent the allegations in Paragraph 185 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 185.

186.    To the extent the allegations in Paragraph 186 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 186 and on that basis denies them.

187.    To the extent the allegations in Paragraph 187 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 187.

188.    To the extent the allegations in Paragraph 188 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 188.

189.    To the extent the allegations in Paragraph 189 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 189.

190.    To the extent the allegations in Paragraph 190 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 190.

191.    To the extent the allegations in Paragraph 191 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 191.

### Second Claim For Relief: Monopolization Of The Market For Smartphones In Violation Of Section 2 Of The Sherman Act
### 15 U.S.C. § 2
### (Against Apple)

192.    Apple reasserts and hereby incorporates by reference its responses to each paragraph of Plaintiffs' Complaint, as though fully set forth herein.

193.    To the extent the allegations in Paragraph 193 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 193.

194.    To the extent the allegations in Paragraph 194 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 194.

195.    To the extent the allegations in Paragraph 195 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 195.

196.    To the extent the allegations in Paragraph 196 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 196.

197.    To the extent the allegations in Paragraph 197 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 197.

198.    To the extent the allegations in Paragraph 198 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 198.

### Third Claim For Relief: Attempted Monopolization Of The Market For Smartphones In Violation Of Section 2 Of The Sherman Act 15 U.S.C. § 2 (Against Apple)

199.    Apple reasserts and hereby incorporates by reference its responses to each paragraph of Plaintiffs' Complaint, as though fully set forth herein.

200.    To the extent the allegations in Paragraph 200 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 200.

201.    To the extent the allegations in Paragraph 201 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 201.

202.    To the extent the allegations in Paragraph 202 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 202.

203.    To the extent the allegations in Paragraph 203 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 203.

204.    To the extent the allegations in Paragraph 204 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 204.

205.    To the extent the allegations in Paragraph 205 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 205.

206.    To the extent the allegations in Paragraph 206 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 206.

### *Fourth Claim For Relief: Monopolization Of The Market For Generative AI Chatbots In Violation Of Section 2 Of The Sherman Act*
### *15 U.S.C. § 2*
### *(Against OpenAI)*

207.    Paragraph 207 is not directed at Apple and therefore no response is required. Apple reasserts and hereby incorporates by reference its responses to each paragraph of Plaintiffs' Complaint, as though fully set forth herein.

208.    Paragraph 208 is not directed at Apple and therefore no response is required. To the extent the allegations in Paragraph 208 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 208.

209.    Paragraph 209 is not directed at Apple and therefore no response is required. To the extent the allegations in Paragraph 209 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 209.

210.    Paragraph 210 is not directed at Apple and therefore no response is required. To the extent the allegations in Paragraph 210 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 210.

211.    Paragraph 211 is not directed at Apple and therefore no response is required. To the extent the allegations in Paragraph 211 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 211.

212.    Paragraph 212 is not directed at Apple and therefore no response is required. To the extent the allegations in Paragraph 212 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 212.

213.    Paragraph 213 is not directed at Apple and therefore no response is required. To the extent the allegations in Paragraph 213 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 213.

214.    Paragraph 214 is not directed at Apple and therefore no response is required. To the extent the allegations in Paragraph 214 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 214.

### Fifth Claim For Relief: Attempted Monopolization Of The Market For Generative AI Chatbots In Violation Of Section 2 Of The Sherman Act
### 15 U.S.C. § 2
### (Against OpenAI)

215.    Paragraph 215 is not directed at Apple and therefore no response is required. Apple reasserts and hereby incorporates by reference its responses to each paragraph of Plaintiffs' Complaint, as though fully set forth herein.

216.    Paragraph 216 is not directed at Apple and therefore no response is required. To the extent the allegations in Paragraph 216 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 216.

217.    Paragraph 217 is not directed at Apple and therefore no response is required. To the extent the allegations in Paragraph 217 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 217.

218.    Paragraph 218 is not directed at Apple and therefore no response is required. To the extent the allegations in Paragraph 218 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 218.

219.    Paragraph 219 is not directed at Apple and therefore no response is required. To the extent the allegations in Paragraph 219 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 219.

220.    Paragraph 220 is not directed at Apple and therefore no response is required. To the extent the allegations in Paragraph 220 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 220.

221.    Paragraph 221 is not directed at Apple and therefore no response is required. To the extent the allegations in Paragraph 221 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 221.

222.    Paragraph 222 is not directed at Apple and therefore no response is required. To the extent the allegations in Paragraph 222 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 222.

### Sixth Claim For Relief: Conspiracy To Monopolize The Markets For Generative AI Chatbots And Smartphones In Violation Of Section 2 Of The Sherman Act
### 15 U.S.C. § 2
### (Against All Defendants)

223.    Apple reasserts and hereby incorporates by reference its responses to each paragraph of Plaintiffs' Complaint, as though fully set forth herein.

224.    To the extent the allegations in Paragraph 224 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 224.

225.    To the extent the allegations in Paragraph 225 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 225.

226.    To the extent the allegations in Paragraph 226 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 226.

227.    To the extent the allegations in Paragraph 227 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 227.

228.    To the extent the allegations in Paragraph 228 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 228.

229.    To the extent the allegations in Paragraph 229 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 229.

230.    To the extent the allegations in Paragraph 230 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 230.

231.    To the extent the allegations in Paragraph 231 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 231.

232.    To the extent the allegations in Paragraph 232 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 232.

233.    To the extent the allegations in Paragraph 233 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 233.

### Seventh Claim For Relief: Civil Conspiracy
### (Against All Defendants)

234.    Apple reasserts and hereby incorporates by reference its responses to each paragraph of Plaintiffs' Complaint, as though fully set forth herein.

235.    To the extent the allegations in Paragraph 235 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 235.

236.    To the extent the allegations in Paragraph 236 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 236.

237.    To the extent the allegations in Paragraph 237 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 237.

*Eighth Claim For Relief: Unfair Competition*
*(Against All Defendants)*

238.    Apple reasserts and hereby incorporates by reference its responses to each paragraph of Plaintiffs' Complaint, as though fully set forth herein.

239.    To the extent the allegations in Paragraph 239 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 239.

240.    To the extent the allegations in Paragraph 240 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 240.

241.    To the extent the allegations in Paragraph 241 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 241.

242.    To the extent the allegations in Paragraph 242 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 242.

243.    To the extent the allegations in Paragraph 243 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 243.

*Ninth Claim For Relief: Violations Of Texas Free Enterprise & Antitrust Act*
*(Against All Defendants)*

244.    Apple reasserts and hereby incorporates by reference its responses to each paragraph of Plaintiffs' Complaint, as though fully set forth herein.

245.    To the extent the allegations in Paragraph 245 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 245.

246.    To the extent the allegations in Paragraph 246 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 246.

### Tenth Claim For Relief: Violations Of Texas Free Enterprise & Antitrust Act (Against All Defendants)

247.    Apple reasserts and hereby incorporates by reference its responses to each paragraph of Plaintiffs' Complaint, as though fully set forth herein.

248.    To the extent the allegations in Paragraph 248 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 248.

249.    To the extent the allegations in Paragraph 249 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 249.

250.    To the extent the allegations in Paragraph 250 are legal conclusions and characterizations, no response is required. Insofar as any response is required, Apple denies the allegations in Paragraph 250.

### PRAYER FOR RELIEF AND DEMAND FOR JURY TRIAL

The remainder of the Complaint consists of Plaintiffs' prayer for relief and demand for jury trial to which no response is required. Insofar as any response is required, Apple denies that any relief is warranted or appropriate.

## AFFIRMATIVE AND OTHER DEFENSES

Apple states the following defenses and reserves its right to assert other and additional defenses, cross claims, and third-party claims not asserted herein of which it becomes aware through discovery or other investigation as may be appropriate at a later time. In asserting these defenses, Apple does not assume any burden of proof, persuasion or production with respect to any issue where the applicable law places the burden upon Plaintiffs. Apple avers that some of the following defenses are actually elements of Plaintiffs' claims on which Plaintiffs bear the burden of proof, but pleads them as defenses out of an abundance of caution.

### First Defense

### (Legitimate Business Justifications)

Apple alleges that, without admitting any liability whatsoever, at all times its conduct was reasonable; that its actions were undertaken in good faith to advance legitimate business interests and had the effect of promoting, encouraging, and increasing competition; and that the procompetitive benefits of Apple's conduct significantly outweigh any alleged anticompetitive effects.

### Second Defense

### (Failure to State a Claim)

The Complaint and the purported causes of action contained therein fail, in whole or in part, to state a claim for which relief can be granted because Plaintiffs fail to plausibly allege exclusionary or anticompetitive conduct, harm to competition, specific intent to monopolize any market, antitrust standing, Article III standing, or any tortious or unlawful act by Apple.

### Third Defense

### (No Exclusionary or Trade-Restraining Agreement or Conduct)

Plaintiffs' claims are barred, in whole or in part, because Apple did not enter any exclusionary or trade-restraining agreement or engage in other exclusionary or trade-restraining conduct.

### Fourth Defense

### (Protected Rights – Intellectual Property and Other Statutes)

Plaintiffs' claims are barred, in whole or in part, because they make claims and seek remedies that conflict with Apple's rights under intellectual property law or other statutes.

### Fifth Defense

### (Lack of Article III Standing)

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs lack Article III standing to assert any or all of the claims alleged in the Complaint.

### Sixth Defense

### (Lack of Antitrust Standing)

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs lack antitrust standing to assert any or all of the claims alleged in the Complaint.

### Seventh Defense

### (No Injury or Threatened Injury)

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have neither sustained nor are threatened by any injury in fact or antitrust injury proximately caused by an act or omission by Apple.

## Eighth Defense

### (Lack of Causation)

Plaintiffs' claims are barred, in whole or in part, because of a lack of causation, including without limitation because any injuries that may have been suffered were caused solely or proximately by the intervening and superseding acts of others over whom Apple has no power, authority, or control, including Plaintiffs themselves.

## Ninth Defense

### (No Entitlement to Damages)

Plaintiffs are not entitled to any damages because any harm they may have suffered is speculative and unquantifiable.

## Tenth Defense

### (No Entitlement to Injunctive Relief)

Plaintiffs are not entitled to injunctive relief because any alleged injury to Plaintiffs is not immediate or irreparable; because any such injury is entirely self-inflicted; because Plaintiffs have an adequate remedy at law; and because such relief would be contrary to the public interest, would harm consumers, and would otherwise be inequitable, impractical, and unworkable.

## Eleventh Defense

### (No Harm to Competition or Consumers)

Plaintiffs' claims are barred, in whole or in part, because the alleged conduct did not and does not harm competition or consumers.

## Twelfth Defense

### (Laches)

Plaintiffs' claims are barred, in whole or in part, by the doctrine of laches.

## Thirteenth Defense

### (Protected Rights – First Amendment)

Plaintiffs' claims are barred, in whole or in part, because they challenge the exercise of rights protected by the First Amendment of the United States Constitution.

## Fourteenth Defense

### (No Conspiracy)

Plaintiffs' claims are barred, in whole or in part, because Apple did not enter into any conspiracy.

## Fifteenth Defense

### (No Unlawful or Tortious Act)

Plaintiffs' claims are barred, in whole or in part, because Apple did not commit any unlawful or tortious act.

## Sixteenth Defense

### (No Specific Intent)

Plaintiffs' claims are barred, in whole or in part, because Apple did not specifically intend to monopolize any market.

## Seventeenth Defense

### (Due Process)

Plaintiffs' Texas state law claims are barred, in whole or in part, by the Due Process Clause of the United States Constitution, insofar as Plaintiffs make claims based on alleged conduct occurring outside the state of Texas.

## Eighteenth Defense

### (Foreign Trade Antitrust Improvements Act)

Plaintiffs' claims are barred, in whole or in part, by the Foreign Trade Antitrust Improvements Act, 15 U.S.C. § 6a, insofar as Plaintiffs make claims concerning transactions or alleged conduct involving trade or commerce with foreign nations outside U.S. jurisdiction.

## Nineteenth Defense

### (International Comity)

Plaintiffs' claims are barred, in whole or in part, by the doctrine of international comity, insofar as Plaintiffs seek relief affecting transactions and conduct occurring outside U.S. jurisdiction.

## Twentieth Defense

### (Unclean Hands)

Plaintiffs' claims are barred, in whole or in part, by the doctrine of unclean hands.

## Twenty-First Defense

### (In Pari Delicto)

Plaintiffs' claims are barred, in whole or in part, by the doctrine of *in pari delicto*.

## Twenty-Second Defense

### (Estoppel)

Plaintiffs' claims are barred, in whole or in part, by the doctrine of estoppel.

## Twenty-Third Defense

### (No Entitlement to Interest, Attorney's Fees, or Costs)

Plaintiffs are not entitled to interest, attorney's fees, or costs in connection with this action.

## Additional Defenses

Apple presently has insufficient knowledge or information to determine whether it may have additional, as yet unstated defenses. Apple has not knowingly or intentionally waived any applicable

49

defenses and reserves the right to assert additional defenses as they become known to it through discovery in this matter. Apple reserves the right to amend this Answer to add, delete, or modify defenses based upon legal theories that may be or will be divulged through clarification of Plaintiffs' Complaint, through discovery, or through further legal analysis of Plaintiffs' position in this litigation.

Dated: December 11, 2025

Respectfully submitted,

*/s/ Dee J. Kelly, Jr.*
Dee J. Kelly, Jr.
State Bar No.1217250
dee.kelly@kellyhart.com
Julia G. Wisenberg
State Bar No. 24099146
julia.wisenberg@kellyhart.com
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102
Telephone: (817) 332-2500
Facsimile: (817) 878-9280

Emily Johnson Henn (admitted *pro hac vice*)
ehenn@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th
Floor Palo Alto, CA 94306
Telephone: (650) 632-4700

Henry Liu (admitted *pro hac vice*)
hliu@cov.com
Lauren Willard Zehmer (admitted *pro hac vice*)
lzehmer@cov.com
Carol Szurkowski Weiland (admitted *pro hac vice*)
cweiland@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street,
NW Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6302

**ATTORNEYS FOR DEFENDANT APPLE INC.**

## <u>CERTIFICATE OF SERVICE</u>

I certify that on December 11, 2025, I served the foregoing document electronically in accordance with the Federal Rules of Civil Procedure.

*/s/ Julia G. Wisenberg*
Julia G. Wisenberg
