IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| X CORP. and X.AI LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>APPLE INC.; OPENAI, INC.; OPENAI, L.L.C.; and OPENAI OPCO, LLC,<br><br>    Defendants. | Civil Action No. 4:25-cv-00914-P |

**[PROPOSED] ORDER GRANTING MOTION FOR
ISSUANCE OF LETTER OF REQUEST FOR INTERNATIONAL
JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION ON
THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS**

Upon consideration of Plaintiffs' Motion for Issuance of Letter of Request for International Judicial Assistance Pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, the Motion is hereby **GRANTED** and the Court **APPROVES** the proposed Letter of Request included with the Motion. Accordingly, the Court will execute the Letter of Request with an original signature, to which the Clerk of Court shall affix an original seal. Thereafter, the Court will directly transmit the Letter of Request to the Ministry of Law of Singapore.

**SO ORDERED and SIGNED on this 15 day of December 2025.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE