# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| X CORP. and X.AI LLC,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.; OPENAI, INC.; OPENAI, L.L.C.; and OPENAI OPCO, LLC,<br><br>Defendants. | Civil Action No. 4:25-cv-00914-P |

## JOINT STATUS REPORT

Plaintiffs X Corp. ("X") and X.AI LLC ("xAI," and with X, "Plaintiffs") and Defendants Apple Inc. ("Apple"); OpenAI Foundation (f/k/a OpenAI, Inc.); OpenAI, L.L.C.; and OpenAI OpCo, LLC (collectively, "OpenAI," and with Apple, "Defendants") respectfully submit this Joint Status Report pursuant to the Court's December 4, 2025 Order, Dkt. No. 82.

1. On December 3, 2025, Plaintiffs filed a Motion to Compel or for the Entry of Protective Order (the "Motion"), Dkt. No. 79.

2. Judge Pittman referred the Motion to this Court for further proceedings. Dkt. No. 81.

3. On December 4, 2025, this Court ordered the parties to confer by telephone and submit a joint status report "describing the results of their telephone conference and advising the Court of issues remaining for determination." Dkt. No. 82.

4. Plaintiffs' counsel and OpenAI's counsel have conferred twice by telephone since the Motion was filed—once on December 4, and the second time on December 12. Despite those conversations, Plaintiffs and OpenAI have been unable to narrow the issues for resolution.

Dated: December 18, 2025

*/s/ Bradley Justus*
Bradley Justus*
DC Bar No. 1007988
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
T: (202) 912-4700
F: (202) 912-4701
bjustus@axinn.com

Caroline P. Boisvert*
CT State Bar No. 441323
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
T: (860) 275-8100
F: (860) 275-8101
cboisvert@axinn.com

*admitted *pro hac vice*

Respectfully submitted,

*/s/ Craig M. Reiser*
Craig M. Reiser*
NY State Bar No. 4886735
Scott A. Eisman*
NY State Bar No. 4905287
Eva Yung*
NY State Bar No. 5497300
Christopher Erickson*
NY State Bar No. 5800628
AXINN, VELTROP & HARKRIDER LLP
630 Fifth Avenue, 33rd Floor
New York, NY 10111
T: (212) 728-2200
F: (212) 728-2201
creiser@axinn.com
seisman@axinn.com
eyung@axinn.com
cerickson@axinn.com

*/s/ Judd E. Stone II*
Judd E. Stone II
TX State Bar No. 24076720
Christopher D. Hilton
TX State Bar No. 24087727
Noah Schottenstein
TX State Bar No. 24100661
STONE | HILTON PLLC
600 Congress Ave., Ste. 2350
Austin, TX 78701
T: (737) 465-3897
judd@stonehilton.com
chris@stonehilton.com

Noah Schottenstein
Texas Bar No. 24100661
STONE | HILTON PLLC
301 Commerce St., Suite 2360
Fort Worth, TX 76102
T: (737) 465-3897
noah@stonehilton.com

*Attorneys for Plaintiffs X Corp. and X.AI LLC*

2

Dated: December 18, 2025                    Respectfully submitted,

                                                          */s/ Dee J. Kelly, Jr.*
Dee J. Kelly, Jr.
State Bar No. 11217250
dee.kelly@kellyhart.com
Julia G. Wisenberg
State Bar No. 24099146
julia.wisenberg@kellyhart.com
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500
Facsimile: (817) 878-9280

Emily Johnson Henn (admitted *pro hac vice*)
ehenn@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
Telephone: (650) 632-4700

Henry Liu (admitted *pro hac vice*)
hliu@cov.com
Lauren Willard Zehmer (admitted *pro hac vice*)
lzehmer@cov.com
Carol Szurkowski Weiland (admitted *pro hac vice*)
cweiland@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6302

*Attorneys for Defendant Apple Inc.*

/s/Michael K. Hurst
Michael K. Hurst
mhurst@lynnllp.com
Texas Bar No. 10316310
Chris W. Patton
cpatton@lynnllp.com
Texas Bar No. 24083634
Andy Kim
akim@lynnllp.com
State Bar No. 24136638
LYNN PINKER HURST &
SCHWEGMANN LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: (214) 981-3800
Facsimile: (214) 981-3839

William Savitt
WDSavitt@wlrk.com
N.D. Tex. Bar No. 2900058NY
Kevin S. Schwartz
KSchwartz@wlrk.com
N.D. Tex. Bar No. 4564241NY
Stephen D. Levandoski (admitted *pro hac vice*)
SDLevandoski@wlrk.com
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York 10019
(212) 403-1000 (Telephone)
(212) 403-2000 (Facsimile)

*Attorneys for Defendants OpenAI Foundation (f/k/a OpenAI, Inc.), OpenAI, L.L.C., and OpenAI Opco, LLC*

## **CERTIFICATE OF SERVICE**

I certify that on December 18, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing. A notice of electronic filing was transmitted to all ECF registrants of record.

*/s/ Craig M. Reiser*
Craig M. Reiser