**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

|  |  |
|---|---|
| X CORP. and X.AI LLC, <br><br>     Plaintiffs, <br><br>     v. <br><br> APPLE INC., OPENAI, INC., OPENAI, L.L.C., and OPENAI OPCO, LLC, <br><br>     Defendants. | Civil Action No. 4:25-cv-00914-P |

**STIPULATION AND [PROPOSED] ORDER**

**WHEREAS**, on December 3, 2025, Plaintiffs filed a Motion to Compel or for the Entry of Protective Order (the "Motion"), Dkt. No. 79;

**WHEREAS**, Judge Pittman referred the Motion to this Court for further proceedings. Dkt. No. 81;

**WHEREAS**, on December 18, 2025, the OpenAI Defendants filed an opposition to Plaintiffs' Motion, Dkt. No. 104;

**WHEREAS**, the Motion involved a dispute over whether the confidentiality agreement to be executed by the parties would allow a party to file discovery material produced in this action with a court in another proceeding between any of the Parties to this case or their affiliates, to the extent necessary to seek production of such Discovery Material in such other proceeding; and

**IT IS HEREBY STIPULATED AND AGREED**, that (1) the parties shall resolve the Motion by entering a confidentiality agreement, in the form attached here as Exhibit A, that provides that "in the event of a dispute over the disclosure of Discovery Material to the court in

another proceeding … after the parties have attempted in good faith to resolve such dispute, the

parties shall submit such dispute to this Court for resolution," and (2) the Motion is moot.

Dated: December 19, 2025                                  Respectfully submitted,


                                    /s/ Michael K. Hurst
                                    Michael K. Hurst
                                    mhurst@lynnllp.com
                                    Texas Bar No. 10316310
                                    Chris W. Patton
                                    cpatton@lynnllp.com
                                    Texas Bar No. 24083634
                                    Andy Kim
                                    akim@lynnllp.com
                                    State Bar No. 24136638
                                    LYNN PINKER HURST &
                                    SCHWEGMANN LLP
                                    2100 Ross Avenue, Suite 2700
                                    Dallas, Texas 75201
                                    Telephone: (214) 981-3800
                                    Facsimile: (214) 981-3839

                                    William Savitt
                                    WDSavitt@wlrk.com
                                    N.D. Tex. Bar No. 2900058NY
                                    Kevin S. Schwartz
                                    KSchwartz@wlrk.com
                                    N.D. Tex. Bar No. 4564241NY
                                    Stephen D. Levandoski (admitted *pro hac vice*)
                                    SDLevandoski@wlrk.com
                                    WACHTELL, LIPTON, ROSEN & KATZ
                                    51 West 52nd Street
                                    New York, New York 10019
                                    (212) 403-1000 (Telephone)
                                    (212) 403-2000 (Facsimile)

                                    *Attorneys for Defendants OpenAI Foundation (f/k/a OpenAI, Inc.), OpenAI, L.L.C., and OpenAI Opco, LLC*

2

Dated: December 19, 2025

Respectfully submitted,

*/s/ Bradley Justus*

Bradley Justus*
DC Bar No. 1007988
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
T: (202) 912-4700
F: (202) 912-4701
bjustus@axinn.com

Caroline P. Boisvert*
CT State Bar No. 441323
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
T: (860) 275-8100
F: (860) 275-8101
cboisvert@axinn.com

*admitted *pro hac vice*

*/s/ Craig M. Reiser*

Craig M. Reiser*
NY State Bar No. 4886735
Scott A. Eisman*
NY State Bar No. 4905287
Eva Yung*
NY State Bar No. 5497300
Christopher Erickson*
NY State Bar No. 5800628
AXINN, VELTROP & HARKRIDER LLP
630 Fifth Avenue, 33rd Floor
New York, NY 10111
T: (212) 728-2200
F: (212) 728-2201
creiser@axinn.com
seisman@axinn.com
eyung@axinn.com
cerickson@axinn.com

*/s/ Judd E. Stone II*

Judd E. Stone II
TX State Bar No. 24076720
Christopher D. Hilton
TX State Bar No. 24087727
Noah Schottenstein
TX State Bar No. 24100661
STONE | HILTON PLLC
600 Congress Ave., Ste. 2350
Austin, TX 78701
T: (737) 465-3897
judd@stonehilton.com
chris@stonehilton.com

Noah Schottenstein
Texas Bar No. 24100661
STONE | HILTON PLLC
301 Commerce St., Suite 2360
Fort Worth, TX 76102
T: (737) 465-3897
noah@stonehilton.com

*Attorneys for Plaintiffs X Corp. and
X.AI LLC*

3

Dated: December 19, 2025

Respectfully submitted,

*/s/ Dee J. Kelly Jr.*
Dee J. Kelly, Jr.
State Bar No. 11217250
dee.kelly@kellyhart.com
Julia G. Wisenberg
State Bar No. 24099146
julia.wisenberg@kellyhart.com
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500
Facsimile: (817) 878-9280

Emily Johnson Henn (admitted *pro hac vice*)
ehenn@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
Telephone: (650) 632-4700

Henry Liu (admitted *pro hac vice*)
hliu@cov.com
Lauren Willard Zehmer (admitted *pro hac vice*)
lzehmer@cov.com
Carol Szurkowski Weiland (admitted *pro hac vice*)
cweiland@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6302

*Attorneys for Defendant Apple Inc.*

4

**SO ORDERED this ___ day of _____, 2025.**

_____

Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE