UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**X CORP. AND X.AI LLC,**

   Plaintiffs,

v.                                                     No. 4:25-cv-00914-P

**APPLE INC.,** *ET AL.***,**

   Defendants.

# ORDER

Before the Court is the Motion to Compel that Plaintiffs filed on January 5, 2026. ECF No. 117. By order entered January 8, 2026, United States District Judge Mark T. Pittman referred the motion to the undersigned for further proceedings. ECF No. 122. The Court finds that expedited briefing is needed to consider the motion in a timely fashion. *See* Local Civil Rule 7.1.

Accordingly, the Court **SETS** the motion for a **Hearing**, on **January 21, 2026**, **at 1:30 p.m. C.S.T.**, in the Fourth Floor Courtroom, Eldon B. Mahon United States Court House, 501 W. 10th Street, Fort Worth, Texas 76102.

Prior to the hearing, lead counsel for the parties shall confer by telephone to discuss narrowing the issues for the Court to consider. Counsel **SHALL** file a joint status report **on or before January 16, 2026 at 12:00 p.m.** describing the results of their telephone conference and advising the Court of issues remaining for determination.

Additionally, by **January 16, 2026 at 12:00 p.m.**, Defendants **SHALL** file a response to the motion that addresses only the issues that are unresolved. Plaintiffs shall not file a reply unless the Court orders them to do so.

It is so **ORDERED** on January 8, 2026.

_Hal R. Ray, Jr._
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE

2