UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**X CORP., ET AL.,**

  Plaintiffs,

v.                                                  **No. 4:25-cv-00914-P**

**APPLE, INC., ET AL.,**

  Defendants.

## ORDER

Before the Court is Plaintiffs' Unopposed Motion to Withdraw Caroline P. Boisvert as Counsel. ECF No. 124. The Motion is **GRANTED**. Accordingly, it is hereby **ORDERED** that Caroline P. Boisvert is withdrawn as counsel for Plaintiffs X Corp. and X.AI LLC in this matter.

**SO ORDERED** on this **12th day of January 2026.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE