IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| X CORP. and X.AI LLC,<br><br>   Plaintiffs,<br><br>   v.<br><br>APPLE INC.; OPENAI, INC.; OPENAI, L.L.C.; and OPENAI OPCO, LLC,<br><br>   Defendants. | Civil Action No. 4:25-cv-00914-P |

## JOINT STATUS REPORT

Plaintiffs X Corp. ("X") and X.AI LLC ("xAI," and with X, "Plaintiffs") and Defendants OpenAI Foundation (f/k/a OpenAI, Inc.); OpenAI, L.L.C.; and OpenAI OpCo, LLC (collectively, "OpenAI") respectfully submit this Joint Status Report pursuant to the Court's January 8, 2026 Order, Dkt. No. 123.

1.   On January 5, 2026, Plaintiffs filed a Motion to Compel Discovery from the OpenAI Defendants and for Expedited Briefing (the "Motion to Compel"), Dkt. No. 117. The Motion to Compel asks the Court to order OpenAI (1) to substantially complete document production in response to certain requests for production from Plaintiffs' first set of requests for production by January 15, 2026 (the "Substantial-Completion Dispute"); (2) to search for responsive documents using the search terms and data sources that Plaintiffs proposed on December 9, 2025 (the "Search Terms and Data Sources Dispute"); and (3) to promptly produce all non-privileged documents within their possession that are responsive to certain of Plaintiffs' requests for production seeking source code (the "Source Code Dispute").

2. Judge Pittman referred the Motion to Compel to this Court for further proceedings. Dkt. No. 122.

3. On January 8, 2026, this Court set the Motion to Compel for a hearing on January 21, 2026 and ordered the parties to "confer by telephone to discuss narrowing the issues for the Court to consider and to file a Joint Status Report on or before January 16, 2026 at 12:00 pm describing the results of their telephone conference and advising the Court of issues remaining for determination." Dkt No. 123.

4. Plaintiffs' counsel and OpenAI's counsel conferred by telephone on January 9, 2026 and January 14, 2026.

5. On January 16, 2026, the parties filed a joint motion to extend the deadlines for initial, responsive, and rebuttal expert designations. Dkt. No. 131 ("Joint Motion"). As stated in the Joint Motion, that Joint Motion, if granted by the Court, will moot the Substantial-Completion Dispute.

6. During their January 9, 2026 and January 14, 2026 telephone conferences, Plaintiffs and OpenAI discussed Plaintiffs' proposed search terms and custodians. Those discussions, which the parties hope will narrow the Search Terms and Data Sources Dispute, continue.

7. Plaintiffs and OpenAI have been unable to narrow the Source Code Dispute, which they expect will require judicial resolution.

| | |
|---|---|
| Dated: January 16, 2026 | Respectfully submitted, |
| | |
| /s/ Bradley Justus | /s/ Scott A. Eisman |
| Bradley Justus* | Craig M. Reiser* |
| DC Bar No. 1007988 | NY State Bar No. 4886735 |
| AXINN, VELTROP & HARKRIDER LLP | Scott A. Eisman* |
| 1901 L Street NW | NY State Bar No. 4905287 |
| Washington, DC 20036 | Eva Yung* |
| T: (202) 912-4700 | NY State Bar No. 5497300 |
| F: (202) 912-4701 | Christopher Erickson* |
| bjustus@axinn.com | NY State Bar No. 5800628 |
| | AXINN, VELTROP & HARKRIDER LLP |
| *admitted *pro hac vice* | 630 Fifth Avenue, 33rd Floor |
| | New York, NY 10111 |
| | T: (212) 728-2200 |
| | F: (212) 728-2201 |
| | creiser@axinn.com |
| | seisman@axinn.com |
| | eyung@axinn.com |
| | cerickson@axinn.com |

/s/ Judd E. Stone

Judd E. Stone II
TX State Bar No. 24076720
Christopher D. Hilton
TX State Bar No. 24087727
STONE | HILTON PLLC
600 Congress Ave., Ste. 2350
Austin, TX 78701
T: (737) 465-3897
judd@stonehilton.com
chris@stonehilton.com

Noah Schottenstein
TX State Bar No. 24100661
STONE | HILTON PLLC
301 Commerce St., Suite 2360
Fort Worth, TX 76102
T: (737) 465-3897
noah@stonehilton.com

*Attorneys for Plaintiffs X Corp. and X.AI LLC*

3

      /s/ Michael K. Hurst
Michael K. Hurst
mhurst@lynnllp.com
Texas Bar No. 10316310
Chris W. Patton
cpatton@lynnllp.com
Texas Bar No. 24083634
Andy Kim
akim@lynnllp.com
State Bar No. 24136638
LYNN PINKER HURST &
SCHWEGMANN LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: (214) 981-3800
Facsimile: (214) 981-3839

William Savitt (application for admission forthcoming)
WDSavitt@wlrk.com
Kevin S. Schwartz (application for admission forthcoming)
KSchwartz@wlrk.com
Stephen D. Levandoski (admitted *pro hac vice*)
SDLevandoski@wlrk.com
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York 10019
(212) 403-1000 (Telephone)
(212) 403-2000 (Facsimile)

*Attorneys for Defendants OpenAI, Inc., OpenAI, L.L.C., and OpenAI Opco, LLC*

**CERTIFICATE OF SERVICE**

I certify that on January 16, 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing. A notice of electronic filing was transmitted to all ECF registrants of record.

*/s/ Scott A. Eisman*
Scott A. Eisman