**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| X CORP. and X.AI LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br> APPLE INC., OPENAI, INC., OPENAI,<br> L.L.C., and OPENAI OPCO, LLC,<br><br>    Defendants. | Civil Action No. 4:25-cv-00914-P |

**[PROPOSED] ORDER**

Before the Court is the Motion to Compel Discovery filed by Plaintiffs X Corp. and X.AI LLC ("Motion"), ECF No. 117, which United States District Judge Mark Pittman referred to the undersigned. ECF No. 122. After considering the Motion, all responsive briefing, arguments by the parties, the applicable legal authorities, and the record herein, the Court finds that the Motion should be and is hereby **DENIED**.

**SO ORDERED this ___ day of _____, 2026.**

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE