UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**X CORP., ET AL.,**

　Plaintiffs,

v.                                                                    **No. 4:25-cv-00914-P**

**APPLE, INC., ET AL.,**

　Defendants.

## ORDER

Before the Court is the parties' Joint Motion to Extend Expert-Related Deadlines in Scheduling Order. ECF No. 131. The Motion is hereby **GRANTED**. The Court hereby **ORDERS**, therefore, that the scheduling order, ECF No. 61, shall be modified to extend the following deadlines:

(1)　the initial expert designations and reports deadline shall be extended from February 20, 2026 to **March 13, 2026**;

(2)　the responsive expert designations and reports deadline shall be extended from March 23, 2026 to **April 13, 2026**; and

(3)　the rebuttal expert designations deadline shall be extended from 30 days after the disclosure is made by the other party to **May 11, 2026**.

**SO ORDERED** on this **20th day of January 2026.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE