IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| X CORP. and X.AI LLC, | § |
| | § |
| Plaintiffs, | § |
| | § |
| v. | § Civil Action No. 4:25-cv-00914-P |
| | § |
| APPLE INC., OPENAI, INC., OPENAI, L.L.C., | § |
| and OPENAI OPCO, LLC, | § |
| | § |
| Defendants. | § |

# [~~PROPOSED~~] ORDER

Before the Court is the parties' Joint Motion for Entry of a Rule 502(d) Order ("Motion"). Having considered the Motion and applicable law, the Court finds that the Motion should be and hereby is **GRANTED**.

**IT IS THEREFORE ORDERED** that, pursuant to Fed. R. Evid. 502(d), the production of any discovery material, whether inadvertent or otherwise, in this proceeding shall not, for the purposes of this proceeding or any other federal or state proceeding, constitute a waiver by the Producing Party of any privilege applicable to that discovery material, including the attorney-client privilege, attorney work-product protection, or any other privilege or protection recognized by law. This Order shall be interpreted to provide the maximum protection allowed by Fed. R. Evid. 502(d). The provisions of Fed. R. Evid. 502(b) do not apply.

SO ORDERED this 23 day of January, 2026.

Mark T. Pittman
UNITED STATES DISTRICT JUDGE