UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**X CORP., ET AL.,**

  Plaintiffs,

v.                                                   No. 4:25-cv-00914-P

**APPLE, INC., ET AL.,**

  Defendants.

## ORDER

The current mediation deadline in the above-captioned case is Wednesday April 22, 2026. The Court hereby **ORDERS** that the mediation deadline be extended to **Thursday, July 2, 2026.**

**SO ORDERED** on this **29th day of January 2026.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE