**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

|  |  |
|---|---|
| X CORP. and X.AI LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>APPLE INC., OPENAI, INC., OPENAI, L.L.C., and OPENAI OPCO, LLC,<br><br>    Defendants. | Civil Action No. 4:25-cv-00914-P |

**THE OPENAI DEFENDANTS'
<u>MOTION TO COMPEL AND FOR APPROPRIATE REMEDY</u>**

Defendants OpenAI Foundation (f/k/a OpenAI, Inc.), OpenAI, L.L.C., and OpenAI OpCo, LLC (together, "OpenAI") hereby move this Court for relief from X Corp. and X.AI LLC's (together, "Plaintiffs") deficient responses to OpenAI's First Set of Requests for Admission and for relief from Plaintiffs' systematic and intentional destruction of documents relevant to this case (the "Motion"). OpenAI respectfully requests that the Court:

(1)    Order that Plaintiffs shall be deemed to have admitted Request Numbers 23 and 24 of OpenAI's First Set of Requests for Admission because of Plaintiffs' delays, deficient responses, and failure to identify any reasonable inquiry into Plaintiffs' use of ephemeral messaging.

(2)    Order Plaintiffs to immediately cease, and cause their executives to cease, any and all use of ephemeral messaging tools for business purposes, including the ephemeral messaging features of Signal, XChat, or any other ephemeral messaging tools.

(3)    Order Plaintiffs to certify that they have complied with this Court's order.

(4)    Order expedited discovery limited to the issue of Plaintiffs' destruction of documents and communications, including through the use of ephemeral messaging tools.

(5)    Order the appointment of a Special Master pursuant to Federal Rule of Civil Procedure 53 to address any disputes regarding the expedited discovery.

(6)    Appoint a neutral forensic inspector qualified in digital forensics to investigate the extent to which Plaintiffs have destroyed documents and communications, including by use of ephemeral messaging tools, and whether any such documents or communications may be recovered.

(7)    Order expedited briefing of this Motion.

(8)    Order any subsequent briefing necessary to determine whether sanctions or further relief is required.


In accordance with Local Civil Rule 7.1, this Motion is accompanied by (1) a brief that sets forth OpenAI's contentions of fact and law and authorities on which OpenAI relies in support of this Motion; (2) an appendix of factual and legal exhibits; and (3) a proposed order.

Dated: February 2, 2026                     Respectfully submitted,


                                            /s/    Michael K. Hurst
                                            Michael K. Hurst
                                            mhurst@lynnllp.com
                                            Texas Bar No. 10316310
                                            Chris W. Patton
                                            cpatton@lynnllp.com
                                            Texas Bar No. 24083634
                                            Andy Kim
                                            akim@lynnllp.com
                                            Texas Bar No. 24136638
                                            **LYNN PINKER HURST &
                                            SCHWEGMANN LLP**
                                            2100 Ross Avenue, Suite 2700
                                            Dallas, TX  75201
                                            (214) 981-3800 (Telephone)
                                            (214) 981-3839 (Facsimile)

                                            William Savitt (N.D. Tex. Bar No. 2900058NY)
                                            WDSavitt@wlrk.com
                                            Graham W. Meli (*pro hac vice* application
                                            forthcoming)
                                            GWMeli@wlrk.com
                                            Kevin S. Schwartz (N.D. Tex. Bar No. 4564241NY)
                                            KSchwartz@wlrk.com
                                            Stephen D. Levandoski (*pro hac vice*)
                                            SDLevandoski@wlrk.com
                                            **WACHTELL, LIPTON, ROSEN & KATZ**
                                            51 West 52nd Street
                                            New York, NY  10019
                                            (212) 403-1000 (Telephone)
                                            (212) 403-2000 (Facsimile)

                                            *Attorneys for Defendants OpenAI Foundation (f/k/a
                                            OpenAI, Inc.), OpenAI, L.L.C., and OpenAI OpCo,
                                            LLC*

## <u>CERTIFICATE OF CONFERENCE</u>

Counsel for OpenAI have conferred telephonically with Eva Yung on December 12, 2025, and have further conferred by email with Craig Reiser, Bradley Justus, Scott Eisman, Eva Yung, Christopher Erickson, Caroline Boisvert, Judd Stone, and Noah Schottenstein, counsel for Plaintiffs X Corp. and X.AI LLC, on December 12, December 14, December 15, December 19, and December 22, 2025, about Request Numbers 23 and 24 of OpenAI's First Set of Requests for Admission and Plaintiffs' responses thereto concerning Plaintiffs' use of ephemeral messaging tools. The Motion is opposed. Agreement could not be reached because (1) Plaintiffs' December 31 amended responses and objections do not adequately answer Request Numbers 23 and 24 of OpenAI's First Set of Requests for Admission, including because they have failed to disclose any reasonable inquiry into the use of ephemeral messaging tools by Plaintiffs' executives, and (2) Plaintiffs have denied that their executives have used ephemeral messaging tools to send communications concerning matters relevant to the case.

Dated:  February 2, 2026                          /s/     *Michael K. Hurst*
                                                                Michael K. Hurst

## **CERTIFICATE OF SERVICE**

I certify that on February 2, 2026, I served the foregoing document electronically in accordance with the Federal Rules of Civil Procedure.

*/s/ Michael K. Hurst*
Michael K. Hurst
