UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**X CORP., ET AL.,**

  Plaintiffs,

v.                                                               No. 4:25-cv-00914-P

**APPLE, INC., ET AL.,**

  Defendants.

## ORDER

Before the Court is OpenAI Defendants' Motion to Compel and for Appropriate Remedy. ECF No. 146. The Court hereby **ORDERS** that the Motion is referred to Judge Ray.

**SO ORDERED** on this **3rd day of February 2026.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE