**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS**

|  |  |  |
|---|---|---|
| _____ | § | |
| *Plaintiff* | § | |
| | § | |
| | § | |
| v. | § | Case No. _____ |
| | § | |
| | § | |
| _____ | § | |
| *Defendant* | § | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**    Applicant is an attorney and a member of the law firm of (or practices under the name of)

_____, with offices at

_____

(Street Address)

_____     _____     _____

(City)                                                       (State)                     (Zip Code)

_____     _____

(Telephone No.)                                       (Fax No.)

**II.**    Applicant will sign all filings with the name _____.

**III.**    Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.**    Applicant is a member in good standing of the bar of the highest court of the state of

_____, where Applicant regularly practices law.

| |
|---|
| For Court Use Only.<br>Bar StatusVerified:<br><br>_____ |

Bar license number:_____    Admission date:_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.**    Applicant has also been admitted to practice before the following courts:

Court:                        Admission Date:                        Active or Inactive:

_____        _____        _____

_____        _____        _____

_____        _____        _____

_____        _____        _____

**VI.**    Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

**VII.**    Applicant has never been subject to grievance proceedings or involuntary removal proceedings— regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

**VIII.**    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:                Case No. And Style:

_____            _____

_____            _____

_____            _____

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

_____, who has offices at

_____
(Street Address)

_____    _____    _____
(City)                                (State)           (Zip Code)

_____    _____
(Telephone No.)                       (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.  Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the _____ day of_____, _____.

_____
Printed Name of Applicant

*Stephen R. DiPumo*
_____
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature.  If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

**Attachment:  Additional Court Admissions**

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| U.S. District Court, E.D.N.Y. | 03/25/1997 | Active |
| U.S. District Court, E.D. Mich. | 01/09/2003 | Active |