IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| X CORP. and X.AI LLC<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., OPENAI, INC., OPENAI, L.L.C., and OPENAI OPCO, LLC,<br><br>Defendants. | § § § § § § § § § § § | 4:25-CV-00914-P |

## AMENDED ENTRY OF APPEARANCE

Ralph H. Duggins (State Bar No. 06183700), Scott A. Fredricks (State Bar No. 24012657), Philip Vickers (State Bar No. 24051699), and Kate Hancock (State Bar No. 24106048) hereby enter their appearances as co-counsel for Defendants OpenAI Foundation (f/k/a OpenAI, Inc.), OpenAI, L.L.C., and OpenAI OpCo, LLC. William Savitt of Wachtell, Lipton, Rosen & Katz remains lead counsel for the OpenAI Defendants.

/s/ Ralph H. Duggins
Ralph H. Duggins
State Bar No. 06183700
rduggins@canteyhanger.com
Scott A. Fredricks
State Bar No. 24012657
sfredricks@canteyhanger.com
Philip Vickers
Texas Bar No. 24051699
pvickers@canteyhanger.com
Kate Hancock
State Bar No. 24106048
khancock@canteyhanger.com
CANTEY HANGER LLP
600 West 6th Street, Suite 300
Fort Worth, TX 76102
(817) 877-2800
(817) 877-2807 – Fax

*Attorneys for Defendants OpenAI
Foundation (f/k/a OpenAI, Inc.), OpenAI,
L.L.C., and OpenAI OpCo, LLC*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument was served on all counsel of record via the Court's E-File Service on this 3rd day of April, 2026.

/s/ Ralph H. Duggins
Ralph H. Duggins

2