**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

|  |  |
|---|---|
| X CORP. and X.AI LLC,<br><br>    Plaintiffs,<br><br>    - v. -<br><br>APPLE INC., OPENAI, INC., OPENAI, L.L.C.,<br>and OPENAI OPCO, LLC,<br><br>    Defendants. | No. 4:25-cv-00914-P |

**OPENAI'S MOTION TO COMPEL PLAINTIFFS
TO PRODUCE DOCUMENTS**

Defendants OpenAI Foundation (f/k/a OpenAI, Inc.), OpenAI, L.L.C., and OpenAI OpCo, LLC (together, "OpenAI") hereby move this Court to order X Corp. and X.AI LLC to produce documents requested by OpenAI in Request No. 4 of its Second Requests for Production served on December 26, 2025; Requests Nos. 1-4, 7, 9, and 10 of its Third Requests for Production served on January 31, 2026; and Requests Nos. 2 and 5 of its Fourth Requests for Production served on February 5, 2026 (the "Motion").  OpenAI requests that the Court:

1.  Order plaintiffs to search for and produce:

    a.  Communications with investors or potential investors relating to xAI's July 2025 and January 2026 capital raises.

    b.  Communications with investors or potential investors relating to Grok or the valuation of xAI in connection with the xAI and SpaceX merger.

    c.  Documents concerning valuations or projections for xAI.

    d.  Documents concerning the Google–Apple Agreement.

1

    e.   Business plans, timelines, and launch schedules for plaintiffs' Super App.

2.   Order plaintiffs to search Elon Musk's email and instant messaging accounts, including at SpaceX and Tesla, and produce responsive documents.

3.   Order expedited briefing of this Motion.

In accordance with Local Civil Rule 7.1, this Motion is accompanied by (1) a brief that sets forth OpenAI's contentions of fact and law and authorities on which OpenAI relies in support of this Motion; (2) an appendix of exhibits; and (3) a proposed order.

Dated: April 3, 2026

Respectfully submitted,

/s/   *Ralph H. Duggins*

William Savitt
WDSavitt@wlrk.com
N.D. Tex. Bar No. 2900058NY
Kevin S. Schwartz
KSchwartz@wlrk.com
N.D. Tex. Bar No. 4564241NY
Graham W. Meli (admitted *pro hac vice*)
GWMeli@wlrk.com
Andrew J.H. Cheung (admitted *pro hac vice*)
AJHCheung@wlrk.com
Stephen D. Levandoski (admitted *pro hac vice*)
SDLevandoski@wlrk.com
**WACHTELL, LIPTON,
ROSEN & KATZ**
51 West 52nd Street
New York, NY  10019
(212) 403-1000 (Telephone)
(212) 403-2000 (Facsimile)

Ralph H. Duggins
rduggins@canteyhanger.com
Texas Bar No. 06183700
Scott Fredricks
sfredricks@canteyhanger.com
Texas Bar No. 24012657
Philip Vickers
pvickers@canteyhanger.com
Texas Bar No. 24051699
Kate Hancock
khancock@canteyhanger.com
Texas Bar No. 24106048
**CANTEY HANGER LLP**
600 West 6th Street, Suite 300
Fort Worth, TX  76102
(817) 877-2800 (Telephone)
(817) 877-2807 (Facsimile)

Michael K. Hurst
mhurst@lynnllp.com
Texas Bar No. 10316310
Chris W. Patton
cpatton@lynnllp.com
Texas Bar No. 24083634
Andy Kim
akim@lynnllp.com
Texas Bar No. 24136638
**LYNN PINKER HURST &
SCHWEGMANN LLP**
2100 Ross Avenue, Suite 2700
Dallas, TX  75201
(214) 981-3800 (Telephone)
(214) 981-3839 (Facsimile)

*Attorneys for Defendants OpenAI Foundation
(f/k/a OpenAI, Inc.), OpenAI, L.L.C., and
OpenAI OpCo, LLC*

3

## CERTIFICATE OF CONFERENCE

Counsel for OpenAI conferred telephonically with counsel for plaintiffs X Corp. and X.AI LLC, including Eva Yung, on February 6, March 4, March 10, March 11, and April 1, 2026, and have further conferred by email or letter with plaintiffs' counsel, including Craig Reiser, Bradley Justus, Scott Eisman, Eva Yung, and Christopher Erickson, on February 11, February 18, February 20, March 3, March 9, March 11, March 13, March 14, March 25, March 28, April 1, and April 3, 2026 about OpenAI's discovery requests at issue in this Motion.  The Motion is opposed. Agreement could not be reached because plaintiffs have not produced or agreed to produce the documents that OpenAI seeks in the Motion.

Dated:  April 3, 2026                                    */s/ Graham W. Meli*
                                                         Graham W. Meli

5

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 3, 2026, I served the foregoing document electronically in accordance with the Federal Rules of Civil Procedure and the Local Civil Rules and filing procedures of this Court.

*/s/ Kate Hancock*      
Kate Hancock
