UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**X CORP., ET AL.,**

  Plaintiffs,

v.                                                     **No. 4:25-cv-00914-P**

**APPLE, INC., ET AL.,**

  Defendants.

## ORDER

  Before the Court are Open AI's Unopposed Motion to Seal and OpenAI's Motion to Compel. ECF Nos. 171–72. The Court hereby **ORDERS** that the Motions be referred to Judge Ray for further proceedings.

  **SO ORDERED** on this **6th day of April 2026.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE