UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**X CORP. AND X.AI LLC,**

   Plaintiffs,

v.                                                                    **No. 4:25-cv-00914-P**

**APPLE INC.,** *ET AL.*,

   Defendants.

## ORDER

Before the Court is the Motion to Compel that OpenAI OpCo, LLC, OpenAI, Inc., and OpenAI, L.L.C. (collectively "the OpenAI defendants") filed on April 3, 2026. ECF No. 172. By order entered April 6, 2026, United States District Judge Mark T. Pittman referred the motion to the undersigned for further proceedings. ECF No. 175. The Court finds that expedited briefing is necessary to consider the motion in a timely fashion. *See* Local Civil Rule 7.1.

Accordingly, Plaintiffs **SHALL** file their Response to the motion by **April 17, 2026**. Additionally, the OpenAI defendants **SHALL** file any Reply **ten days** after Plaintiffs file their Response.

It is so **ORDERED** on April 7, 2026.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE