UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**X CORP., ET AL.,**

   Plaintiffs,

v.                                                        **No. 4:25-cv-00914-P**

**APPLE, INC., ET AL.,**

   Defendants.

## ORDER

   Before the Court are the Unopposed Motion to Seal and X Corp.'s Motion to Compel. ECF Nos. 177–78. The Court hereby **ORDERS** that the Motions be referred to Judge Ray for further proceedings.

   **SO ORDERED** on this **10th day of April 2026.**

_____

Mark T. Pittman
UNITED STATES DISTRICT JUDGE