UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**X CORP. AND X.AI LLC,**

    Plaintiffs,

v.                                             **No. 4:25-cv-00914-P**

**APPLE INC.,** *ET AL.,*

    Defendants.

## ORDER

Before the Court is the Motion to Compel that X Corp and X.AI LLC (collectively "Plaintiffs") filed on April 9, 2026. ECF No. 178. By order entered April 10, 2026, United States District Judge Mark T. Pittman referred the motion to the undersigned for further proceedings. ECF No. 181. The Court finds that expedited briefing is necessary to consider the motion in a timely fashion. *See* Local Civil Rule 7.1.

Accordingly, OpenAI OpCo, LLC, OpenAI, Inc., and OpenAI, L.L.C. (collectively "the OpenAI defendants") **SHALL** file their Response to the Motion by **April 23, 2026**. Additionally, Plaintiffs **SHALL** file any Reply **on or before ten days** after the OpenAI defendants file their Response.

It is so **ORDERED** on April 10, 2026.

Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE