# 中 华 人 民 共 和 国 司 法 部
## Ministry of Justice, People's Republic of China

No. 41A, PingAnLi Xidajie., Xicheng District, Beijing 100035, China

Tel: +86 10 6515 2772      Fax: +86 10 65152773

---

TO:

The Honorable Mark T. Pittman
United States District Judge
Northern District of Texas
Fort Worth Division
501 West 10th Street, Room 401
Fort Worth Texas 76102-3673
United States of America



Beijing, March 18, 2026
Your Case No.: 4:25-cv-00914-P
Our Case No.: 468CNS20260121

**RE: Request for taking of evidence**

Regarding the above-mentioned request to take evidence from TECENT HOLDINGS LTD., please supplement more information as follows.

It is the view of the competent authority of China that the purpose of obtaining evidence is unclear. According to the paragraph 3 of Article 3 of the *Hague Evidence Convention*, the request should specify the nature of the relevant of the proceedings for which the evidence is required, giving all necessary information in regard thereto. Please provide more documents regarding the necessity of the evidence-taking request as well as the relevance of the evidence to be obtained and the proceedings.

Thank you for your understanding and cooperation.

International Legal Cooperation Center
Ministry of Justice of China

Contact: Ms. WANG
TEL: +86 10 6515 2772
FAX: +86 106515 2773
Email: inquiry@ilcc.online

贴 邮

票 处

International Legal Cooperation Center
Ministry of Justice
41A, PINGANLI XIDAJIE,
XICHENG DISTRICT,
BEIJING 100035, China
TEL:0086 10 6515 2772

RECEIVED
APR 13 2026
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

X-RAY

中国邮政
CHINA POST
GUGYI
2DKFZH
2U52MH
¥0025.60
际航挂信00037克

北 京
2026.04.02.20
建国门6-62

The Honorable Mark T. Pittman
United States District Judge
Northern District of Texas
Fort Worth Division
501 West 10th Street, Room 401
Fort Worth Texas 76102-3673
United States of America

R    RB 21 689 805 1 CN

邮政编码：

北京首邮实业有限公司
C4 信封 印量70000枚
生产日期：2025 年8月

