UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**X CORP., ET AL.,**

   Plaintiffs,

v.                                                                    **No. 4:25-cv-00914-P**

**APPLE, INC., ET AL.,**

   Defendants.

### ORDER

   Before the Court is OpenAI's Motion to Modify the Scheduling Order. ECF No. 183. The Court hereby **ORDERS** a response to the motion by **Wednesday, April 15, 2026** at **5:00 p.m.**

   **SO ORDERED** on this **14th day of April 2026.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE