**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

|  |  |
|---|---|
| X CORP. and X.AI LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>APPLE INC., OPENAI, INC., OPENAI, L.L.C., and OPENAI OPCO, LLC,<br><br>    Defendants. | **Civil Action No. 4:25-cv-00914-P** |

**PLAINTIFFS X CORP. AND X.AI LLC'S MOTION FOR LEAVE
TO TAKE ADDITIONAL PARTY DEPOSITIONS AND FOR EXPEDITED BRIEFING**

Plaintiffs X and xAI file this Motion for Leave to Take Additional Party Depositions and for Expedited Briefing ("Motion").[1] Plaintiffs respectfully request that the Court:

(1) grant leave for Plaintiffs to enlarge the deposition limit in Federal Rule of Civil Procedure 30(a)(2)(A)(i) to take the depositions described in Plaintiffs' accompanying brief in support of the Motion; and

(2) order expedited briefing of the Motion.

In accordance with Local Civil Rule 7.1, this Motion is accompanied by a brief that sets forth the arguments and authorities on which Plaintiffs rely in support of the Motion. A proposed order also accompanies the Motion.

---

[1] "X" refers to X Corp. and "xAI" refers to X.AI LLC. X and xAI are referred to collectively as "Plaintiffs."

Dated: April 15, 2026

Respectfully submitted,

/s/ Bradley Justus

Bradley Justus
N.D. Tex. Bar No. 1007988DC
DC Bar No. 1007988
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
T: (202) 912-4700
F: (202) 912-4701
bjustus@axinn.com

Charles W. Fillmore
Texas Bar No. 00785861
BROWN PRUITT WAMBSGANSS
DEAN FORMAN & MOORE, P.C.
201 Main Street, Suite 700
Fort Worth, TX 76102
T: (817) 338-4888
cfillmore@brownpruitt.com

*admitted *pro hac vice*

/s/ Scott A. Eisman

Craig M. Reiser
N.D. Tex. Bar No. 4886735NY
NY State Bar No. 4886735
Scott A. Eisman
N.D. Tex. Bar No. 4905287NY
NY State Bar No. 4905287
Eva Yung*
NY State Bar No. 5497300
Christopher Erickson
N.D. Tex. Bar No. 5800628NY
NY State Bar No. 5800628
AXINN, VELTROP & HARKRIDER LLP
630 Fifth Avenue, 33rd Floor
New York, NY 10111
T: (212) 728-2200
F: (212) 728-2201
creiser@axinn.com
seisman@axinn.com
eyung@axinn.com
cerickson@axinn.com

/s/ Judd E. Stone II

Judd E. Stone II
Texas Bar No. 24076720
Christopher D. Hilton
Texas Bar No. 24087727
STONE | HILTON PLLC
600 Congress Ave., Ste. 2350
Austin, TX 78701
T: (737) 465-3897
judd@stonehilton.com
chris@stonehilton.com

Noah Schottenstein
Texas Bar No. 24100661
STONE | HILTON PLLC
301 Commerce St., Suite 2360
Fort Worth, TX 76102
T: (737) 465-3897
noah@stonehilton.com

*Attorneys for Plaintiffs X Corp. and
X.AI LLC*

2

**<u>CERTIFICATE OF CONFERENCE</u>**

I have conferred telephonically with Lauren Zehmer and Carol Weiland, counsel for Apple, and Stephen DiPrima, Graham Meli, Andrew Cheung, and Scott Fredericks, counsel for OpenAI, on March 24, 2026 and April 7, 2026, and conferred by email with Carol Weiland, Emily Henn, Henry Liu, Lauren Zehmer, Dee Kelly, and Julia Wisenberg, counsel for Apple, and Kevin Schwartz, William Savitt, Andrew Cheung, Graham Meli, Stephen Levandoski, Andy Kim, Michael Hurst, and Chris Patton, counsel for OpenAI, on March 20, 2026, April 6, 2026, April 9, 2026, April 13, 2026, and April 14, 2026 about the relief requested herein. The Motion is opposed. Agreement could not be reached because Defendants would not agree to expand the number of party depositions permitted under Federal Rule of Civil Procedure 30(a)(2)(A)(i) beyond ten non-expert witnesses per side.

Dated: April 15, 2026                                              */s/ Scott A. Eisman*
                                                                         Scott A. Eisman

## CERTIFICATE OF SERVICE

I certify that on April 15, 2026, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF system for filing. A notice of electronic filing was transmitted to all ECF registrants of record.

/s/ Scott A. Eisman
Scott A. Eisman