**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

X CORP. and X.AI LLC,

    Plaintiffs,

    v.

APPLE INC., OPENAI, INC., OPENAI, L.L.C.,
and OPENAI OPCO, LLC,

    Defendants.

**Civil Action No. 4:25-cv-00914-P**

**[PROPOSED] ORDER GRANTING
PLAINTIFFS X CORP. AND X.AI LLC'S MOTION FOR LEAVE
TO TAKE ADDITIONAL PARTY DEPOSITIONS AND FOR EXPEDITED BRIEFING**

Before the Court is Plaintiffs' Motion for Leave to Take Additional Party Depositions and for Expedited Briefing ("Motion"). After due consideration of the briefing, arguments, evidence presented, and applicable law, the Court **GRANTS** Plaintiffs' Motion.

Based on the foregoing, it is **ORDERED** that Plaintiffs may take the depositions identified in Plaintiffs' Brief in Support of their Motion for Leave to Take Additional Party Depositions and for Expedited Briefing.

**SO ORDERED and SIGNED on this ___ day of _____, 2026.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE