**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| X CORP. and X.AI LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>APPLE INC.; OPENAI, INC.; OPENAI, L.L.C.; and OPENAI OPCO, LLC,<br><br>    Defendants. | **Civil Action No. 4:25-cv-00914-P** |

**MOTION TO COMPEL DISCOVERY
FROM APPLE AND FOR EXPEDITED BRIEFING**

Plaintiffs X and xAI hereby move this Court to compel Defendant Apple to produce discovery in response to Plaintiffs' requests for production. Plaintiffs respectfully request that the Court:

(1) order Apple to produce the Apple-Google Agreement without redactions, in addition to related documents in response to Request for Production ("RFP") No. 4 from Plaintiffs' Third Set of Requests for Production;

(2) order Apple to produce responsive documents from the custodial files of one or more additional custodians likely to possess documents responsive to RFP Nos. 7, 19, 20, 33, 40, 43-45, 51, and 55 from Plaintiffs' First Set of Requests for Production;

(3) order Apple to produce responsive documents from the custodial files of  Tim Cook and Craig Federighi;

(4) order Apple to produce Weekly Integration Reports through May 22, 2026;

(5) order Apple to produce documents regarding Apple's generative AI chatbot policies for its employees in response to RFP No. 59 from Plaintiffs' First Set of Requests for Production; and

(6) order expedited briefing of this Motion.

In accordance with Local Civil Rule 7.1, this Motion is accompanied by a brief that sets forth the arguments and authorities on which Plaintiffs rely in support of this Motion. A proposed order also accompanies this Motion.

Dated: April 15, 2026

Respectfully submitted,

/s/ Bradley Justus

Bradley Justus
N.D. Tex. Bar No. 1007988DC
DC Bar No. 1007988
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
T: (202) 912-4700
F: (202) 912-4701
bjustus@axinn.com

Charles W. Fillmore
Texas Bar No. 00785861
BROWN PRUITT WAMBSGANSS
DEAN FORMAN & MOORE, P.C.
201 Main Street, Suite 700
Fort Worth, TX 76102
T: (817) 338-4888
cfillmore@brownpruitt.com

*admitted *pro hac vice*

/s/ Scott A. Eisman

Craig M. Reiser
N.D. Tex. Bar No. 4886735NY
NY State Bar No. 4886735
Scott A. Eisman
N.D. Tex. Bar No. 4905287NY
NY State Bar No. 4905287
Eva Yung*
NY State Bar No. 5497300
Christopher Erickson
N.D. Tex. Bar No. 5800628NY
NY State Bar No. 5800628
AXINN, VELTROP & HARKRIDER LLP
630 Fifth Avenue, 33rd Floor
New York, NY 10111
T: (212) 728-2200
F: (212) 728-2201
creiser@axinn.com
seisman@axinn.com
eyung@axinn.com
cerickson@axinn.com

/s/ Judd E. Stone

Judd E. Stone II
Texas Bar No. 24076720
Christopher D. Hilton
Texas Bar No. 24087727
STONE | HILTON PLLC
600 Congress Ave., Ste. 2350
Austin, TX 78701
T: (737) 465-3897
judd@stonehilton.com
chris@stonehilton.com

Noah Schottenstein
Texas Bar No. 24100661
STONE | HILTON PLLC
301 Commerce St., Suite 2360
Fort Worth, TX 76102
T: (737) 465-3897
noah@stonehilton.com

*Attorneys for Plaintiffs X Corp. and*
*X.AI LLC*

3

## <u>CERTIFICATE OF CONFERENCE</u>

I have conferred telephonically with Lauren Zehmer, Carol Weiland, and Sean Berman, counsel for Apple, on December 2, 2025, January 8, March 6, March 12, and March 24, 2026; conferred telephonically with Henry Liu, Eamon Dowd, and Brendan Saunders, counsel for Apple, on February 2, and February 17, 2026; and conferred by email with Henry Liu, Lauren Zehmer, Carol Weiland, Emily Henn, Elizabeth Sidhu, Zhi Yang Tan, Brendan Saunders, Julia Wisenberg, and Dee Kelly, counsel for Apple, on December 3 and December 10, 2025, and on January 9, February 2, February 9, February 23, March 2, March 8, March 17, March 26, April 6, and April 9, 2026, about the relief requested herein. The Motion is opposed. Agreement could not be reached because Apple has not produced or agreed to produce the documents that Plaintiffs seek in this Motion.


Dated: April 15, 2026                                         */s/ Scott A. Eisman*
                                                               Scott A. Eisman

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 15, 2026, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF system for filing. A notice of electronic filing was transmitted to all ECF registrants of record.

*/s/ Scott A. Eisman*
Scott A. Eisman
