UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**X CORP., ET AL.,**

  Plaintiffs,

v.                                                        **No. 4:25-cv-00914-P**

**APPLE, INC., ET AL.,**

  Defendants.

## ORDER

Before the Court is Plaintiffs' Motion for Leave to Take Additional Party Depositions and for Expedited Briefing. ECF No. 191. The Court believes that expedited briefing on the Motion is warranted. Accordingly, the Court hereby **ORDERS** a response to the Motion on or before **Thursday, April 23, 2026**, and a reply to the Motion on or before **Tuesday, April 28, 2026**.

  **SO ORDERED** on this **16th day of April 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE