UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**X CORP., ET AL.,**

   Plaintiffs,

v.                                          **No. 4:25-cv-00914-P**

**APPLE, INC., ET AL.,**

   Defendants.

## ORDER

Before the Court is the Motion to Modify the Scheduling Order filed by defendants OpenAI Foundation (f/k/a OpenAI, Inc.), OpenAI, L.L.C., and OpenAI OpCo, LLC. ECF No. 183. Having considered the Motion and the applicable law, the Court concludes there is good cause to grant the Motion, and the Motion is hereby **GRANTED**. The Court hereby **ORDERS**, therefore, that the Scheduling Order, ECF No. 61, shall be modified to extend the following deadlines:

1. the completion of all discovery shall be extended from May 22, 2026, to **July 31, 2026** (¶ 6);
2. the dispositive motions shall be extended from June 22, 2026, to **September 15, 2026** (¶ 3);
3. the pretrial disclosures shall be extended from September 9, 2026, to **December 2, 2026**, and within 14 days thereafter, a party must serve and file a list disclosing any objections (¶ 7);
4. the expert challenges must be filed by the parties between **September 14, 2026 to December 7, 2026**, and if a party seeks to file before **September 14, 2026**, they must seek leave of court(¶ 4.d);
5. the plaintiffs' proposed jury charge shall be extended from September 14, 2026, to **December 7, 2026** (¶ 8.d.i), the defendants' jury charge objections and edits shall be extended

from September 16, 2026, to **December 9, 2026** (¶ 8.d.ii), the jury charge conference shall be moved from September 18, 2026, at 10:00 a.m. to **December 11, 2026 at 10:00 a.m.** (¶ 8.d.iii), the Agreed Charge shall be extended from September 21, 2026 at 2:00 p.m. to **December 14, 2026 at 2:00 p.m.** (¶ 8.d.iv), and the proposed voir dire questions shall be extended from September 28, 2026, to **December 18, 2026** (¶ 8.f);

6. the motions in limine shall be extended from September 21, 2026, to **December 14, 2026** (¶ 8.e), and the responses to the motions in limine shall be extended from October 5, 2026, to **December 22, 2026** (¶ 8.e);

7. the pretrial materials shall be extended from September 24, 2026, to **December 14, 2026** (¶ 8), the joint pretrial order shall be extended from September 25, 2026, to **December 15, 2026** (¶ 8.a), and the exchange of exhibits shall be extended from October 5, 2026, to **December 22, 2026** (¶ 9);

8. the settlement conference shall be extended from October 5, 2026, to **December 22, 2026** (¶ 10.a), and within seven days after the settlement conference, the parties must jointly prepare and file a written report (¶ 10.b); and

9. the trial shall be adjourned from October 19, 2026, to **January 11, 2027** (¶ 1).

For clarity, the deadlines for responsive expert designations, rebuttal expert designations, and mediation shall remain the same (*i.e.*, April 13, 2026, May 11, 2026, and July 2, 2026, respectively).

**SO ORDERED** on this **16th day of April 2026.**

_____

Mark T. Pittman
UNITED STATES DISTRICT JUDGE

2