UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**X CORP. AND X.AI LLC,**

   Plaintiffs,

v.                                                                    **No. 4:25-cv-00914-P**

**APPLE INC.,** *ET AL.*,

   Defendants.

## ORDER

Before the Court are the Motions to Compel that OpenAI OpCo, LLC, OpenAI, Inc., OpenAI, L.L.C. ("OpenAI defendants") and X Corp, X.AI LLC ("Plaintiffs") filed on April 3, 9, and 15, respectively. ECF No. 172, 178, 195. By orders entered April 6, 10, and 16, 2026, United States District Judge Mark T. Pittman referred the motions to the undersigned for further proceedings. ECF Nos. 175, 181, 201. The Court finds that hearing and expedited briefing are needed to consider the motions in a timely fashion. *See* Local Civil Rule 7.1.

Accordingly, the Court **SETS** the motions for a **Hearing** on **May 13, 2026**, **at 9:00 a.m. C.D.T.**, in courtroom 508 Eldon B. Mahon United States Court House, 501 W. 10th Street, Fort Worth, Texas 76102.

In addition, Apple Inc. **SHALL** file its Response to the Motion (ECF No. 195) by **April 29, 2026**. Additionally, Plaintiffs **SHALL** file any Reply **on or before ten days** after Apple Inc. files its Response.

Prior to the hearing, lead counsel for the parties shall confer by telephone to discuss narrowing the issues for the Court to consider. Counsel **SHALL** file a joint status report **on or before May 11, 2026, at 12:00 p.m. C.D.T.** describing the results of their telephone conference and advising the Court of issues remaining for determination.

It is so **ORDERED** on April 16, 2026.

Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE

2