**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| X CORP. and X.AI LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>APPLE INC.; OPENAI, INC.; OPENAI, L.L.C.; and OPENAI OPCO, LLC,<br><br>    Defendants. | **Civil Action No. 4:25-cv-00914-P** |

**[PROPOSED] ORDER DENYING THE OPENAI DEFENDANTS'**
**MOTION TO COMPEL PLAINTIFFS TO PRODUCE DOCUMENTS**

Before the Court is Defendants OpenAI Foundation's (f/k/a OpenAI, Inc.); OpenAI, L.L.C.'s; and OpenAI OpCo, LLC's (together, "OpenAI") Motion to Compel Plaintiffs to Produce Documents ("Motion"), Dkt. No. 172, which United States District Judge Mark T. Pittman referred to the undersigned, Dkt. No. 175. After considering the Motion, all responsive briefing, arguments by the parties, the applicable legal authorities, and the record herein, the Court finds that the Motion should be and is hereby **DENIED**.

    **SO ORDERED and SIGNED on this ___ day of May 2026.**

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE