

**SUPREME COURT OF SINGAPORE**
**LEGAL REGISTRY**

Our Ref: TEA 5/2026/AG

1 April 2026

The Honourable the Attorney General
Attorney-General's Chambers
1 Upper Pickering Street
Singapore 058288

**REQUEST, PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS, FOR INTERNATIONAL JUDICIAL ASSISTANCE IN OBTAINING EVIDENCE FROM GRABTAXI HOLDINGS PTE. LTD.**

Case No.: 4:25-cv-00914-P

        Pursuant to Order 55, Rule 3(b) of the Rules of Court 2021, I forward a request from the United States District Court for the Northern District of Texas Fort Worth Division, in respect of the above, for your necessary action, please.

2.      Thank you.

Yours faithfully,

KAREN TAN
ASSISTANT REGISTRAR
SUPREME COURT, SINGAPORE

Encl.

Cc      The Honorable Mark T. Pittman
        United States District Judge
        Northern District of Texas, Fort Worth Division
        501 West 10th Street, Room 401
        Fort Worth, Texas 76102-3673
        United States of America





## ON GOVERNMENT SERVICE



( By Registered Post )

AIRMAIL

SINGAPORE
00515
CENTS
NC400343

5 7 0
2 3
5 7
7 8

08.04.2026

### REGISTERED



The Honorable Mark T. Pittman.
United States District Judge.
Northern District of Texas, Fort Worth Division.
501 West 10th Street, Room 401
Fort Worth, Texas 76102 - 3673
United States of America.
Your ref: 4:25-CV-00914-P



**SINGAPORE**

RC   60537353   5 SG

### REGISTERED

*My Singapore, Our Future*

SINGAPORE

HSS Ref: TEAS/2026/AG

Case 4:25-cv-00914-P    Document 208    Filed 04/20/26    Page 3 of 3    PageID 8905

If undelivered, please return to:

Supreme Court
1 Supreme Court Lane
Singapore 178879

If undelivered, please return to:

Supreme Court
1 Supreme Court Lane
Singapore 178879