

SUPREME COURT OF SINGAPORE
LEGAL REGISTRY

Our Ref: TEA 7/2026/WY

20 March 2026

The Honourable the Attorney General
Attorney-General's Chambers
1 Upper Pickering Street
Singapore 058288

**REQUEST, PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS, FOR INTERNATIONAL JUDICIAL ASSISTANCE IN OBTAINING EVIDENCE FROM GRAB HOLDINGS INC.**

Case No.: 4:25-cv-00914-P

       Pursuant to Order 55, Rule 3(b) of the Rules of Court 2021, I forward a request from the United States District Court for the Northern District of Texas, Fort Worth Division, in respect of the above, for your necessary action, please.

2.      Thank you.

Yours faithfully,

*gky*

GAN KAM YUIN
ASSISTANT REGISTRAR
SUPREME COURT, SINGAPORE

Encl.

Cc    The Honorable Mark T. Pittman
      United States District Judge
      Northern District of Texas, Fort Worth Division
      501 West 10th Street, Room 401
      Fort Worth, Texas 76102-3673
      United States of America

      Ministry of Law
      100 High Street
      #08-02, Singapore 179434
      Attn: Luqman Hakim
      Your Ref: LAW 62/004 2026-SOFD-062

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

APR 20 2026

CLERK, U.S. DISTRICT COURT
By _____
Deputy



**SUPREME COURT OF SINGAPORE**
**LEGAL REGISTRY**

Our Ref: TEA 8/2026/WY

20 March 2026

The Honourable the Attorney General
Attorney-General's Chambers
1 Upper Pickering Street
Singapore 058288

**REQUEST, PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS, FOR INTERNATIONAL JUDICIAL ASSISTANCE IN OBTAINING EVIDENCE FROM WECHAT INTERNATIONAL PTE. LTD.**

Case No.: 4:25-cv-00914-P

      Pursuant to Order 55, Rule 3(b) of the Rules of Court 2021, I forward a request from the United States District Court for the Northern District of Texas, Fort Worth Division, in respect of the above, for your necessary action, please.

2.      Thank you.

Yours faithfully,

GAN KAM YUIN
ASSISTANT REGISTRAR
SUPREME COURT, SINGAPORE

Encl.

Cc     The Honorable Mark T. Pittman
       United States District Judge
       Northern District of Texas, Fort Worth Division
       501 West 10th Street, Room 401
       Fort Worth, Texas 76102-3673
       United States of America

       Ministry of Law
       100 High Street
       #08-02, Singapore 179434
       Attn: Luqman Hakim
       Your Ref: LAW 62/004 2026-SOFD-062



**ON GOVERNMENT SERVICE**    REGISTERED



23.03.2026

SINGAPORE
00515
CENTS
NC400344



SINGAPORE

RC    60537209   8  SG

[Registered Mail]

The Honorable Mark T. Pittman
United States District Judge
Northern District of Texas, Fort Worth Division
501 West 10th Street, Room 401
United States of America
  Case No. 4:25-CV-00914-P
                71e162

**REGISTERED**

SINGAPORE

*My Singapore, Our Future*

HSS Ref. TEA8|2026|WY, TEA7|2026|WY

If undelivered, please return to:

Supreme Court
1 Supreme Court Lane
Singapore 178879