

**SUPREME COURT OF SINGAPORE**
**LEGAL REGISTRY**

Our Ref: TEA 6/2026/WY

1 April 2026

The Honourable the Attorney General
Attorney-General's Chambers
1 Upper Pickering Street
Singapore 058288

**REQUEST, PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS, FOR INTERNATIONAL JUDICIAL ASSISTANCE IN OBTAINING EVIDENCE FROM GOJEK SINGAPORE**

Case No.: 4:25-cv-00914-P

       Pursuant to Order 55, Rule 3(b) of the Rules of Court 2021, I forward a request from the United States District Court for the Northern District of Texas Fort Worth Division, in respect of the above, for your necessary action, please.

2.      Thank you.

Yours faithfully,

KAREN TAN
ASSISTANT REGISTRAR
SUPREME COURT, SINGAPORE

Encl.

Cc     The Honorable Mark T. Pittman
       United States District Judge
       Northern District of Texas, Fort Worth Division
       501 West 10th Street, Room 401
       Fort Worth, Texas 76102-3673
       United States of America

       Ministry of Law
       100 High Street
       #08-02, Singapore 179434
       Attn: Luqman Hakim
       Your Ref: LAW 62/004 2026-SOFD-062





# ON GOVERNMENT SERVICE

## REGISTERED

AIRMAIL

4 8 2 1 0 3 2 1 7 5

*Singapore* 06.04.2026

SINGAPORE
00515 CENTS
NC400344

[Registered Post]

The Honorable Mark T. Pittman
United States District Judge
Northern District of Texas, Fort Worth Division.
501 west 10th street, Room 401
Fort Worth, Texas 76102-3673
United States of America
Your Ref: 4:25-CV-00914-P

**SINGAPORE**

RC   60537329   7 SG



RECEIVED
APR 21 2026
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## REGISTERED

**SINGAPORE**



*My Singapore, Our Future*

If undelivered, please return to:

Supreme Court
1 Supreme Court Lane
Singapore 178879

AIR MAIL
PAR AVION