IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| X CORP. and X.AI LLC<br><br>    Plaintiffs,<br><br>v.<br><br>APPLE INC., OPENAI, INC., OPENAI, L.L.C., and OPENAI OPCO, LLC,<br><br>    Defendants. | § § § § § § § § § § § | 4:25-CV-00914-P |

## ENTRY OF APPEARANCE

Michael Ackerman (Texas Bar No. 24120454) hereby enters his appearance as co-counsel for Defendants OpenAI Foundation (f/k/a OpenAI, Inc.), OpenAI, L.L.C., and OpenAI OpCo, LLC.  William Savitt of Wachtell, Lipton, Rosen & Katz remains lead counsel for the OpenAI Defendants.

1

/s/ Michael Ackerman
Michael Ackerman
State Bar No. 24120454
mackerman@canteyhanger.com
CANTEY HANGER LLP
600 West 6th Street, Suite 300
Fort Worth, TX 76102
(817) 877-2853
(817) 877-2807 – Fax

*Attorney for Defendants OpenAI Foundation (f/k/a OpenAI, Inc.), OpenAI, L.L.C., and OpenAI OpCo, LLC*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument was served on all counsel of record via the Court's E-File Service on this the 22nd day of April, 2026.

/s/ Michael Ackerman
Michael Ackerman

2