UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**X CORP., ET AL.,**

   Plaintiffs,

v.                                                     **No. 4:25-cv-00914-P**

**APPLE, INC., ET AL.,**

   Defendants.

## ORDER

Before the Court are the Unopposed Motions to Seal. ECF Nos. 212, 214. The Court hereby **ORDERS** that the Motions be **REFERRED** to Judge Ray.

**SO ORDERED** on this **24th day of April 2026.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE