UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**X CORP., ET AL.,**

Plaintiffs,

v.

**No. 4:25-cv-00914-P**

**APPLE, INC., ET AL.,**

Defendants.

## ORDER

Before the Court is Defendant Apple Inc.'s Motion for Protective Order. ECF No. 221. The Court believes that expedited briefing on the Motion is warranted. Accordingly, the Court hereby **ORDERS** a response to the Motion on or before **Thursday, April 30, 2026**, and a reply to the Motion on or before **Monday, May 4, 2026**.

**SO ORDERED** on this **27th day of April 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE