UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**X CORP., ET AL.,**

Plaintiffs,

v.                                                   **No. 4:25-cv-00914-P**

**APPLE, INC., ET AL.,**

Defendants.

## ORDER

Before the Court are the Motions to Seal. ECF Nos. 205, 212, 219, 220. The Court hereby **ORDERS** that the Motions are **GRANTED**.

**SO ORDERED** on this **27th day of April 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE