UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**X CORP., ET AL.,**

  Plaintiffs,

v.                                                                **No. 4:25-cv-00914-P**

**APPLE, INC., ET AL.,**

  Defendants.

### ORDER

Before the Court is Plaintiff X Corp. and X.AI LLC's Unopposed Motion to Seal Limited Portions of their Reply in Support of their Motion for Leave to Take Additional Party Depositions. ECF No. 237. The Court hereby **ORDERS** that the Motion is **GRANTED**.

**SO ORDERED** on this **29th day of April 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE