UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**X CORP., ET AL.,**

   Plaintiffs,

v.                                                          **No. 4:25-cv-00914-P**

**APPLE, INC., ET AL.,**

   Defendants.

## ORDER

Before the Court is the Motion for Leave to Take Additional Depositions. ECF No. 191. The Court hereby **ORDERS** that the Motion is **GRANTED IN PART** and **DENIED IN PART**.

The Court received a Joint Stipulation Regarding Depositions of Certain Potential Deponents, which moots some of the requested relief in the Motion for Leave to Take Additional Depositions. ECF No. 246. Pursuant to the Joint Stipulation, the Court also hereby **ORDERS** that the Motion for Protective Order filed by Defendant, Apple, Inc. is **MOOT**. ECF No. 221. Therein the Plaintiffs withdrew without prejudice notices for the depositions of Sam Altman, Tim Cook, Craig Federighi and Sarah Friar. ECF No. 246. The Defendants also withdrew without prejudice the deposition notice for Elon Musk. ECF No. 246.

Nevertheless, given the complexity of this antitrust litigation, the billions of dollars at stake in the amount of controversy, and the public interest in these issues, the Court finds the remaining depositions requested proportional to the needs in this case. *See Zenith Ins. Co. v. Tex. Inst. for Surgery, L.L.P.*, No. 3:17-cv-182-D, 2018 WL 5084913 (N.D. Tex. Oct. 18, 2018). Accordingly, the Court **GRANTS** leave to take the additional depositions identified by Plaintiff beyond the ordinary limit imposed by Rule 30(b)(1).

The Court also takes into consideration that Defendants each are permitted to take 10 depositions of Plaintiff. Allowing Plaintiffs the additional depositions is, therefore, in the interest of fairness and justice.

This Order does not prejudice the right of any party to challenge the necessity of deposing any senior executives on apex grounds or to further challenge the deposition limits.

**SO ORDERED** on this **30th day of April 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE

2