**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

|  |  |
|---|---|
| X CORP. and X.AI LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>APPLE INC.; OPENAI, INC.; OPENAI,<br>L.L.C.; and OPENAI OPCO, LLC,<br><br>    Defendants. | **Civil Action No. 4:25-cv-00914-P** |

**APPENDIX IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT
OF THEIR MOTION TO COMPEL DISCOVERY FROM THE OPENAI DEFENDANTS**

Bradley Justus
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036

Charles W. Fillmore
BROWN PRUITT WAMBSGANSS
DEAN FORMAN & MOORE, P.C.
201 Main Street, Suite 700
Fort Worth, TX 76102

Craig M. Reiser
Scott A. Eisman
Eva Yung
Christopher Erickson
AXINN, VELTROP & HARKRIDER LLP
630 Fifth Avenue, 33rd Floor
New York, NY 10111

Judd E. Stone II
Christopher D. Hilton
STONE | HILTON PLLC
600 Congress Ave., Ste. 2350
Austin, TX 78701

Noah Schottenstein
STONE | HILTON PLLC
301 Commerce St., Suite 2360
Fort Worth, TX 76102

App. 1

**APPENDIX IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT
OF THEIR MOTION TO COMPEL DISCOVERY FROM THE OPENAI DEFENDANTS**

| Tab No. | Pages of Brief | Description | Appendix Pages(s) |
|---|---|---|---|
| Tab 1 | 4 | Messages between Dave Cummings, Matthew Wyndowe, Minal Khan, et al., in which the earliest message was sent on January 6, 2025 at 6:59 PM UTC, OAI_NDTX_0009903 | App. 8-9 |
| Tab 2 | 4 | Messages between Olivier Godement and Sam Altman, in which the earliest message was sent on July 9, 2024 at 3:26 PM UTC, OAI_NDTX_0007485 | App. 10-11 |
| Tab 3 | 4 | Email thread titled ██████████████ ██████████████ in which the latest-in-time email was sent on October 9, 2024 at 10:24 PM, from Minal Khan (Google Docs) [comments-noreply@docs.google.com] to Dave Cummings, OAI_NDTX_0005326 | App. 12-13 |
| Tab 4 | 6 | Messages between Kate Rouch, Kevin Weil, Matthew Wyndowe, et al., in which the earliest message was sent on January 12, 2025 at 4:32 PM UTC, OAI_NDTX_0007248 | App. 14-17 |
| Tab 5 | 6-7 | Messages between Brad Lightcap, James Dyett, Kevin Weil, et al., in which the earliest message was sent on July 4, 2024 at 5:06 AM UTC, OAI_NDTX_0007478 | App. 18-24 |
| Tab 6 | 7 | Email thread titled ██████████ ██████████ in which the latest-in-time email was sent on July 7, 2024 at 9:08 PM, from Hannah Wong to Elizabeth Wilner, OAI_NDTX_0016852 | App. 25-28 |

Dated: May 1, 2026

Respectfully submitted,

*/s/ Bradley Justus*

Bradley Justus
N.D. Tex. Bar No. 1007988DC
DC Bar No. 1007988
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
T: (202) 912-4700
F: (202) 912-4701
bjustus@axinn.com

Charles W. Fillmore
Texas Bar No. 00785861
BROWN PRUITT WAMBSGANSS
DEAN FORMAN & MOORE, P.C.
201 Main Street, Suite 700
Fort Worth, TX 76102
T: (817) 338-4888
cfillmore@brownpruitt.com

*admitted *pro hac vice*

*/s/ Eva Yung*

Craig M. Reiser
N.D. Tex. Bar No. 4886735NY
NY State Bar No. 4886735
Scott A. Eisman
N.D. Tex. Bar No. 4905287NY
NY State Bar No. 4905287
Eva Yung*
NY State Bar No. 5497300
Christopher Erickson
N.D. Tex. Bar No. 5800628NY
NY State Bar No. 5800628
AXINN, VELTROP & HARKRIDER LLP
630 Fifth Avenue, 33rd Floor
New York, NY 10111
T: (212) 728-2200
F: (212) 728-2201
creiser@axinn.com
seisman@axinn.com
eyung@axinn.com
cerickson@axinn.com

*/s/ Judd E. Stone II*

Judd E. Stone II
Texas Bar No. 24076720
Christopher D. Hilton
Texas Bar No. 24087727
STONE | HILTON PLLC
600 Congress Ave., Ste. 2350
Austin, TX 78701
T: (737) 465-3897
judd@stonehilton.com
chris@stonehilton.com

Noah Schottenstein
Texas Bar No. 24100661
STONE | HILTON PLLC
301 Commerce St., Suite 2360
Fort Worth, TX 76102
T: (737) 465-3897
noah@stonehilton.com

*Attorneys for Plaintiffs X Corp. and
X.AI LLC*

App. 3

**CERTIFICATE OF SERVICE**

I certify that on May 1, 2026, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF system for filing. A notice of electronic filing was transmitted to all ECF registrants of record.

/s/ Eva Yung
Eva Yung

App. 4

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

|  |  |
|---|---|
| X CORP. and X.AI LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>APPLE INC.; OPENAI, INC.; OPENAI, L.L.C.; and OPENAI OPCO, LLC,<br><br>    Defendants. | **Civil Action No. 4:25-cv-00914-P** |

**DECLARATION OF EVA YUNG IN SUPPORT OF
PLAINTIFFS X CORP. AND X.AI LLC'S REPLY IN SUPPORT
OF THEIR MOTION TO COMPEL DISCOVERY FROM THE OPENAI DEFENDANTS**

App. 5

I, Eva Yung, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.      I am an attorney admitted to practice before this Court, and I am a partner at the law firm of Axinn, Veltrop & Harkrider LLP, counsel for Plaintiffs X Corp. and X.AI LLC in the above-captioned matter. I submit this declaration in support of Plaintiffs' Reply in Support of Their Motion to Compel Discovery from the OpenAI Defendants. The matters in this declaration are within my personal knowledge and are true and correct.

2.      Attached hereto as Tab 1 is a true and correct copy of messages between Dave Cummings, Matthew Wyndowe, Minal Khan, et al., in which the earliest message was sent on January 6, 2025 at 6:59 PM UTC, Bates stamped OAI_NDTX_0009903.

3.      Attached hereto as Tab 2 is a true and correct copy of messages between Olivier Godement and Sam Altman, in which the earliest message was sent on July 9, 2024 at 3:26 PM UTC, Bates stamped OAI_NDTX_0007485.

4.      Attached hereto as Tab 3 is a true and correct copy of an email thread titled █████████████████████████████████ in which the latest-in-time email was sent on October 9, 2024 at 10:24 PM, from Minal Khan (Google Docs) [comments-noreply@docs.google.com]    to    Dave    Cummings,    Bates    stamped OAI_NDTX_0005326.

5.      Attached hereto as Tab 4 is a true and correct copy of messages between Kate Rouch, Kevin Weil, Matthew Wyndowe, et al., in which the earliest message was sent on January 12, 2025 at 4:32 PM UTC, Bates stamped OAI_NDTX_0007248.

6.    Attached hereto as Tab 5 is a true and correct copy of messages between Brad Lightcap, James Dyett, Kevin Weil, et al., in which the earliest message was sent on July 4, 2024 at 5:06 AM UTC, Bates stamped OAI_NDTX_0007478.

7.    Attached hereto as Tab 6 is a true and correct copy of an email thread titled ███ ████████████████████████████████████ in which the latest-in-time email was sent on July 7, 2024 at 9:08 PM, from Hannah Wong to Elizabeth Wilner, Bates stamped OAI_NDTX_0016852.


Dated: May 1, 2026                                    Respectfully submitted,

                                                      /s/ Eva Yung
                                                      Eva Yung

# Tab 1

Highly Confidential – Outside Counsels' Eyes Only

OAI_NDTX_0009903

# Tab 2

Highly Confidential – Outside Counsels' Eyes Only

# Tab 3

Highly Confidential

OAI_NDTX_0005326

# Tab 4

Highly Confidential – Outside Counsels' Eyes Only

Highly Confidential – Outside Counsels' Eyes Only

App. 16

Highly Confidential – Outside Counsels' Eyes Only

OAI_NDTX_0007250

App. 18

# Tab 5

Highly Confidential – Outside Counsels' Eyes Only

Highly Confidential – Outside Counsels' Eyes Only

OAI_NDTX_0007478

Highly Confidential – Outside Counsels' Eyes Only

App. 20

OAI_NDTX_0007479

Highly Confidential – Outside Counsels' Eyes Only

App. 21

OAI_NDTX_0007480

App. 22

Highly Confidential – Outside Counsels' Eyes Only

OAI_NDTX_0007481

App. 23

Highly Confidential – Outside Counsels' Eyes Only

OAI_NDTX_0007482

App. 24

Highly Confidential – Outside Counsels' Eyes Only

App. 25

# Tab 6

Highly Confidential – Outside Counsels' Eyes Only

Highly Confidential – Outside Counsels' Eyes Only

App. 28

Highly Confidential – Outside Counsels' Eyes Only

OAI_NDTX_0016854