UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**X CORP., ET AL.,**

  Plaintiffs,

v.                                                            **No. 4:25-cv-00914-P**

**APPLE, INC., ET AL.,**

  Defendants.

## ORDER

Before the Court is the Motion to Seal. ECF No. 254. The Court hereby **ORDERS** that the Motion is **GRANTED**.

**SO ORDERED** on this **4th day of May 2026.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE