**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

|  |  |
|---|---|
| X CORP. and X.AI LLC,<br><br>     Plaintiffs,<br><br>     v.<br><br>APPLE INC.; OPENAI, INC.; OPENAI,<br>L.L.C.; and OPENAI OPCO, LLC,<br><br>     Defendants. | **Civil Action No. 4:25-cv-00914-P** |

**APPENDIX IN SUPPORT OF PLAINTIFFS' REPLY**
**IN SUPPORT OF THEIR MOTION TO COMPEL DISCOVERY FROM APPLE**

Bradley Justus
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036

Charles W. Fillmore
BROWN PRUITT WAMBSGANSS
DEAN FORMAN & MOORE, P.C.
201 Main Street, Suite 700
Fort Worth, TX 76102

Craig M. Reiser
Scott A. Eisman
Eva Yung
Christopher Erickson
AXINN, VELTROP & HARKRIDER LLP
630 Fifth Avenue, 33rd Floor
New York, NY 10111

Judd E. Stone II
Christopher D. Hilton
STONE | HILTON PLLC
600 Congress Ave., Ste. 2350
Austin, TX 78701

Noah Schottenstein
STONE | HILTON PLLC
301 Commerce St., Suite 2360
Fort Worth, TX 76102

**APPENDIX IN SUPPORT OF PLAINTIFFS' REPLY
IN SUPPORT OF THEIR MOTION TO COMPEL DISCOVERY FROM APPLE**

| Tab No. | Pages of Brief | Description | Appendix Pages(s) |
|---|---|---|---|
| Tab 1 | 4 | Excerpt of an email titled "RE: X Corp. and X.AI LLC v. Apple Inc. et al., No. 4:25-cv-00914-P (N.D. Tex.) \| M&C," sent on May 4, 2026 at 10:12 PM ET from Scott A. Eisman to Richard D. Abidor, M. Virginia, Hope E. Brinn, et al. | App. 8-10 |
| Tab 2 | 6 | Excerpt of Exhibit 6, *In Re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR (N.D. Cal. Mar. 5, 2026), Dkt. No. 1095-5 | App. 11-19 |
| Tab 3 | 6 | Excerpt of Trial Exhibit DX-4526, *Epic Games, Inc. v. Apple, Inc.*, No. 4:20-cv-05640-YGR (N.D. Cal.) | App. 20-23 |
| Tab 4 | 8 | Excerpt of Deposition Transcript of Smokey Fontaine, dated April 29, 2026 | App. 24-29 |
| Tab 5 | 10 | Document titled "██████████ ████" Bates stamped APL-XAI_00114927 | App. 30-34 |

App. 2

Dated: May 8, 2026

Respectfully submitted,

*/s/ Bradley Justus*

Bradley Justus
N.D. Tex. Bar No. 1007988DC
DC Bar No. 1007988
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
T: (202) 912-4700
F: (202) 912-4701
bjustus@axinn.com

Charles W. Fillmore
Texas Bar No. 00785861
BROWN PRUITT WAMBSGANSS
DEAN FORMAN & MOORE, P.C.
201 Main Street, Suite 700
Fort Worth, TX 76102
T: (817) 338-4888
cfillmore@brownpruitt.com

*admitted *pro hac vice*

*/s/ Scott A. Eisman*

Craig M. Reiser
N.D. Tex. Bar No. 4886735NY
NY State Bar No. 4886735
Scott A. Eisman
N.D. Tex. Bar No. 4905287NY
NY State Bar No. 4905287
Eva Yung*
NY State Bar No. 5497300
Christopher Erickson
N.D. Tex. Bar No. 5800628NY
NY State Bar No. 5800628
AXINN, VELTROP & HARKRIDER LLP
630 Fifth Avenue, 33rd Floor
New York, NY 10111
T: (212) 728-2200
F: (212) 728-2201
creiser@axinn.com
seisman@axinn.com
eyung@axinn.com
cerickson@axinn.com

*/s/ Judd E. Stone II*

Judd E. Stone II
Texas Bar No. 24076720
Christopher D. Hilton
Texas Bar No. 24087727
STONE | HILTON PLLC
600 Congress Ave., Ste. 2350
Austin, TX 78701
T: (737) 465-3897
judd@stonehilton.com
chris@stonehilton.com

Noah Schottenstein
Texas Bar No. 24100661
STONE | HILTON PLLC
301 Commerce St., Suite 2360
Fort Worth, TX 76102
T: (737) 465-3897
noah@stonehilton.com

*Attorneys for Plaintiffs X Corp. and X.AI LLC*

App. 3

**CERTIFICATE OF SERVICE**

I certify that on May 8, 2026, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF system for filing. A notice of electronic filing was transmitted to all ECF registrants of record.

*/s/ Scott A. Eisman*
Scott A. Eisman

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

|  |  |
|---|---|
| X CORP. and X.AI LLC,<br><br>          Plaintiffs,<br><br>          v.<br><br>APPLE INC.; OPENAI, INC.; OPENAI, L.L.C.; and OPENAI OPCO, LLC,<br><br>          Defendants. | **Civil Action No. 4:25-cv-00914-P** |

**DECLARATION OF SCOTT A. EISMAN
IN SUPPORT OF PLAINTIFFS X CORP. AND X.AI LLC'S
<u>REPLY IN SUPPORT OF THEIR MOTION TO COMPEL DISCOVERY FROM APPLE</u>**

I, Scott A. Eisman, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am an attorney admitted to practice before this Court, and I am a partner at the law firm of Axinn, Veltrop & Harkrider LLP, counsel for Plaintiffs X Corp. and X.AI LLC in the above-captioned matter. I submit this declaration in support of Plaintiffs' Motion to Compel Discovery from Apple and for Expedited Briefing. The matters in this declaration are within my personal knowledge and are true and correct.

2. Attached hereto as Tab 1 is a true and correct copy of an excerpt of an email titled "RE: X Corp. and X.AI LLC v. Apple Inc. et al., No. 4:25-cv-00914-P (N.D. Tex.) | M&C," sent on May 4, 2026 at 10:12 PM ET from Scott A. Eisman to Richard D. Abidor, M. Virginia, Hope E. Brinn, et al. The email thread is excerpted to only include the correspondence relevant to the motion to minimize the burden on the Court.

3. Attached hereto as Tab 2 is a true and correct copy of an excerpt of Exhibit 6 in the case *In Re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR (N.D. Cal. Mar. 5, 2026), filed at Dkt. No. 1095-5.

4. Attached hereto as Tab 3 is a true and correct copy of an excerpt of trial exhibit DX-4526 in the case *Epic Games, Inc. v. Apple*, Inc., No. 4:20-cv-05640-YGR (N.D. Cal.).

5. Attached hereto as Tab 4 is a true and correct copy of an excerpt of the deposition transcript of Smokey Fontaine, dated April 29, 2026.

6. Attached hereto as Tab 5 is a true and correct copy of a document titled "█████ ███████," Bates stamped APL-XAI_00114927.

Dated: May 8, 2026

Respectfully submitted,

*/s/ Scott A. Eisman*
Scott A. Eisman

App. 7

# Tab 1

| From: | Eisman, Scott A. |
|---|---|
| To: | Abidor, Richard D.; M. Virginia; Brinn, Hope E.; Andrew J.H.; Julia M.; William D.; Kevin S.; Stephen D.; OpenAI Antitrust WLRK Litigation 07228-0508; akim@lynnllp.com; bcongdon@lynnllp.com; rduggins@canteyhanger.com; sfredricks@canteyhanger.com; khancock@canteyhanger.com; mackerman@canteyhanger.com; SRDiPrima@wlrk.com |
| Cc: | Smith, Hayley B.; Meli, Graham W.; Reiser, Craig M.; Justus, Bradley; Yung, Eva H.; Erickson, Christopher |
| Subject: | RE: X Corp. and X.AI LLC v. Apple Inc. et al., No. 4:25-cv-00914-P (N.D. Tex.) | M&C |
| Date: | Monday, May 4, 2026 10:12:03 PM |
| Attachments: | image059758.png |

Counsel,

We write to memorialize our discussion of OpenAI's Responses and Objections to Plaintiffs' Fourth Set of Requests for Admission during our meet-and-confer on Friday, May 1.

### *Requests concerning the Apple-Google Agreement*

OpenAI has made clear that it intends to rely on the Apple-Google Agreement to defend against Plaintiffs' claim that the Apple-OpenAI Agreement is exclusive. To probe that defense, Plaintiffs served several RFAs about the substantive provisions of the Apple-Google Agreement. These Requests ask OpenAI to admit that the Apple-Google Agreement:



- ███████████████████████████████████████ ████████████████████████████████████████ ██████████████████ (RFA No. 3);

- ████████████████████████████████████████ ███████████████████████████████ ██████████████████████████ (RFA No. 5);

- ████████████████████████████████████████ ███████████ RFA No. 7);

- ████████████████████████████████████ ████████████████████████████████ (RFA No. 9); and

- ████████████████████████████████ (RFA No. 10).

OpenAI objected to all these Requests, claiming that OpenAI is "not [a] part[y] to the Apple-Google Agreement and ████████████████████████ ███████████ It then denied the Requests.

We asked you to explain the basis for your objections and denials. You said that OpenAI could not take any positions as to the Apple-Google Agreement because Apple produced it with a "Highly Confidential – Outside Counsels' Eyes Only" designation, which prevents OpenAI from accessing it. We noted that this position is in tension with your representation in your March 10 email that the unredacted portions of the Apple-Google Agreement make clear that the Apple-OpenAI agreement is non-exclusive, and that "OpenAI fully intends to

App. 9

rely on the Apple-Google agreement, in whatever form it is produced, to support this point." We also asked how OpenAI could take a position on what the unredacted parts of the Apple-Google Agreement do or do not say with respect to exclusivity, but not with respect to anything else. You said that OpenAI relied only on the fact of the Apple-Google Agreement in concluding that it showed that the Apple-OpenAI Agreement was non-exclusive. ██████████████████████████████████████████████████████████████████

We responded that if OpenAI itself could not see the Agreement and if OpenAI's counsel found it hard to say what the Apple-Google Agreement meant, then we didn't understand how OpenAI could deny the RFAs. The proper response if OpenAI cannot state what the Agreement does or doesn't say is to "state in detail why [OpenAI] cannot truthfully admit or deny it." Fed. R. Civ. P. 36(a)(4). You said that you understood this point and agreed to take back whether OpenAI would amend its response to explain why it could neither confirm nor deny these RFAs.

### *Requests concerning OpenAI's produced documents*

#### *RFA No. 1*

This Request asks OpenAI to admit that ████████████████████████████████ ███████████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████████."

OpenAI denied this Request. We noted that the Request was asking OpenAI to admit the substance of the message from Sam Altman in the document Bates stamped OAI_NDTX_0030498. In that document, Mr. Altman said, ████████████████ ███████████████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████████████ ████████████████

We asked you what basis you had to deny this Request. You said that your denial came down to your uncertainty over what we meant by ██████████████████ You claimed to be unsure whether we were asking OpenAI to admit that Apple and OpenAI had ████████ ███████████████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████. We agreed to take this Request back to determine whether there is anything we can do to refine it.



#### *RFA No. 11*

This Request asks OpenAI to admit that ████████████████████████████████ ███████████████████████████████████████████████████████████████████████ ████████████████

OpenAI denied this Request in part, citing the "████████████████████████" that ███ ██████████████████████████. APL-XAI_00086160. We explained that this Request was actually inquiring about the substance of the document Bates stamped APL-XAI_00049941.

App. 10

# Tab 2

# EXHIBIT 6



# iPhone Buyer

FY23-Q4 Full Report

Apple Market R█████ and Analysis



App. 13

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425222

## Why This Report?

The purpose of this study is to better understand iPhone buyers in 14 countries: US, UK, France, Germany, Italy, China, Hong Kong, Japan, South Korea, Australia, India, Thailand, Brazil and Mexico.

Apple Market Research conducts monthly surveys of iPhone buyers. This report summarizes the results of the surveys fielded during FY23-Q4. Where appropriate and helpful, trended data for the previous years are provided.

Major areas of analysis* include:

• Profile of Buyers
• Acquisition
• Reasons for Model Choice
• Satisfaction

*Additional results are available in a separate Appendix posted on Box .

APPLE CONFIDENTIAL    2

App. 14

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425223



**Considered other smartphone brands - Flagship iPhone**

Base: Flagship iPhone , Flagship iPhone buyers or had say in purchase decision (filter: All waves)
Q30: When you got the [MODEL], did you consider getting a different brand of smartphone?
Note: Arrows denote significant difference from FY20-Q4. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. Data not shown if n<50
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL    47

App. 15

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425336

**Other brands considered (among those who considered other brands) - Flagship iPhone**

Slide 1 of 2



Base: Flagship iPhone buyers or had say in purchase decision and considered a competitor smartphone brand
Q34: Which other smartphone brands did you consider? (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. Attributes with less than 3% (across all columns) not shown.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL    48

App. 16

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425337



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

App. 17

APL-APPSTORE_11425338

**Other brands considered (among those who considered other brands): Huawei - Flagship iPhone , Flagship iPhone**



Base: Flagship iPhone , Flagship iPhone buyers or had say in purchase decision and considered a competitor smartphone brand (filter: All waves)
Q34: Which other smartphone brands did you consider? (select all that apply)
Note: Arrows denote significant difference from FY20-Q4. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. Data not shown if n<50
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL    50

App. 18

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425339

**Other brands considered (among those who considered other brands): Google (Pixel) - Flagship iPhone , Flagship iPhone**



Japan (↑)
US
India
Australia
UK
Germany (↑)
France
WW-Total
Italy
HK
Thailand
S. Korea
Mexico
China
Brazil

Differences vs prior quarter ↓ ↑
Differences vs prior year (↓) ((↑))

Base: Flagship iPhone , Flagship iPhone buyers or had say in purchase decision and considered a competitor smartphone brand (filter: All waves)
Q34: Which other smartphone brands did you consider? (select all that apply)
Note: Arrows denote significant difference from FY20-Q4. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. Data not shown if n<50
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     51

App. 19

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425340

# Tab 3

FREE TRIAL - https://OCRKit.com

United States District Court
Northern District of California

Case No. **4:20-cv-05640-YGR**

Case Title *Epic Games, Inc. v. Apple, Inc.*

Exhibit No. **DX-4526**

Date Entered_____

Susan Y. Soong, Clerk

By: _____, Deputy Clerk

Δ DEFENDANT Δ



Apple Confidential. Need to know

CONFIDENTIAL

App. 21

APL-APPSTORE_10236808



I wanted to spend a minute talking about COMPETITION for the APP STORE. In years past, we've talked about GOOGLE, MICROSOFT, AMAZON, SAMSUNG, but now we really have ONLY ONE TRUE COMPETITOR, and that's GOOGLE, and their store, GOOGLE PLAY...

CONFIDENTIAL

APL-APPSTORE_10236838

DX-4526.031

FREE TRIAL - https://OCRKit.com



AS YOU CAN SEE, they have MORE APPS than we do, but they allow a lot more types of apps than we do
MORE COUNTRIES, but those additional 35 really wouldn't move the needle
THEY HAD DOUBLE the app downloads, but…
OUR CUSTOMERS SPENT NEARLY 2X more than theirs, and THAT'S what developers care about the most. Here's Ron for an update on our developers…

CONFIDENTIAL

APL-APPSTORE_10236839

DX-4526.032

Case 4:25-cv-00914-P    Document 265    Filed 05/08/26    Page 24 of 34    PageID 12029

# Tab 4

App. 24

HIGHLY CONFIDENTIAL

Fontaine, Smokey                              April 29, 2026

1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION


X CORP. And X.AI, LLC,              )
                                    )
          Plaintiff,                )
                                    ) CASE NO.
     v.                             )4:25-CV-00914-p
                                    )
APPLE INC.; OPENAI, INC.;           )
OPENAI, L.L.C.; AND OPENAI OPCO,    )
LLC,                                )
                                    )PAGES 1 - 314
          Defendants.               )
                                    )
_____   )


DEPOSITION OF SMOKEY FONTAINE

HIGHLY CONFIDENTIAL -- OUTSIDE ATTORNEYS' EYES ONLY

DEPOSITION OF SMOKEY FONTAINE
in his personal and representative capacity
BY AND THROUGH APPLE, INC.

Wednesday, April 29, 2026

LOS ANGELES, CALIFORNIA


STENOGRAPHICALLY REPORTED BY:
LINDSAY A. STOKER, RDR, RMR, CRR, CRC
CA CSR No. 14373
Job No.

Henderson Legal Services

202-220-4158                 www.hendersonlegalservices.com

# Tab 5



App. 31

HIGHLY CONFIDENTIAL

APL-XAI_00114927

App. 32

HIGHLY CONFIDENTIAL

APL-XAI_00114928

App. 33

HIGHLY CONFIDENTIAL

APL-XAI_00114929

App. 34

HIGHLY CONFIDENTIAL

APL-XAI_00114930