UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**X CORP. AND X.AI LLC,**

    Plaintiffs,

v.                                                                  **No. 4:25-cv-00914-P**

**APPLE INC.,** *ET AL.***,**

    Defendants.

## ORDER

Before the Court is the Unopposed Motion to Seal Limited Portions of Their Reply in Support of Their Motion to Compel Discovery (ECF No. 263) that X Corp. and X.AI LLC filed May 8, 2026. By order entered May 11, 2026, United States District Judge Mark T. Pittman referred the Motion to the undersigned for further proceedings. ECF No. 266.

Noting that the Motion is unopposed and for good cause shown, the Court **GRANTS** the Motion (ECF No. 263).

It is so **ORDERED** on May 11, 2026.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE