**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

|  |  |
|---|---|
| X CORP. and X.AI LLC,<br><br>      Plaintiffs,<br><br>      v.<br><br>APPLE INC.; OPENAI, INC.; OPENAI, L.L.C.; and OPENAI OPCO, LLC,<br><br>      Defendants. | **Civil Action No. 4:25-cv-00914-P** |

**NOTICE REGARDING CERTAIN
<u>ISSUES FROM PENDING MOTIONS TO COMPEL</u>**

After meeting and conferring, Plaintiffs X Corp. ("X") and X.AI LLC ("x.AI," and together with X, "Plaintiffs") and Defendants OpenAI Foundation (f/k/a OpenAI, Inc.); OpenAI, L.L.C.; and OpenAI OpCo, LLC (the "OpenAI Defendants," and, together with Plaintiffs, the "Parties") have agreed that the Parties should resolve certain matters at issue in the OpenAI Defendants' Motion to Compel, filed April 3, 2026 (Dkt. No. 172), and in Plaintiffs' Motion to Compel, filed April 9, 2026 (Dkt. No. 178).

Accordingly, the Parties hereby notify the Court that they are withdrawing the following points from their respective Motions to Compel:

1.      The OpenAI Defendants withdraw Point 1 of their Motion to Compel, discussed in Point I.A-C of their Brief in Support of their Motion to Compel, but reserve the right to renew Point I.A as described in the Parties' separate stipulation dated May 12, 2026.

2.      Plaintiffs hereby withdraw Points 1-5 of their Motion to Compel, discussed in Point I of their Brief in Support of their Motion to Compel.

Dated: May 12, 2026

Respectfully submitted,

/s/ Bradley Justus

Bradley Justus
N.D. Tex. Bar No. 1007988DC
DC Bar No. 1007988
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
T: (202) 912-4700
F: (202) 912-4701
bjustus@axinn.com

Charles W. Fillmore
Texas Bar No. 00785861
BROWN PRUITT WAMBSGANSS
DEAN FORMAN & MOORE, P.C.
201 Main Street, Suite 700
Fort Worth, TX 76102
T: (817) 338-4888
cfillmore@brownpruitt.com

*admitted *pro hac vice*

/s/ Scott A. Eisman

Craig M. Reiser
N.D. Tex. Bar No. 4886735NY
NY State Bar No. 4886735
Scott A. Eisman
N.D. Tex. Bar No. 4905287NY
NY State Bar No. 4905287
Eva Yung*
NY State Bar No. 5497300
Christopher Erickson
N.D. Tex. Bar No. 5800628NY
NY State Bar No. 5800628
AXINN, VELTROP & HARKRIDER LLP
630 Fifth Avenue, 33rd Floor
New York, NY 10111
T: (212) 728-2200
F: (212) 728-2201
creiser@axinn.com
seisman@axinn.com
eyung@axinn.com
cerickson@axinn.com

/s/ Judd E. Stone II

Judd E. Stone II
Texas Bar No. 24076720
Christopher D. Hilton
Texas Bar No. 24087727
STONE | HILTON PLLC
600 Congress Ave., Ste. 2350
Austin, TX 78701
T: (737) 465-3897
judd@stonehilton.com
chris@stonehilton.com

Noah Schottenstein
Texas Bar No. 24100661
STONE | HILTON PLLC
301 Commerce St., Suite 2360
Fort Worth, TX 76102
T: (737) 465-3897
noah@stonehilton.com

*Attorneys for Plaintiffs X Corp. and
X.AI LLC*

2

*/s/ Stephen R. DiPrima*

William Savitt
N.D. Tex. Bar No. 2900058NY
Stephen R. DiPrima
N.D. Tex. Bar No. 2785764NY
Kevin S. Schwartz
N.D. Tex. Bar. No. 4564241NY
Graham W. Meli (admitted *pro hac vice*)
Andrew J.H. Cheung (admitted *pro hac vice*)
Stephen D. Levandoski
(admitted *pro hac vice*)
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
T: (212) 403-1000
F: (212) 403-2000
WDSavitt@wlrk.com
SRDiPrima@wlrk.com
KSchwartz@wlrk.com
GWMeli@wlrk.com
AJHCheung@wlrk.com
SDLevandoski@wlrk.com

Ralph H. Duggins
Texas Bar No. 06183700
Scott Fredricks
Texas Bar No. 24012657
Phillip Vickers
Texas Bar No. 24051699
Kate Hancock
Texas Bar No. 24106048
Michael Ackerman
Texas Bar No. 24120454
CANTEY HANGER LLP
600 West 6th Street, Suite 300
Fort Worth, TX 76102
T: (817) 877-2800
F: (817) 877-2807
rduggins@canteyhanger.com
sfredricks@canteyhanger.com
pvickers@canteyhanger.com
khancock@canteyhanger.com
mackerman@canteyhanger.com

3

Michael K. Hurst
Texas Bar No. 10316310
Chris W. Patton
Texas Bar No. 24083634
Andy Kim
State Bar No. 24136638
LYNN PINKER HUST &
SCHWEGMAN LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
T: (214) 981-3800
F: (214) 981-3839
mhurst@lynnllp.com
cpatton@lynnllp.com
akim@lynnllp.com

*Attorneys for Defendants OpenAI, Inc.,
OpenAI, L.L.C., and OpenAI Opco, LLC*

## CERTIFICATE OF SERVICE

I certify that on May 12, 2026, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF system for filing. A notice of electronic filing was transmitted to all ECF registrants of record.

/s/ Scott A. Fredricks
Scott A. Fredricks