**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

|  |  |
|---|---|
| X CORP. and X.AI LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>APPLE INC.; OPENAI, INC.; OPENAI, L.L.C.; and OPENAI OPCO, LLC,<br><br>    Defendants. | **Civil Action No. 4:25-cv-00914-P** |

**NOTICE OF OBJECTION TO MAGISTRATE JUDGE
HAL R. RAY'S MAY 13, 2026 RULING PURSUANT TO RULE 72(a)**

Plaintiffs hereby give Notice of Objection to the Magistrate Judge's May 13, 2026 order insofar as it requires that Plaintiffs produce documents from Elon Musk's Tesla, Inc. and Space Exploration Technologies Corp. email accounts.

Plaintiffs further request oral argument on their Objection.

Dated: May 20, 2026

/s/ Bradley Justus
Bradley Justus
N.D. Tex. Bar No. 1007988DC
DC Bar No. 1007988
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
T: (202) 912-4700
F: (202) 912-4701
bjustus@axinn.com

Charles W. Fillmore
Texas Bar No. 00785861
BROWN PRUITT WAMBSGANSS
DEAN FORMAN & MOORE, P.C.
201 Main Street, Suite 700
Fort Worth, TX 76102
T: (817) 338-4888
cfillmore@brownpruitt.com

Alexander M. Dvorscak
Texas Bar No. 24120461
STONE | HILTON PLLC
2000 West Loop South, Suite #1500
Houston, TX 77027
T: (281) 619-8843
alex@stonehilton.com

*admitted *pro hac vice*

Respectfully submitted,

/s/ Scott A. Eisman
Craig M. Reiser
N.D. Tex. Bar No. 4886735NY
NY State Bar No. 4886735
Scott A. Eisman
N.D. Tex. Bar No. 4905287NY
NY State Bar No. 4905287
Eva Yung*
NY State Bar No. 5497300
Christopher Erickson
N.D. Tex. Bar No. 5800628NY
NY State Bar No. 5800628
AXINN, VELTROP & HARKRIDER LLP
630 Fifth Avenue, 33rd Floor
New York, NY 10111
T: (212) 728-2200
F: (212) 728-2201
creiser@axinn.com
seisman@axinn.com
eyung@axinn.com
cerickson@axinn.com

/s/ Judd E. Stone
Judd E. Stone II
Texas Bar No. 24076720
Christopher D. Hilton
Texas Bar No. 24087727
STONE | HILTON PLLC
600 Congress Ave., Ste. 2350
Austin, TX 78701
T: (737) 465-3897
judd@stonehilton.com
chris@stonehilton.com

Noah Schottenstein
Texas Bar No. 24100661
STONE | HILTON PLLC
301 Commerce St., Suite 2360
Fort Worth, TX 76102
T: (737) 465-3897
noah@stonehilton.com

*Attorneys for Plaintiffs X Corp. and
X.AI LLC*

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that on May 20, 2026, I electronically transmitted the foregoing document to the

Clerk of the Court using the ECF system for filing. A notice of electronic filing was transmitted

to all ECF registrants of record.

*/s/ Scott A. Eisman*
Scott A. Eisman