UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**X CORP., ET AL.,**

  Plaintiffs,

v.                                                                  **No. 4:25-cv-00914-P**

**APPLE, INC., ET AL.,**

  Defendants.

## ORDER

   Before the Court is the Motion to Extend the Mediation Deadline. ECF No. 282. The Court hereby **ORDERS** that the Motion is **GRANTED**. The mediation deadline is extended to **September 30, 2026**.

   **SO ORDERED** on this **22nd day of May 2026.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE