UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**X CORP. AND X.AI LLC,**

    Plaintiffs,

v.                                                                      **No. 4:25-cv-00914-P**

**APPLE INC.,** *ET AL.***,**

    Defendants.

### ORDER

Before the Court is the Unopposed Motion to Seal Limited Portions of Their Objection (ECF No. 278) that X Corp. and X.AI LLC filed May 20, 2026. By order entered May 22, 2026, United States District Judge Mark T. Pittman referred the Motion to the undersigned for further proceedings. ECF No. 283.

Noting that the Motion is unopposed and for good cause shown, the Court **GRANTS** the Motion (ECF No. 278).

It is so **ORDERED** on May 22, 2026.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE