UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**X CORP., ET AL.,**

Plaintiffs,

v.                                                                  **No. 4:25-cv-00914-P**

**APPLE, INC., ET AL.,**

Defendants.

### ORDER

Before the Court is the Joint Motion to Compel. ECF No. 288. The Court hereby **ORDERS** that the Motion is **REFERRED** to Judge Ray.

**SO ORDERED** on this **26th day of May 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE