UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**X CORP. AND X.AI LLC,**

    Plaintiffs,

v.                                                                          **No. 4:25-cv-00914-P**

**APPLE INC.,** *ET AL.***,**

    Defendants.

## ORDER

Before the Court is the Joint Motion to Compel that Apple, Inc and OpenAI OpCo, LLC, OpenAI, Inc., OpenAI, L.L.C. (collectively "defendants") filed on May 22, 2026. ECF No. 288. By order entered May 26, 2026, United States District Judge Mark T. Pittman referred the Motion to the undersigned for further proceedings. ECF No. 290. The Court finds that expedited briefing is needed to consider the Motion in a timely fashion. *See* Local Civil Rule 7.1.

Accordingly, Plaintiffs **SHALL** file their Response to the Motion (ECF No. 288) by **May 29, 2026 at 12:00p.m. CDT**. Defendants shall not file a reply unless the Court orders them to do so.

It is so **ORDERED** on May 26, 2026.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE