**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

|  |  |
|---|---|
| X CORP. and X.AI LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>APPLE INC.; OPENAI, INC.; OPENAI, L.L.C.; and OPENAI OPCO, LLC,<br><br>    Defendants. | **Civil Action No. 4:25-cv-00914-P** |

**PLAINTIFFS X CORP. AND X.AI LLC'S
EMERGENCY MOTION FOR A PARTIAL EXTENSION
OF THE DEADLINE TO COMPLY WITH MAGISTRATE
JUDGE HAL R. RAY'S MAY 13, 2026 RULING AND BRIEF IN SUPPORT**

1.      On May 13, 2026, the Magistrate Judge partially granted OpenAI's motion to compel and ordered Plaintiffs to produce by June 3, 2026 responsive documents from Elon Musk's business email accounts at two other companies of which Mr. Musk is CEO: Tesla, Inc. ("Tesla") and Space Exploration Technologies Corp. ("SpaceX").[1] *See* Dkt. No. 274 at 4.

2.      The Order followed a May 13, 2026 hearing on the parties' motions to compel, where, as non-parties to the litigation, counsel for Tesla and SpaceX were not present.

3.      On May 13, 2026, the day the Order was issued, Plaintiffs' counsel shared the Order and the search terms they have been using to locate documents potentially responsive to OpenAI's requests for production with counsel for Tesla and SpaceX.

---

[1] "X" refers to X Corp. and "xAI" refers to X.AI LLC. X and xAI are referred to collectively as "Plaintiffs." "OpenAI" refers to OpenAI Foundation (f/k/a OpenAI, Inc.); OpenAI, L.L.C.; and OpenAI OpCo, LLC. "Order" refers to the Magistrate Judge's order dated May 13, 2026, Dkt. No. 274.

4.      Plaintiffs understand that although Tesla and SpaceX are in the process of collecting and reviewing documents using the terms that Plaintiffs' counsel shared with them on May 13, production will not be complete by the June 3, 2026 deadline.

5.      On June 2, 2026, Plaintiffs sought from OpenAI's counsel a courtesy extension of the deadline to comply with the Order because the production of such records will not be complete by tomorrow given the pendency of the objection until today and despite best efforts to begin collection and review in the interim. Rolling productions—to the extent potentially responsive records are found—will begin in two weeks. App'x Tab 1 at App. 9.

6.      OpenAI's counsel has yet to indicate its position on Plaintiffs' extension request, prompting this emergency motion for a partial extension of the deadline to comply with the Order requiring Plaintiffs to "produce responsive documents from Musk's accounts at Tesla and SpaceX by June 3, 2026." Dkt. No. 274 at 4.

* * *

Plaintiffs respectfully request that the Court extend the deadline for Plaintiffs to comply with the Order's requirement that Plaintiffs produce Mr. Musk's Tesla and SpaceX emails until June 17, 2026, by which date rolling productions of responsive documents—to the extent potentially responsive records are found—will begin.

Dated: June 2, 2026

Respectfully submitted,

/s/ Bradley Justus

Bradley Justus
N.D. Tex. Bar No. 1007988DC
DC Bar No. 1007988
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
T: (202) 912-4700
F: (202) 912-4701
bjustus@axinn.com

Charles W. Fillmore
Texas Bar No. 00785861
BROWN PRUITT WAMBSGANSS
DEAN FORMAN & MOORE, P.C.
201 Main Street, Suite 700
Fort Worth, TX 76102
T: (817) 338-4888
cfillmore@brownpruitt.com

Alexander M. Dvorscak
Texas Bar No. 24120461
STONE | HILTON PLLC
2000 West Loop South, Suite #1500
Houston, TX 77027
T: (281) 619-8843
alex@stonehilton.com

*admitted *pro hac vice*

/s/ Craig M. Reiser

Craig M. Reiser
N.D. Tex. Bar No. 4886735NY
NY State Bar No. 4886735
Scott A. Eisman
N.D. Tex. Bar No. 4905287NY
NY State Bar No. 4905287
Eva Yung*
NY State Bar No. 5497300
Christopher Erickson
N.D. Tex. Bar No. 5800628NY
NY State Bar No. 5800628
AXINN, VELTROP & HARKRIDER LLP
630 Fifth Avenue, 33rd Floor
New York, NY 10111
T: (212) 728-2200
F: (212) 728-2201
creiser@axinn.com
seisman@axinn.com
eyung@axinn.com
cerickson@axinn.com

/s/ Judd E. Stone II

Judd E. Stone II
Texas Bar No. 24076720
Christopher D. Hilton
Texas Bar No. 24087727
STONE | HILTON PLLC
600 Congress Ave., Ste. 2350
Austin, TX 78701
T: (737) 465-3897
judd@stonehilton.com
chris@stonehilton.com

Noah Schottenstein
Texas Bar No. 24100661
STONE | HILTON PLLC
301 Commerce St., Suite 2360
Fort Worth, TX 76102
T: (737) 465-3897
noah@stonehilton.com

*Attorneys for Plaintiffs X Corp. and
X.AI LLC*

3

**CERTIFICATE OF CONFERENCE**

I conferred by email with counsel for OpenAI on June 2, 2026, about the relief requested herein. The Motion is opposed because OpenAI has not yet agreed to extend Plaintiffs' deadline to comply with the Order insofar as it requires Plaintiffs to produce Elon Musk's Tesla and SpaceX emails.

Dated: June 2, 2026                              /s/ Craig M. Reiser
                                                 Craig M. Reiser

**CERTIFICATE OF SERVICE**

I certify that on June 2, 2026, I electronically transmitted the foregoing document to the

Clerk of the Court using the ECF system for filing. A notice of electronic filing was transmitted

to all ECF registrants of record.

/s/ Craig M. Reiser

Craig M. Reiser