UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**X CORP. AND X.AI LLC,**

    Plaintiffs,

v.                                                                 **No. 4:25-cv-00914-P**

**APPLE INC.,** *ET AL.*,

    Defendants.

## ORDER

Before the Court are the Request for Expedited Status Conference (ECF No. 353) that OpenAI OpCo, LLC, OpenAI, Inc., OpenAI, L.L.C. ("OpenAI") filed on June 25, 2026 and Response (ECF No. 355) that X Corp and X.AI LLC ("Plaintiffs") filed on June 26, 2026. By order entered today, United States District Judge Mark T. Pittman referred the Motion to the undersigned for further proceedings. ECF No. 361.

OpenAI argues Plaintiffs are not complying with their discovery obligations and requests an expedited status conference to discuss Plaintiffs' deficiencies. ECF No. 353 at 2. The parties agree that in total, Plaintiffs have produced a mere eighteen pages of Tesla documents, which are not material to the case. ECF No. 355 at 3. The parties disagree whether this minimal production is a sign of Plaintiffs' noncompliance with the Court's previous order and Plaintiffs' obligations under the Federal Rules of Civil Procedure.

As the parties recognize, the deadline for production of this category of evidence is July 3, 2026. *See* ECF No. 326. Accordingly, the Court is confident that Plaintiffs are complying and will continue to fully comply with their discovery obligations. The Court is also confident that should Plaintiffs fail to comply with their obligations, OpenAI will file the appropriate motion to address that noncompliance after the July 3, 2026 deadline set in the Court's previous order. Until then, OpenAI has provided no sufficient basis for the Court to schedule a status conference.

Accordingly, the Court **DENIES** the Motion (ECF No. 353) without prejudice to OpenAI's right to request relief and Court intervention at the appropriate time.

It is so **ORDERED** on June 26, 2026.

Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE