**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

|  |  |
|---|---|
| **X CORP. and X.AI LLC**, <br><br> Plaintiffs, <br><br> vs. <br><br> **APPLE INC.; OPENAI, INC.; OPENAI, L.L.C.; and OPENAI OPCO, LLC**, <br><br> Defendants. | **Case No. 4:25-cv-00914-P** |

**NOTICE OF APPEARANCE OF COUNSEL**

Notice is hereby given that John M. Hughes, Attorney at Law, hereby enters his appearance as additional counsel of record for X Corp. and X.AI LLC, Plaintiffs, in all further proceedings in this cause of action, and requests that all future notices, pleadings and communications from the Court or counsel be sent to the undersigned.

If the undersigned counsel has a further change of address, phone or email, counsel shall notify the Court and respective counsel of such changes in a timely manner.

July 7, 2026

Respectfully submitted.

By: */s/ John M. Hughes*
John M. Hughes
Bar No. 38295CO
john.hughes@bartlitbeck.com

**BARTLIT BECK LLP**
1801 Wewatta, Suite 1200
Denver, Colorado 80202
Telephone: 303.592.3113

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on July 7, 2026, the foregoing document was electronically filed with the CM/ECF system, thereby effectuating service on counsel for all parties.

*/s/ John M. Hughes*
John M. Hughes