UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| X CORP., et al.<br><br>Plaintiffs,<br><br>-against-<br><br>APPLE INC., et al.<br><br>Defendants. | Case No.: 4:25-cv-00914-P |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Pursuant to 83.12 of the Local Rules of the United States District Court for the Northern District of Texas, Defendants OpenAI, Inc., OpenAI, L.L.C., and OpenAI OpCo, LLC respectfully request that the Court permit William Savitt to withdraw as counsel for Defendants in the above-referenced action.

There is a conflict of interest and Mr. Savitt will not continue to represent the Defendants in this action. Defendants respectfully request that the e-mail address of wsavitt@gibsondunn.com be removed from CM/ECF e-filing notifications. Christopher D. Hilton from Stone Hilton PLLC will continue as counsel of record for the Defendants. Mr. Savitt's departure will not affect the posture of this action.

Dated: August 12, 2026

*/s/ William Savitt*
William Savitt
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, N.Y. 10166-0193
Telephone: 212.351.2355
wsavitt@gibsondunn.com

*Attorney for Defendants OpenAI, Inc., OpenAI, L.L.C., and OpenAI OpCo, LLC*

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that a conference regarding this motion has been conducted and counsel for Plaintiffs have indicated that they are unopposed to this motion.

/s/ *William Savitt*
William Savitt

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of August, 2026, the foregoing document was electronically filed and served on counsel of record pursuant to the Federal Rules of Civil Procedure.

/s/ *William Savitt*
William Savitt