**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| X CORP. and X.AI LLC,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.; OPENAI, INC.; OPENAI, L.L.C.; and OPENAI OPCO, LLC,<br><br>Defendants. | **Civil Action No. 4:25-cv-00914-P** |

**NOTICE OF NAME CHANGE AND UNOPPOSED MOTION TO AMEND CAPTION**

Plaintiffs hereby provide notice that on August 13, 2026, Plaintiff X.AI LLC legally changed its name to "SpaceXAI LLC."[1] Plaintiffs seek leave to amend the caption to reflect this change. Defendants do not oppose this Motion.

Plaintiffs' Motion addresses an administrative matter and does not seek substantive relief. A motion to amend the caption is not, and does not require, a motion for leave to amend the complaint. *See, e.g.*, App'x Tab 1, at App. 8-9 (Order, *AWC Specialty RX Consulting LLC v. FLTX Holdings LLC*, 3:19-cv-00240-G (N.D. Tex. Jan. 27, 2020)) (granting a plaintiff's motion to amend the caption without an accompanying amended complaint).

Accordingly, Plaintiffs respectfully request that the Court amend the caption by replacing X.AI LLC with SpaceXAI LLC.

---

[1]X Corp. and SpaceXAI LLC (f/k/a X.AI LLC) are referred to collectively as "Plaintiffs." "Apple" refers to Apple Inc. "OpenAI" refers to OpenAI Foundation (f/k/a OpenAI, Inc.); OpenAI, L.L.C.; and OpenAI OpCo, LLC. Apple and OpenAI are referred to collectively as "Defendants." "App'x" refers to the accompanying Appendix.

Dated: August 14, 2026

*/s/ Bradley Justus*

Bradley Justus
N.D. Tex. Bar No. 1007988DC
DC Bar No. 1007988
AXINN LLP
1901 L Street NW
Washington, DC 20036
T: (202) 912-4700
F: (202) 912-4701
bjustus@axinn.com

Charles W. Fillmore
Texas Bar No. 00785861
BROWN PRUITT WAMBSGANSS
DEAN FORMAN & MOORE, P.C.
201 Main Street, Suite 700
Fort Worth, TX 76102
T: (817) 338-4888
cfillmore@brownpruitt.com

Alexander M. Dvorscak
STONE | HILTON PLLC
2000 West Loop South, Suite #1500
Houston, TX 77027
alex@stonehilton.com

*admitted *pro hac vice*

Respectfully submitted,

*/s/ Scott A. Eisman*

Craig M. Reiser
N.D. Tex. Bar No. 4886735NY
NY State Bar No. 4886735
Scott A. Eisman
N.D. Tex. Bar No. 4905287NY
NY State Bar No. 4905287
Eva Yung*
NY State Bar No. 5497300
Christopher Erickson
N.D. Tex. Bar No. 5800628NY
NY State Bar No. 5800628
AXINN LLP
630 Fifth Avenue, 33rd Floor
New York, NY 10111
T: (212) 728-2200
F: (212) 728-2201
creiser@axinn.com
seisman@axinn.com
eyung@axinn.com
cerickson@axinn.com

*/s/ Judd E. Stone II*

Judd E. Stone II
Texas Bar No. 24076720
Christopher D. Hilton
Texas Bar No. 24087727
STONE | HILTON PLLC
600 Congress Ave., Ste. 2350
Austin, TX 78701
T: (737) 465-3897
judd@stonehilton.com
chris@stonehilton.com

Noah Schottenstein
Texas Bar No. 24100661
STONE | HILTON PLLC
301 Commerce St., Suite 2360
Fort Worth, TX 76102
T: (737) 465-3897
noah@stonehilton.com

*Attorneys for Plaintiffs X Corp. and X.AI LLC*

**CERTIFICATE OF CONFERENCE**

On August 14, 2026, I conferred by email with Kevin Schwartz and other counsel of record for OpenAI, and Henry Liu and other counsel of record for Apple, about the relief requested herein. The Motion is unopposed.

Dated: August 14, 2026

*/s/ Scott A. Eisman*
Scott A. Eisman

**CERTIFICATE OF SERVICE**

I certify that on August 14, 2026, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF system for filing. A notice of electronic filing was transmitted to all ECF registrants of record.

*/s/ Scott A. Eisman*
Scott A. Eisman