# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

X Corp. and X.AI LLC,
Plaintiff

v.

4:25-cv-00914-P
Civil Action No.

Apple Inc. et al.,
Defendant

## AMENDED CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Plaintiffs X Corp. and SpaceXAI LLC

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
***Please separate names with a comma. Only text visible within box will print.***

X Corp. - The parent corporation of X Corp. is X Holdings Corp. Space Exploration Technologies Corp. is a publicly held corporation that has a financial interest of 10% or more in X Corp.
SpaceXAI LLC - The parent corporation of SpaceXAI LLC is SpaceXAI Corp. Space Exploration Technologies Corp. is a publicly held corporation that has a financial interest of 10% or more in SpaceXAI LLC

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
***Please separate names with a comma. Only text visible within box will print.***

X Corp., X Holdings Corp., SpaceXAI LLC, SpaceXAI Corp., SpaceXAI Holdings LLC, Space Exploration Technologies Corp., and Space Exploration Technologies Corp.'s shareholders

| | |
|---|---|
| Date: | 8/14/2026 |
| Signature: | /s/ Scott A. Eisman |
| Print Name: | Scott A. Eisman |
| Bar Number: | 4905287NY |
| Address: | 45 Rockefeller Plaza |
| City, State, Zip: | New York, NY 10111 |
| Telephone: | (212) 261-5642 |
| Fax: | (212) 728-2201 |
| E-Mail: | seisman@axinn.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.