UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**X CORP., ET AL.,**

Plaintiffs,

**v.** **No. 4:25-cv-00914-P**

**APPLE INC., ET AL.,**

Defendants.

# ORDER

Before the Court is Plaintiffs' Notice of Name Change and Unopposed Motion to Amend Caption. ECF No. 375. Having considered the filing and the applicable law, the Court finds the Motion to be merited. Accordingly, it is hereby **ORDERED** that Plaintiffs' Motion is **GRANTED**.

The Court **DIRECTS** the Clerk to amend the caption in this case by replacing X.AI LLC with SpaceXAI LLC.

**SO ORDERED** on this **14th day of August 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE