**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| X CORP. and SPACEXAI LLC,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE, INC., OPENAI, INC., OPENAI, LLC and OPENAI OPCO, LLC,<br><br>Defendants. | Civil Action No. 4:25-cv-00914-P |

**THE WASHINGTON FREE BEACON'S MOTION FOR LEAVE
TO INTERVENE AND TO UNSEAL JUDICIAL RECORDS**

*The Washington Free Beacon* moves for leave to intervene for the limited purpose of contesting the sealing of certain judicial records. It respectfully requests that the Court:

(1) grant leave for *The Washington Free Beacon* to intervene under Federal Rule of Civil Procedure 24(b);

(2) unseal Plaintiffs' brief in support of their motion for leave to take additional party depositions (ECF No. 192) and the exhibits contained in the supporting appendix (ECF No. 193); and

(3) unseal Plaintiffs' brief in opposition to OpenAI's motion to compel (ECF No. 206) and the exhibits contained in the supporting appendix (ECF No. 207).

In accordance with Local Civil Rule 7.1, this Motion is accompanied by a brief that sets forth the arguments and authorities on which *The Washington Free Beacon* relies in support of the Motion. A proposed order also accompanies the Motion.

Dated: August 21, 2026

Respectfully submitted,

/s/ *William Scolinos*
William Scolinos
N.D. Tex. Bar No. 221129017
DC Bar No. 90023488
America First Legal Foundation
611 Pennsylvania Ave., SE #231
Washington, D.C. 20003
Phone: (301) 965-0179
william.scolinos@aflegal.org

**CERTIFICATE OF CONFERENCE**

In accordance with Northern District of Texas Local Civil Rule 7.1, counsel for *The Washington Free Beacon* conferred with counsel for the parties before filing this motion. Plaintiffs' counsel indicated that xAI takes no position. Defendants' counsel indicated that OpenAI and Apple oppose the motion. Defendants' counsel requested a meet-and-confer, which counsel for *The Washington Free Beacon* denied in order to reduce delay.

Dated: August 21, 2026

/s/ *William Scolinos*
William Scolinos

**CERTIFICATE OF SERVICE**

I certify that on August 21, 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing. A notice of electronic filing was transmitted to all ECF registrants of record.

/s/ *William Scolinos*
William Scolinos