**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| X CORP. and SPACEXAI LLC,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.; OPENAI FOUNDATION (f/k/a OPENAI, INC).; OPENAI, L.L.C.; and OPENAI OPCO, LLC,<br><br>Defendants. | **Civil Action No. 4:25-cv-00914-P** |

**PLAINTIFFS' MOTION TO VOLUNTARILY DISMISS**
**CLAIMS AGAINST DEFENDANT APPLE INC. AND BRIEF IN SUPPORT**

Plaintiffs have resolved their claims in this Action against Defendant Apple Inc. ("Apple"). Plaintiffs accordingly move under Federal Rule of Civil Procedure 41(a)(2) to dismiss with prejudice their claims against Apple. Apple does not oppose this Motion.

For the avoidance of doubt, Plaintiffs do not seek to dismiss any of their claims against Defendants OpenAI Foundation (f/k/a OpenAI, Inc.); OpenAI, L.L.C.; and OpenAI OpCo, LLC.

Dated: September 14, 2026

Respectfully submitted,

*/s/ Bradley Justus*
Bradley Justus
N.D. Tex. Bar No. 1007988DC
DC Bar No. 1007988
AXINN LLP
1901 L Street NW
Washington, DC 20036
T: (202) 912-4700
F: (202) 912-4701
bjustus@axinn.com

Charles W. Fillmore
Texas Bar No. 00785861
BROWN PRUITT WAMBSGANSS
DEAN FORMAN & MOORE, P.C.
201 Main Street, Suite 700
Fort Worth, TX 76102
T: (817) 338-4888
cfillmore@brownpruitt.com

Alexander M. Dvorscak
Texas Bar No. 24120461
STONE | HILTON PLLC
2000 West Loop South, Suite #1500
Houston, TX 77027
T: (281) 619-8843
alex@stonehilton.com

*admitted *pro hac vice*

*/s/ Craig M. Reiser*
Craig M. Reiser
N.D. Tex. Bar No. 4886735NY
NY State Bar No. 4886735
Scott A. Eisman
N.D. Tex. Bar No. 4905287NY
NY State Bar No. 4905287
Eva Yung*
NY State Bar No. 5497300
Christopher Erickson
N.D. Tex. Bar No. 5800628NY
NY State Bar No. 5800628
AXINN LLP
630 Fifth Avenue, 33rd Floor
New York, NY 10111
T: (212) 728-2200
F: (212) 728-2201
creiser@axinn.com
seisman@axinn.com
eyung@axinn.com
cerickson@axinn.com

*/s/ Judd E. Stone II*
Judd E. Stone II
Texas Bar No. 24076720
Christopher D. Hilton
Texas Bar No. 24087727
STONE | HILTON PLLC
600 Congress Ave., Ste. 2350
Austin, TX 78701
T: (737) 465-3897
judd@stonehilton.com
chris@stonehilton.com

Noah Schottenstein
Texas Bar No. 24100661
STONE | HILTON PLLC
301 Commerce St., Suite 2360
Fort Worth, TX 76102
T: (737) 465-3897
noah@stonehilton.com

*Attorneys for Plaintiffs X Corp. and SpaceXAI LLC*

**CERTIFICATE OF SERVICE**

I certify that on September 14, 2026, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF system for filing. A notice of electronic filing was transmitted to all ECF registrants of record.

*/s/ Craig M. Reiser*
Craig M. Reiser