UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**X CORP., ET AL.,**

Plaintiffs,

**v.** **No. 4:25-cv-00914-P**

**APPLE INC., ET AL.,**

Defendants.

**ORDER**

Before the Court is the Emergency Motion of Defendants OpenAI Foundation (f/k/a OpenAI, Inc.), OpenAI, L.L.C., and OpenAI OpCo, LLC to Compel Production of Plaintiffs' Agreement Resolving Their Dispute with Apple ("Motion"). ECF No. 390. Having considered the filing, the Court **ORDERS** Plaintiffs to file a response to the Motion no later than noon on **September 17, 2026**. The Court will also allow Apple, Inc. ("Apple"), if it chooses, to file a response to the Motion by the same deadline.

In order to appropriately consider the Motion, the Court further **ORDERS** Plaintiffs to deliver to the Court for *in camera* review any agreement or combination of agreements with Apple that relate to the resolution of Plaintiffs' claims against Apple in this litigation. Plaintiffs must comply with this order no later than noon on **September 17, 2026**.

**SO ORDERED** on this **15th day** of **September 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE