UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**X CORP., ET AL.,**

Plaintiffs,

**v.** **No. 4:25-cv-00914-P**

**APPLE INC., ET AL.,**

Defendants.

**ORDER**

Before the Court is Plaintiffs' Unopposed Motion to Seal Limited Portions of Their Opposition to OpenAI's Motion to Compel ("Motion"). ECF No. 394. Having considered the Motion, the record, and the applicable law, the Court **ORDERS** that the Motion is **GRANTED.**

**SO ORDERED** on this **21st day** of **September 2026.**

Mark T. Pittman

Mark T. Pittman
UNITED STATES DISTRICT JUDGE