**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| X CORP. and SPACEXAI LLC,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., OPENAI, INC., OPENAI, L.L.C., and OPENAI OPCO, LLC,<br><br>Defendants. | Civil Action No. 4:25-cv-00914-P<br><br>Oral Argument Requested |

**OPENAI'S MOTION FOR SUMMARY JUDGMENT**

Defendants OpenAI Foundation (f/k/a OpenAI, Inc.), OAI International, Inc. (f/k/a OpenAI, L.L.C.), and OpenAI OpCo, LLC (together, "OpenAI"), hereby move the Court for summary judgment under Fed. R. Civ. P. 56 and L.R. 56.3 in OpenAI's favor as to all of X Corp.'s and SpaceXAI LLC's (f/k/a X.AI LLC) (together, "Plaintiffs") claims against OpenAI, namely the First and the Fourth through Tenth Claims for Relief of Plaintiffs' complaint. Dkt. No. 1. For the reasons set forth in the brief and appendix filed in support of this motion, summary judgment for OpenAI is warranted on each of Plaintiffs' claims. OpenAI respectfully requests that the Court schedule oral argument on the motion.

**SUMMARY**

Summary judgment for OpenAI is warranted on Plaintiffs' federal antitrust claims (the First, Fourth, Fifth, and Sixth Claims for Relief) on the following independent bases:

(1) lack of an exclusive-dealing agreement;

(2) lack of substantial foreclosure of competition;

(3) lack of antitrust standing; and

(4) lack of a properly defined antitrust market, monopoly power, or a dangerous probability of achieving monopoly power.

Summary judgment for OpenAI is warranted on Plaintiffs' state-law claims (the Seventh, Eighth, Ninth, and Tenth Claims for Relief) because Plaintiffs lack a viable, underlying antitrust claim on the independent grounds set forth in (1)–(4) above. The requirements of L.R. 56.3(a) are also set forth in OpenAI's brief.

(signature block on the following page)

Dated: September 22, 2026

Respectfully submitted,

*/s/ Stephen R. DiPrima*

Ralph H. Duggins
rduggins@canteyhanger.com
Texas Bar No. 06183700
Scott A. Fredricks
sfredricks@canteyhanger.com
Texas Bar No. 24012657
Philip Vickers
pvickers@canteyhanger.com
Texas Bar No. 24051699
Katherine R. Hancock
khancock@canteyhanger.com
Texas Bar No. 24106048
Michael Ackerman
mackerman@canteyhanger.com
Texas Bar No. 24120454
**CANTEY HANGER LLP**
600 West 6th Street, Suite 300
Fort Worth, TX 76102
(817) 877-2800 (Telephone)
(817) 877-2807 (Facsimile)

Steve Fahey
steve@sfaheylaw.com
Texas Bar No. 24101249
**LAW OFFICE OF STEVE FAHEY, PLLC**
640 Taylor Street, Suite 1200
Fort Worth, TX 76102
(682) 301-0330 (Telephone)

Stephen R. DiPrima
SRDiPrima@wlrk.com
N.D. Tex. Bar No. 2785764NY
Graham W. Meli (admitted *pro hac vice*)
GWMeli@wlrk.com
Kevin S. Schwartz
KSchwartz@wlrk.com
N.D. Tex. Bar No. 4564241NY
Andrew J.H. Cheung (admitted *pro hac vice*)
AJHCheung@wlrk.com
Stephen D. Levandoski (admitted *pro hac vice*)
SDLevandoski@wlrk.com
**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, NY 10019
(212) 403-1000 (Telephone)
(212) 403-2000 (Facsimile)

Michael K. Hurst
mhurst@lynnllp.com
Texas Bar No. 10316310
Chris W. Patton
cpatton@lynnllp.com
Texas Bar No. 24083634
Andy Kim
akim@lynnllp.com
Texas Bar No. 24136638
**LYNN PINKER HURST & SCHWEGMANN LLP**
2100 Ross Avenue, Suite 2700
Dallas, TX 75201
(214) 981-3800 (Telephone)
(214) 981-3839 (Facsimile)

*Attorneys for Defendants OpenAI Foundation (f/k/a OpenAI, Inc.), OAI International, Inc. (f/k/a OpenAI, L.L.C.), and OpenAI OpCo, LLC*

## CERTIFICATE OF SERVICE

I certify that on September 22, 2026, I served the foregoing document electronically in accordance with the Federal Rules of Civil Procedure.

*/s/ Michael Ackerman*
Michael Ackerman