UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**X CORP., ET AL.,**

Plaintiffs,

**v.** **No. 4:25-cv-00914-P**

**APPLE INC., ET AL.,**

Defendants.

# ORDER

Before the Court is Plaintiffs' Unopposed Motion to Seal Limited Portions of Their Response to OpenAI's Motion for Summary Judgment ("Motion"). ECF No. 414. Having considered the Motion, the record, and the applicable law, the Court **ORDERS** that the Motion is **GRANTED.**

**SO ORDERED** on this **22nd day** of **October 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE