UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**X CORP., ET AL.,**

Plaintiffs,

**v.** **No. 4:25-cv-00914-P**

**APPLE INC., ET AL.,**

Defendants.

# ORDER

Before the Court is OpenAI's Unopposed Motion to Seal Limited Portions of Its Reply Brief ("Motion"). ECF No. 424. Having considered the Motion, the record, and the applicable law, the Court **ORDERS** that the Motion is **GRANTED**.

**SO ORDERED** on this **4th day** of **November 2026.**



Mark T. Pittman
UNITED STATES DISTRICT JUDGE