**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| X CORP. and SPACEXAI LLC,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.; OPENAI FOUNDATION (f/k/a OPENAI, INC.); OAI INTERNATIONAL, INC. (f/k/a OPENAI, L.L.C.); and OPENAI OPCO, LLC,<br><br>Defendants. | **Civil Action No. 4:25-cv-00914-P** |

## NOTICE OF NAME CHANGE AND UNOPPOSED MOTION TO AMEND CAPTION

Plaintiffs hereby provide notice that on October 23, 2026, Plaintiff SpaceXAI LLC legally changed its name to "SpaceX Super Intelligence LLC."[1] Plaintiffs seek leave to amend the caption to reflect this change. OpenAI does not oppose this Motion.

Plaintiffs' Motion addresses an administrative matter and does not seek substantive relief. A motion to amend the caption is not, and does not require, a motion for leave to amend the complaint. *See, e.g.*, App'x Tab 1, at App. 9-10 (Order, *AWC Specialty RX Consulting LLC v. FLTX Holdings LLC*, 3:19-cv-00240-G (N.D. Tex. Jan. 27, 2020)) (granting a plaintiff's motion to amend the caption without an accompanying amended complaint). Accordingly, Plaintiffs respectfully request that the Court amend the caption by replacing SpaceXAI LLC with SpaceX Super Intelligence LLC.

[1] X Corp. and SpaceX Super Intelligence LLC (f/k/a SpaceXAI LLC) are referred to collectively as "Plaintiffs." "OpenAI" refers to OpenAI Foundation (f/k/a OpenAI, Inc.); OAI International, Inc. (f/k/a OpenAI, L.L.C.); and OpenAI OpCo, LLC. "App'x Tab __" refers to the tab in the accompanying Appendix.

Dated: November 12, 2026

Respectfully submitted,

*/s/ Bradley Justus*
Bradley Justus
N.D. Tex. Bar No. 1007988DC
DC Bar No. 1007988
Hope Brinn*
D.C. Bar No. 90043353
AXINN LLP
1901 L Street NW
Washington, DC 20036
T: (202) 912-4700
F: (202) 912-4701
bjustus@axinn.com
hbrinn@axinn.com

Charles W. Fillmore
Texas Bar No. 00785861
BROWN PRUITT WAMBSGANSS
DEAN FORMAN & MOORE, P.C.
201 Main Street, Suite 700
Fort Worth, TX 76102
T: (817) 338-4888
cfillmore@brownpruitt.com

Alexander M. Dvorscak
Texas Bar No. 24120461
STONE | HILTON PLLC
2000 West Loop South, Suite #1500
Houston, TX 77027
T: (281) 619-8843
alex@stonehilton.com

Joseph C. Smith, Jr.
N.D. Tex. Bar No. 20994CO
CO State Bar No. 20994
Karma M. Giulianelli*
CO State Bar No. 184175
Andrew C. Baak*
CO State Bar No. 45646
John M. Hughes
N.D. Tex. Bar No. 38295CO
CO State Bar No. 38295
Elena V. Cox*
CO State Bar No. 61200
BARTLIT BECK LLP

*/s/ Scott A. Eisman*
Craig M. Reiser
N.D. Tex. Bar No. 4886735NY
NY State Bar No. 4886735
Scott A. Eisman
N.D. Tex. Bar No. 4905287NY
NY State Bar No. 4905287
Eva Yung*
NY State Bar No. 5497300
Christopher Erickson
N.D. Tex. Bar No. 5800628NY
NY State Bar No. 5800628
Heather C. Zuckert*
NY State Bar No. 5692397
AXINN LLP
630 Fifth Avenue, 33rd Floor
New York, NY 10111
T: (212) 728-2200
F: (212) 728-2201
creiser@axinn.com
seisman@axinn.com
eyung@axinn.com
cerickson@axinn.com
hzuckert@axinn.com

*/s/ Judd E. Stone II*
Judd E. Stone II
Texas Bar No. 24076720
Christopher D. Hilton
Texas Bar No. 24087727
STONE | HILTON PLLC
600 Congress Ave., Ste. 2350
Austin, TX 78701
T: (737) 465-3897
judd@stonehilton.com
chris@stonehilton.com

Noah Schottenstein
Texas Bar No. 24100661
STONE | HILTON PLLC
301 Commerce St., Suite 2360
Fort Worth, TX 76102
T: (737) 465-3897
noah@stonehilton.com

1801 Wewatta St., Suite 1200
Denver, CO 80202
T: (303) 592-3100
joseph.smith@bartlitbeck.com
karma.giulianelli@bartlitbeck.com
andrew.baak@bartlitbeck.com
john.hughes@bartlitbeck.com
elena.cox@bartlitbeck.com

Steven E. Derringer
N.D. Tex. Bar No. 6242773IL
IL State Bar No. 6242773
BARTLIT BECK LLP
54 W. Hubbard St., Suite 300
Chicago, IL 60654
T: (312) 494-4400
steven.derringer@bartlitbeck.com

*admitted *pro hac vice*

Bryan D. Bruner
State Bar No. 03252475
Lynne B. Frank
State Bar No. 24087215
BRUNER & BRUNER, PC
550 Bailey Avenue, Suite 220
Fort Worth, Texas 76107
T: (817) 332-6633
F: (817) 332-6619
bbruner@brunerpc.com
lfrank@brunerpc.com

*Attorneys for Plaintiffs X Corp. and SpaceX Super Intelligence LLC*

**CERTIFICATE OF CONFERENCE**

On November 12, 2026, I conferred by email with Kevin Schwartz and other counsel of record for OpenAI about the relief requested herein. The Motion is unopposed.

Dated: November 12, 2026

*/s/ Scott A. Eisman*
Scott A. Eisman

**CERTIFICATE OF SERVICE**

I certify that on November 12, 2026, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF system for filing. A notice of electronic filing was transmitted to all ECF registrants of record.

*/s/ Scott A. Eisman*
Scott A. Eisman