**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| X CORP. and SPACEXAI LLC,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.; OPENAI FOUNDATION (f/k/a OPENAI, INC.); OAI INTERNATIONAL, INC. (f/k/a OPENAI, L.L.C.); and OPENAI OPCO, LLC,<br><br>Defendants. | **Civil Action No. 4:25-cv-00914-P** |

**[PROPOSED] ORDER GRANTING**
**PLAINTIFFS' UNOPPOSED MOTION TO AMEND CAPTION**

Before the Court is Plaintiffs' Unopposed Motion to Amend Caption ("Motion"). After due consideration, the Court finds Plaintiffs' Motion to be meritorious. Accordingly, it is hereby **ORDERED** that Plaintiffs' Motion is **GRANTED**. The Court **DIRECTS** the Clerk to **AMEND** the caption by replacing SpaceXAI LLC with SpaceX Super Intelligence LLC.

**SO ORDERED and SIGNED on this ___ day of November 2026**.

______________________________
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE